JEFFREY GOUGH
P.O. BOX 799002 F2-6-107L
SAN DIEGO, CA 92179-9002

H00694
CRN9187
Micro Film

O: HONORABLE CLERK (CRIMINAL/ACHIVE)
325 S. MELROSE DRIVE,
VISTA, CAL. 92083-6627

E: PEOPLE v. JEFF S. GOUGH, CRIM. CASE # _____ , S.S.# 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
/              1984                           D.O.B. 02-05-56
STANLEY

UB. REQUEST FOR CRITICAL DOCUMENTATION

GREETINGS HONORABLE CLERK (CRIMINAL/ARCHIVES):

I AM PRESENTLY IN A VERY DIFFICULT SITUATION — IN CUSTODY. I AM IN THIS
PRESENT SITUATION FOR LACK OF A CRITICAL DOCUMENTATION. SPECIFICALLY
I NEED DOCUMENTATION FROM A 1984 CASE IN THE ABOVE CRIMINAL MATTER.
REGARDING THE SENTENCE I RECEIVED: PROBATION FOR A MISDEMEANOR
SEXUAL BATTERY CHARGE, WITH NO PENAL CODE § 290 REGISTRATION REQUIRE-
MENT. I BELIEVE IT WAS MEMORALIZED IN BOTH A "CHANGE OF PLEA" JUDICIAL COUNCIL
FORM AND WHAT I HAVE CALLED A "JUDGEMENT" OR "MINUTE ORDER" OF
THE SENTENCE IMPOSED. AS THAT I AM PRO PER, IN CUSTODY, AND WITHOUT
THE PRESENT ABILITY TO PAY THE COPY COST AND MAILING I ASK — IN THE
NAME OF JESUS — THAT YOU PLEASE MAIL THESE DOCUMENTS TO ME AT THE
ABOVE ADDRESS. IF YOU WOULD PLEASE DO THIS I VOW UNTO MY LORDS TO
PAY UPON MY RELEASE (APPROXIMATELY 3 WEEKS) IF YOU CAN PLEASE DO ME THIS
REASONABLE REQUEST. I THANK-YOU IN ADVANCE FOR ANY ASSISTANCE.

SINCERELY YOURS, Jeff S. GOUGH          God Bless! THANK-YOU!

(EX-A-1)

NOTE! ✓CLERK POST- 1/5/8
1/16/08 RECEIVED!

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

CR **9187**    DA **A7814901**

DATE **07-21-86**    09:00   AT **84140332** M    REVIEW HEARING

PRESENT HON **HERBERT B HUFFMAN**    JUDGE PRESIDING DEPARTMENT **D**

CLERK **S Henby**    REPORTER **M. Renteria**

**M Kirkman**

THE PEOPLE OF THE STATE OF CALIFORNIA
vs    DEPUTY DISTRICT ATTORNEY

**GOUGH    JEFF**    S    **Chris Christoph**

DEFENDANT    ATTORNEY FOR DEFENDANT (APPT'D/RETAINED)

VIOLATION OF **PC243.4**

☐ DEFENDANT ☒ NOT PRESENT. ☐ ARRAIGNED FOR JUDGMENT ☐ WAIVES ARRAIGNMENT
☐ DEFENDANT ADVISED OF RIGHTS AND (ADMITS/DENIES) A VIOLATION OF PROBATION. ☐ WAIVES HEARING
☐ PROBATION IS ☐ DENIED ☒ REVOKED ☐ REINSTATED ☐ CONTINUED ☐ MODIFIED ☐ GRANTED ___ YEARS (FORMAL/SUMMARY)

**PROBATION**
☐ IMPOSITION OF SENTENCE IS SUSPENDED. ☐ DEFENDANT SENTENCED TO STATE PRISON, EXECUTION STAYED (SEE BELOW FOR TERM).
CONDITIONS OF PROBATION INCLUDE, BUT ARE NOT LIMITED TO:
☐ COMMITMENT TO SHERIFF FOR ___ DAYS. ☐ ADULT INSTITUTIONS RECOMMENDED. ☐ PAROLE NOT TO BE GRANTED.
☐ FINE OF $ ___ INCLUDING PENALTY ASSESSMENT AT $ ___ PER MONTH, COMMENCING ___ THROUGH REVENUE AND RECOVERY.
☐ RESTITUTION OF $ ___ TO VICTIM/RESTITUTION FUND AT $ ___ PER MONTH, COMMENCING ___ THROUGH REVENUE AND RECOVERY.
☐ RESTITUTION/FINE OF $ ___ PER GC 1367, STAYED PER PC 1202.4(b).
☐ PARTICIPATION IN COMMUNITY SERVICES PROGRAM IN LIEU OF RESTITUTION.
☐ FOURTH AMENDMENT WAIVER OF PERSON/AUTO/RESIDENCE/PERSONAL EFFECTS.
☐ REGISTRATION PER PC 290/H&S 11590.

**STATE**
☐ DEFENDANT IS COMMITTED TO DEPARTMENT OF CORRECTIONS FOR LOWER/MIDDLE/UPPER TERM OF ___ YEARS.
(SEE BELOW FOR ADDITIONAL COUNTS)    COUNT ___
☐ DEFENDANT IS COMMITTED TO CALIFORNIA YOUTH AUTHORITY. ☐ PER W&I 707.2 ☐ PER W&I 1737
(SEE BELOW FOR FINDINGS)
☐ DEFENDANT IS ADVISED OF APPEAL RIGHTS. ☐ DEFENDANT IS ADVISED REGARDING PAROLE.

CREDIT FOR TIME SERVED
___ DAYS LOCAL
___ DAYS STATE INST.
___ DAYS PC 4019
___ TOTAL DAYS CREDIT

**CUSTODY STATUS**
☐ DEFENDANT REMAINS AT LIBERTY.    DEFENDANT REMANDED TO CUSTODY:
☐ ON BOND POSTED $ ___    ☐ WITHOUT BAIL
☐ ON OWN RECOGNIZANCE    ☐ WITH BAIL SET AT $ ___
☒ ON PROBATION
☐ DEFENDANT ORDERED RELEASED FROM CUSTODY

**FUTURE HEARINGS**
☐ DEFENDANT WAIVES STATUTORY TIME FOR PRONOUNCEMENT OF JUDGMENT.
___ CONTINUED TO/SET FOR ___ AT ___ M IN DEPT ___ ON MOTION OF
COURT/DDA/DEFENDANT/PROBATION OFFICER. REASON ___
☐ DEFENDANT REFERRED FOR DIAGNOSTIC EVALUATION PER PC 1203.03. FURTHER HEARING SET FOR ___ AT ___ M IN DEPT ___

**BONDS WARRANTS**
☒ BENCH WARRANT TO ISSUE BAIL SET AT $ **5,000**    SERVICE WITHHELD TO **90 days**
☐ BENCH WARRANT ISSUED ___ IS RECALLED.
☐ BOND FORFEITED. BOND AMOUNT ___ BOND NO. ___ BOND COMPANY ___ AGENT ___
☐ BOND IS EXONERATED.

**MM**
☐ PROCEEDINGS SUSPENDED PER ☐ PC 1368, MENTAL COMPETENCY. (SEE BELOW FOR DATES OF EXAMINATION AND HEARING.)
☐ W&I 3051 ADDICTION OR DANGER OF ADDICTION. (SEE BELOW FOR DATE OF SERVICE OF PETITION AND ORDER.)

OTHER ☐ REFERRED TO DEPT. OF REVENUE AND RECOVERY

**7-22-86**
(DATE)

**L. O'Meara**

WARRANT ISSUED, BAIL $ **5,000**    NO BAIL ( )

DATA ENTRY CLERK

CRIMINAL MINUTES – PRONOUNCEMENT OF JUDGEMENT

CR-29 (3/86)

0052
.34
.12

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

V.S.

FILED
OCT 30 1986
BY S. RICH, DEPUTY

CR CRN9187    DA  AT61450?

DATE  10-30-86    09:00  AT  84140332 M    EVIDENTIARY HG

PRESENT HON  FRANKLIN J MITCHELL JR    JUDGE PRESIDING DEPARTMENT  D

CLERK  ___    REPORTER  Brian Boyle

THE PEOPLE OF THE STATE OF CALIFORNIA    T. Cassel
vs
DEPUTY DISTRICT ATTORNEY

SLOUGH    JEFF    S    CHRISTOOM B. McManus
DEFENDANT    ATTORNEY FOR DEFENDANT (APPT D/RETAINED)

VIOLATION OF  PC#4__4    PD   w- _tacy

☐ DEFENDANT ☑ NOT PRESENT ☐ ARRAIGNED FOR JUDGMENT ☐ WAIVES ARRAIGNMENT
☐ DEFENDANT ADVISED OF RIGHTS AND ADMITS/DENIES A VIOLATION OF PROBATION. ☐ WAIVES HEARING
PROBATION IS ☐ DENIED ☐ REVOKED ☐ REINSTATED ☑ CONTINUED ☐ MODIFIED ☐ GRANTED ___ YEARS (FORMAL/SUMMARY)

☐ IMPOSITION OF SENTENCE IS SUSPENDED ☐ DEFENDANT SENTENCED TO STATE PRISON. EXECUTION STAYED (SEE BELOW) FOR TERM  ___
CONDITIONS OF PROBATION INCLUDE, BUT ARE NOT LIMITED TO:
☐ COMMITMENT TO SHERIFF FOR ___ DAYS ☐ ADULT INSTITUTIONS RECOMMENDED. ☐ PAROLE NOT TO BE GRANTED
☐ FINE OF $ ___ INCLUDING PENALTY ASSESSMENT AT $ ___ PER MONTH, COMMENCING ___ THROUGH REVENUE AND RECOVERY
☐ RESTITUTION OF $ ___ TO VICTIM/RESTITUTION FUND AT $ ___ PER MONTH, COMMENCING ___ THROUGH REVENUE AND RECOVERY
☐ RESTITUTION FINE OF $ ___ PER GC 13967, STAYED PER PC 1202.4(b).
☐ PARTICIPATION IN COMMUNITY SERVICES PROGRAM IN LIEU OF RESTITUTION
☐ 4TH AMENDMENT WAIVER OF PERSON/AUTO/RESIDENCE/PERSONAL EFFECTS
☐ REGISTRATION PER PC 290/H&S 11590

☐ DEFENDANT IS COMMITTED TO DEPARTMENT OF CORRECTIONS FOR LOWER/MIDDLE/UPPER TERM OF ___ YEARS
(SEE BELOW FOR ADDITIONAL COUNTS)    COUNT ___
☐ DEFENDANT IS COMMITTED TO CALIFORNIA YOUTH AUTHORITY ☐ PER W&I 707.2 ☐ PER W&I 1737
(SEE BELOW FOR FINDINGS)
☐ DEFENDANT IS ADVISED OF APPEAL RIGHTS ☐ DEFENDANT IS ADVISED REGARDING PAROLE

CREDIT FOR TIME SERVED
___ DAYS LOCAL
___ DAYS STATE INST
___ DAYS PC 4019
___ TOTAL DAYS CREDIT

☐ DEFENDANT REMAINS AT LIBERTY    DEFENDANT REMANDED TO CUSTODY
☐ BAIL/BOND POSTED    ☐ WITHOUT BAIL
☐ ON OWN RECOGNIZANCE    ☐ WITH BAIL SET AT $ ___
☐ ON PROBATION
☐ DEFENDANT ORDERED RELEASED FROM CUSTODY

☐ DEFENDANT WAIVES STATUTORY TIME FOR PRONOUNCEMENT OF JUDGMENT
☐ MATTER CONTINUED TO/SET FOR ___ AT ___ M IN DEPT ___ ON MOTION OF ___
☐ COURT/DDA/DEFENDANT/PROBATION OFFICER. REASON: ___
☐ DEFENDANT REFERRED FOR DIAGNOSTIC EVALUATION PER PC 1203.03. FURTHER HEARING SET FOR ___ AT ___ M IN DEPT ___

☐ BENCH WARRANT TO ISSUE, BAIL SET AT $ ___ SERVICE WITHHELD TO ___
☐ BENCH WARRANT, ISSUED ___ IS RECALLED ___
☐ BOND FORFEITED. BOND AMOUNT ___ BOND NO. ___ BOND COMPANY ___ AGENT ___
☐ BOND IS EXONERATED.

☐ PROCEEDINGS SUSPENDED PER ☐ PC 1368, MENTAL COMPETENCY (SEE BELOW FOR DATES OF EXAMINATION AND HEARING)
☐ W&I 3051 ADDICTION OR DANGER OF ADDICTION (SEE BELOW FOR DATE OF SERVICE OF PETITION AND ORDER)

OTHER ☐ REFERRED TO DEPT OF REVENUE AND RECOVERY

_Evidentiary hearing dropped from calendar - defendant has_
_completed/complied with terms of probation_

DATED  OCT 30 1986    FRANKLIN J. MITCHELL JR
JUDGE OF THE SUPERIOR COURT

PRONOUNCEMENT OF JUDGEMENT ORDER

F I L E D

Robert D. Zumwalt, Clerk

AUG 13 1984

BY  G. HAYS  DEPUTY

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

THE PEOPLE OF THE STATE OF CALIFORNIA
                                        Plaintiff,

vs.

*Jeff Stanley Gough*
                                        Defendant.

CASE NUMBER
CR N 9187

CHANGE OF PLEA
(NOLO CONTENDERE)

F I L E D
Robert D. Zumwalt, Clerk
AUG 13 1984
BY  G. HAYS  DEPUTY

Comes now *Jeff Stanley Gough* defendant in the above-entitled criminal action, and in support of his motion to change his plea(s) to be made in open court personally and by his attorney, does declare:  *(defendant to initial each item)*

1. That his attorney in the above-entitled criminal action is *William R. Christopher*

2. That he is charged in *information* number CR *N 9187* with having violated *288 c(c) w/12022. 3 @ cts. , 261.2 w/12022. 8c x 12 cts.*

3. That he desires to change his plea(s) and desires to plead nolo contendere to *243.4 per 17(b4)*

4. That he *is not* now and was at the time this form was prepared in possession of all his faculties and has not consumed any drug, narcotic or alcoholic beverage during the 24-hour period preceding the entry of this plea to the extent that his sound judgment is impaired;

5. That he *does* understand the nature of the charge(s) against him;

6. That he *has* discussed the nature of the charge(s) against him and the possible defense(s) thereto with his attorney;

7. That he does not contest the following facts (summary of facts constituting the basis for offense(s) to which defendant desires to plead nolo contendere)

*unlawfully sexually assaulted another*

8. That his attorney *has* explained and discussed his constitutional rights with him; that he understands his constitutional rights; that his constitutional rights have not been violated; that his attorney has specifically explained to him (1) the right to a jury trial, (2) the right to confront those witnesses who would testify against him and to cross-examine those witnesses, (3) the right to testify in his own behalf or not to testify if he desires to remain silent, (4) the right to have witnesses and documents subpoenaed by the Court for use at trial; that defendant knowingly and intelligently gives up these constitutional rights;

9. That his decision to change his plea(s) *has* been made freely and voluntarily, without threat or fear to him or to anyone closely related to or associated with him;

10. That his attorney *has* explained the possible sentence and understands the maximum possible punishment to be *1 year jail and $1,000 fine* and further that in the event he is sentenced to State Prison, he will be placed on parole for a period of *N/A*

11. That he understands if he is granted probation and the Court finds he has violated the terms of probation he could be sentenced to State Prison at that time.

Co. Cik. Form CR-13 (3-79)

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

THE PEOPLE OF THE STATE OF CALIFORNIA

vs.

WEBB

JUDGE PRESIDING/DEPARTMENT

REPORTER

DEFENDANT

ATTORNEY FOR DEFENDANT/APPT. OR RETAINED

CRIMINAL MINUTES — PRONOUNCEMENT OF JUDGMENT

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

CR No. 93187    DA No. A78149

DATE 8/3/84    AT 9:15 A.M.

PRESENT HON.    ROSS G. THARP    JUDGE PRESIDING DEPARTMENT

CLERK    D. Haye    REPORTER    Karen Brodie

THE PEOPLE OF THE STATE OF CALIFORNIA    Julu Wruther    DEPUTY DISTRICT ATTORNEY
vs.
JOSEPH HERBERT GOUGH    W. CHRISTOPH
DEFENDANT    ATTORNEY FOR DEFENDANT ☑ PUB RETAINED    P.D. Michael Earl

ALLEGATION    Added ct. 19 Pt 243.4, sexual assault a mis per PC 17(b)(4)

DEFENDANT ☐ DULY ARRAIGNED FOR JUDGMENT    ☐ WAIVED ARRAIGN'MT    ☐ NOT PRESENT

PROBATION GRANTED ☑ 3 YEARS

DEFENDANT COMMITTED TO CUSTODY OF SHERIFF FOR    138 dys w/cts 138 dys

CREDIT TIME SERVED
92    DAYS LOCAL
46    DAYS PRISON
138    DAYS TOTAL

☑ ON OWN RECOGNIZANCE    ☑ ON PROBATION

☑ DEFENDANT ORDERED TO PAY A FINE OF $500.00 INCLUDING PENALTY ASSESSMENT
$50.00 MO    BEGINNING    10-5-84    STRIKE ONE    4010 Thru R+R
☑ DEFENDANT ORDERED TO MAKE RESTITUTION OF $149.00 AT $25.00 MO COMMENCING    10-5-84

4010 Thru R+R
+ other conds in probation rpt

Copy to R+R

CRIMINAL MINUTES - PRONOUNCEMENT OF JUDGMENT

B052.34.24

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

V S

CR. CRN51B7 _____ DA A7514901 _____

DATE 01-21-86 _____ 09:00 _____ AT 04140332 _____ M _____ PROB REVOCATION _____

PRESENT: HON. LAWRENCE KAPILOFF _____ JUDGE PRESIDING DEPARTMENT D _____

CLERK D. McCaughan _____ REPORTER Betsy Moody _____

THE PEOPLE OF THE STATE OF CALIFORNIA
VS

_____ Susan Birky _____
DEPUTY DISTRICT ATTORNEY

GOUGH _____ JEFF _____ S _____ CHRISM _____
DEFENDANT _____ ATTORNEY FOR DEFENDANT (APPT'D/RETAINED)

VIOLATION OF PC243.4 _____ per 13x4 _____ 1

DEFENDANT ☐NOT PRESENT ☐ARRAIGNED FOR JUDGMENT ☐WAIVES ARRAIGNMENT
☒DEFENDANT ADVISED OF RIGHTS AND (ADMITS/DENIES) A VIOLATION OF PROBATION ☒WAIVES HEARING
PROBATION IS: ☐DENIED ☒REVOKED ☒REINSTATED ☒CONTINUED ☐MODIFIED ☐GRANTED _____ YEARS (FORMAL/SUMMARY)

☐IMPOSITION OF SENTENCE IS SUSPENDED. ☐DEFENDANT SENTENCED TO STATE PRISON, EXECUTION STAYED (SEE BELOW FOR TERM).
CONDITIONS OF PROBATION INCLUDE, BUT ARE NOT LIMITED TO:
☐COMMITMENT TO SHERIFF FOR _____ DAYS. ☐ADULT INSTITUTIONS RECOMMENDED. ☐PAROLE NOT TO BE GRANTED.
☐FINE OF $_____ INCLUDING PENALTY ASSESSMENT AT $_____ PER MONTH, COMMENCING _____ THROUGH REVENUE AND RECOVERY.
☐RESTITUTION OF $_____ TO VICTIM/RESTITUTION FUND AT $_____ PER MONTH, COMMENCING _____ THROUGH REVENUE AND RECOVERY.
☐RESTITUTION/FINE OF $_____ PER GC 13967, STAYED PER PC 1202.4(b).
☐PARTICIPATION IN COMMUNITY SERVICES PROGRAM IN LIEU OF RESTITUTION.
☐FOURTH AMENDMENT WAIVER OF PERSON/AUTO/RESIDENCE/PERSONAL EFFECTS.
☐REGISTRATION PER PC 290/H&S 11590.

☐DEFENDANT IS COMMITTED TO DEPARTMENT OF CORRECTIONS FOR LOWER/MIDDLE/UPPER TERM OF _____ YEARS.
(SEE BELOW FOR ADDITIONAL COUNTS) _____ COUNT _____
☐DEFENDANT IS COMMITTED TO CALIFORNIA YOUTH AUTHORITY. ☐PER W&I 707.2 ☐PER W&I 1737
(SEE BELOW FOR FINDINGS)
☐DEFENDANT IS ADVISED OF APPEAL RIGHTS ☐DEFENDANT IS ADVISED REGARDING PAROLE

CREDIT FOR TIME SERVED
_____ DAYS LOCAL
_____ DAYS STATE INST.
_____ DAYS PC 4019
_____ TOTAL DAYS CREDIT

DEFENDANT REMAINS AT LIBERTY:
☐ON BOND POSTED $_____
☐ON OWN RECOGNIZANCE
☒ON PROBATION

DEFENDANT REMANDED TO CUSTODY:
☐WITHOUT BAIL
☐WITH BAIL SET AT $_____

☐DEFENDANT ORDERED RELEASED FROM CUSTODY

☐DEFENDANT WAIVES STATUTORY TIME FOR PRONOUNCEMENT OF JUDGMENT
Review _____ CONTINUED TO/SET FOR 7/21/86 AT 9:00 AM IN DEPT. D _____ ON MOTION OF _____
COURT/DDA/DEFENDANT/PROBATION OFFICER. REASON:
☐DEFENDANT REFERRED FOR DIAGNOSTIC EVALUATION PER PC 1203.03. FURTHER HEARING SET FOR _____ AT _____ M IN DEPT _____

☐BENCH WARRANT TO ISSUE, BAIL SET AT $_____ SERVICE WITHHELD TO _____
☐BENCH WARRANT, ISSUED _____ IS RECALLED.
☐BOND FORFEITED. BOND AMOUNT _____ BOND NO. _____ BOND COMPANY _____ AGENT _____
☐BOND IS EXONERATED.

☐PROCEEDINGS SUSPENDED PER: ☐PC 1368, MENTAL COMPETENCY. (SEE BELOW FOR DATES OF EXAMINATION AND HEARING.)
☐W&I 3051 ADDICTION OR DANGER OF ADDICTION. (SEE BELOW FOR DATE OF SERVICE OF PETITION AND ORDER.)

OTHER: ☐REFERRED TO DEPT. OF REVENUE AND RECOVERY

Pay restitution/fine by 5 P.M. today
112 hours (14 days) at senior citizen nutrition center - left to seek
verified by PO. Failure to comply will result in custody

JAN 21 1986

DATED: _____

PRONOUNCEMENT OF JUDGEMENT-ORDER

JUDGE OF THE SUPERIOR COURT.
LAWRENCE KAPILOFF

CR-29 (3/85)

CR CRN9187 DA A7E14901          SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

F —— Robert D. Zumwalt, Clerk —— D

DATE 08-13-84    H 05100    M 04F40332          TRIAL — JURY          AUG 13 1984

PRESENT HON. ROSS G. THARP          JUDGE PRESIDING DEPARTMENT E          BY G. HAYS    DEPUTY

CLERK L. Hays          REPORTER N. Broda

THE PEOPLE OF THE STATE OF CALIFORNIA          Wayne Mayer Julie Whitaker (DEPUTY DISTRICT ATTORNEY)

$GOUGH          JEFF    STANLEY    W. CHRISTOPH (DEFENDANT) (NAME (AMT OBTAINED)

VIOLATION OF    WIC 12022.3(a)(6 cts)    PW/12022.5(a)(1977)
#PC288A(C5)    #PC261(2)    (____)          BOOKING NUMBER

---

- [X] DEFENDANT NOT PRESENT.    [ ] NOT NEGOTIABLE.    TRIAL DATE CONFIRMED.
- [X] DEFENDANT ADVISED OF RIGHTS, WAIVES RIGHTS.    [ ] DEFT. SWORN & EXAMINED.
- [X] DEFENDANT WITHDRAWS HIS PLEA OF "NOT GUILTY" as heretofore entered. And now pleads
- [X] NOLO CONTENDERE, with consent of DISTRICT ATTORNEY and approval of Court, of the offense
- [ ] GUILTY OF THE OFFENSE: adwlct 19 PC 243.4 sexual assault, a misd pur PC 17(b)(4)

AS CHARGED. DEFENDANT MAKES APPLICATION FOR PROBATION, AND HEARING THEREOF, AND PRONOUNCEMENT OF JUDGEMENT IS SET FOR 9-4-84 AT 9:15 A.M. IN DEPT. E

- [ ] DEFENDANT'S MOTION TO DISMISS PURSUANT TO PC 995 IS BY THE COURT GRANTED/ DENIED/ SUBMITTED.
- [ ] DEFENDANT'S MOTION TO SUPPRESS EVIDENCE PURSUANT TO PC 1538.5 IS BY THE COURT GRANTED/ DENIED/ SUBMITTED.
- [X] ON MOTION OF People allegst COUNT(S) all remaining IS/ ARE DISMISSED.
- [ ] ON MOTION OF _____ ALLEGED PRIOR(S) _____ IS/ ARE STRICKEN.
- [ ] DEFENDANT PERSONALLY WAIVES STATUTORY TIME FOR PRONOUNCEMENT OF JUDGEMENT/ TRIAL
  BAIL IS SET IN THE SUM OF $ 50,000.— REDUCED TO $ 500.00
  DEFENDANT REMANDED TO CUSTODY OF SHERIFF    [ ] WITHOUT BAIL    [X] WITH BAIL SET AT $ 500.00
  DEFENDANT TO REMAIN AT LIBERTY    [ ] ON OWN RECOGNIZANCE    [ ] ON BAIL PREVIOUSLY POSTED.
  DEFENDANT IS ORDERED RELEASED FROM CUSTODY    [ ] ON OWN RECOGNIZANCE    [ ] CASE DISMISSED.
- [ ] THIS BEING THE TIME SET FOR _____ AND DEFENDANT NOT
  APPEARING, BY THE COURT, A BENCH WARRANT ISSUES WITH BAIL SET AT $ _____ SERVICE
  WITHHELD TO _____
- [ ] BOND IS FORFEITED.    AMOUNT $ _____ BONDING COMPANY _____
  LOCAL AGENT _____ BOND NO. _____
- [ ] BOND FORFEITURE [ ] IS SET ASIDE.    [ ] ADDITIONAL PLEA OF NOT GUILTY BY REASON OF
  INSANITY ENTERED BY DEFENDANT.    PSYCHIATRISTS APPOINTED:
  DR. _____ AND DR. _____
- [ ] _____ IS CONTINUED TO _____
  AT _____ M. IN DEPARTMENT _____

Defense motion to release deft OR is under submission
Ct reduces bail to $500.00

DATED:
AUG 13 1984

ORDER          JUDGE OF THE SUP...    ROSS G THARP

STATE OF CALIFORNIA

**CHARGE REPORT**
CDC 1502 (b) (07/04)

DISTRIBUTION:
CORRECTIONS
ORIGINAL - C-File.
1ST COPY - Field File.
2ND COPY - Parole.

DEPARTMENT OF

**REPORT TO:** [X] BOARD OF PRISON TERMS

| CDC NUMBER | NAME (LAST, FIRST, MI) | NAME BOOKED AS | REGION/UNIT |
|---|---|---|---|
| V-64431 | GOUGH, JEFFREY | SAME | IV/EC III |
| ARREST DATE | ARRESTING AGENCY | BPT REFERRALS: | BOOKING NUMBER AND/OR LOCATION |
| NIC | N/A | [X] MANDATORY   [ ] NON-MANDATORY | 10/03 Los Ranchitos Rd. Lakeside, CA 92040 (619) 478-4148 |
| ARREST CODE * | * ARREST CODES: A P&CSD STAFF ALONE AB P&CSD ASSISTED BY LAW ENFORCEMENT AGENCY | B LAW ENFORCEMENT AGENCY ALONE D LAW ENFORCEMENT AGENCY WITH INFORMATION FROM P&CSD | |
| NIC | | | |
| HOLD DATE | DISCOVERY DATE | HOLD REMOVED DATE | AGENT OF RECORD | CONTROLLING DISCHARGE DATE | DISCHARGE REVIEW DATE | IMMINENT DISCHARGE |
| NIC | 6/1/06 | NIC | I, BRIZUELA | 11-8-08 | 11-16-06 | |

| CHARGES AND CODES | CHARGES AND CODES |
|---|---|
| 1.  Failure to Register per P.C 290 (290) | 4. |
| 2. | 5. |
| 3. | 6. |

| REASON FOR RETAINING PAROLE HOLD: PAROLEE DANGER TO: | DATE COPY GIVEN TO PAROLEE | NAME OF PERSON NOTICING PAROLEE |
|---|---|---|
| [X] ABSCON  [X] SELF  [X] PROPERTY-OTHERS  [X] SAFETY-OTHERS | 6/22/06 | |

NOT IN CUSTODY

Parolee Gough is a P.C 290 Registrant.  He was to register with the San Diego County Sheriffs Office five days prior or after his birth date of February 5.  He failed to register in a timely manner.  He registered on February 17, 2006.

**PAROLE AGENT'S RECOMMENDATION:**
Refer violation to the Board of Parole Hearings for parole revocation proceedings.

| PAROLE AGENT'S SIGNATURE | DATE |
|---|---|
| I. Brizuela | 6-12-06 |

**UNIT SUPERVISOR'S ACTION**

[X] DECISION   [X] REVIEW   [ ] RETAIN HOLD   RELEASE HOLD AS OF (DATE)   [ ] CANCEL WARRANTS — WANTS

[ ] CONTINUE ON PAROLE   [ ] CONTINUE IN OUT PATIENT STATUS   *DISCHARGE EFFECTIVE (DATE):   [ ] RETAIN ON

[ ] REINSTATE ON PAROLE AS OF (DATE):   [ ] TIME LOSS  [ ] NO TIME LOSS   [ ] SUSPEND/REINSTATE IN OPS AS OF (DATE):   [X] REFER TO BPT/NAEA   [X] INVESTIGATE, SUBMIT APPROPRIATE REPORT BY (DATE) 6/20/06

[ ] SPECIAL CONDITION(S):   [ ] ADD   [ ] DELETE

**UNIT SUPERVISOR'S COMMENTS/RECOMMENDATION** Concur; probable cause for violation rpt. due NCF: 6/20/06.

| UNIT SUPERVISOR'S SIGNATURE | DATE |
|---|---|
| | 6-12-06 |

[X] I HAVE LOOKED AT THE INFORMATION. I BELIEVE THERE IS PROBABLE CAUSE TO MAINTAIN THE PAROLE HOLD

**PAROLE ADMINISTRATOR'S COMMENTS/DECISION**

| [ ] REFER TO BPT/NAEA | *DISCHARGE EFFECTIVE DATE | FIELD ADMINISTRATOR'S SIGNATURE | DATE |
|---|---|---|---|
| | [ ] | | |

EXHIBIT "B"

**NO FEE-CCP 527.6**

| CH-120 | Notice of Hearing and Temporary Restraining Order |
|---|---|

*Clerk stamps date here when form is filed.*

NOV 2007
FILED
CLERK SUPERIOR
COURT
SAN DIEGO
By: _____ Deputy

**(1)** Name of person asking for protection:

JEFF S. GONGU-AOSHIMA

Address *(skip this if you have a lawyer)*: *(If you want your address to be private, give a mailing address instead)*:

4064 HUERFANO ST #260

City: PACIFIC BEACH   State: CA   Zip: 92117
Your telephone number *(optional)*: (619) 249-5405
Your lawyer *(if you have one)*: *(Name, address, telephone number, and State Bar number)*: _____

*Fill in court name and street address:*

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
☒ HALL OF JUSTICE, 330 W. BROADWAY, SAN DIEGO, CA 92101-3827
☐ NORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92081-6643
☐ EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020-3941
☐ SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910-5649

*Court fills in case number when form is filed.*

**Case Number:**
37-2007-00082027-CU-HR-CTL

**(2)** Name of person to be restrained:

KAREN ARCHER, et al

Description of that person:

Sex: ☐ M  ☒ F   Height: 5'8'   Weight: 120   Race: WHITE
Hair Color: ~~DIRTY~~ BLONDE BR   Eye Color: _____   Age: 45   Date of Birth: _____
Home Address *(if known)*: 4064 HUERFANO ST. #257
City: PACIFIC BEACH ("BAY HO CONDO")   State: CA   Zip: 92117
Work Address *(if known)*: _____
City: _____   State: _____   Zip: _____

**To the person in ②:**

**(3)** **Notice of Hearing**
A court hearing is scheduled on the request for orders against you to stop harassment:

TRO DATE

| Hearing Date → | Date: DEC - 5 2007   Time: 9:00 A.M.   Name and address of court if different from above: SUPERIOR COURT 220 W. BROADWAY SAN DIEGO, CALIFORNIA 92101 |
|---|---|
| | Dept.: 25   Rm.: _____ |

If you do not want the court to make orders against you, file Form CH-110. Then go to the hearing and tell the court why you disagree. You may bring witnesses and other evidence. If you do not go to this hearing, the court may make restraining orders against you that could last up to 3 years.

**(4)** **Court Orders**
The court *(check a or b)*:
a. ☐ Has scheduled the hearing stated in ③. No orders are issued against you at this time.
b. ☒ Has scheduled the hearing stated in ③ **and** has issued the temporary orders against you specified on page 2. If you do not obey these orders, you can be arrested and charged with a crime. And you may have to go to jail, pay a fine of up to $1,000, or both.

**This is a Court Order.**

Judicial Council of California, www.courtinfo.ca.gov
Revised July 1, 2007, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9
Approved by DOJ

**Notice of Hearing and Temporary Restraining Order (CLETS)** CH-120, Page 1 of 4
**(Civil Harassment)**

*CROSS —* (handwritten)

*→ WHY NOT RICHARD OVERTON?* (handwritten)

**CH-100** | **Request for Orders to Stop Harassment**

*Clerk stamps date here when form is filed.*

2007 DEC 19 PM 12:18

SAN DIEGO COUNTY, CA

(1) Your name *(person asking for protection):*
Karen Archer

Your address *(skip this if you have a lawyer): (If you want your address to be private, give a mailing address instead):*

POB 178381, San Diego CA 92177

City: _____ State: _____ Zip: _____

Your telephone number *(optional):* ( __-__ ) __-__

Your lawyer *(if you have one): (Name, address, telephone number, and State Bar number):*

n/a

_____

_____

*Fill in court name and street address:*

Superior Court of California, County of ~~SUPERIOR COURT OF CALIFORNIA~~
Civil Division
330 W. Broadway
P.O. Box 120128
San Diego, CA 92112-0128

(2) Name of person you want protection from:
Jeff Stanley Gough, aka Jeff S. Gough-Aoshima

Describe the person:  Sex: ☑ M  ☐ F  Weight: 190
Height: 5'9"  Race: cau?  Hair Color: saltpepper
Eye Color: unk  Age: 52  Date of Birth: 2/5/1956
Home Address *(if you know):* 4064 Huerfano Ave #260
City: San Diego _____ State: CA  Zip: 92117
Work Address *(if you know):* n/a
City: _____ State: _____ Zip: _____

*Court fills in case number when form is filed.*
Case Number:
~~37-2007-00084107-CU-HR-CTL~~

**37-2007-00082027-CU-HR-CTL**

(3) Besides you, who needs protection? *(Family or household members)*

| Full Name | Sex | Age | Lives with you? | How are they related to you? |
|---|---|---|---|---|
| Richard Overton | M | 51 | ☑ Yes ☐ No | Significant Other |
|  |  |  | ☐ Yes ☐ No |  |
|  |  |  | ☐ Yes ☐ No |  |
|  |  |  | ☐ Yes ☐ No |  |

☐ *Check here if you need more space. Attach a sheet of paper and write "CH-100, item 3—Describe Protected Persons" at the top of the page.*

(4) Why are you filing in this court? *(Check all that apply)*
  ☑ The person in (2) lives in this county.
  ☑ I was hurt (physically or emotionally) by the person in (2) here.
  ☑ Other *(specify):* existing case 82027

*WHO? "SILENT MAJORITY"* (handwritten)
*NO ONE AT 1ST TRO HEARING* (handwritten)
*2' STAY AWAY! WANTED BY KAREN* (handwritten)

(5) How do you know the person in (2)? *(Describe):*
Jeff is my neighbor who has been acting as and percieved as a threat to me and more recently to my SO Richard since mid Sept. Jeff has been noted by us and others to be increasingly more agitated and has recently been re-arrested due to his assault on Richard in November.

*SIGNIFICANCE OF DATE? WHAT REPORTS?* (handwritten)
*"re-arrested"* (handwritten)
*ORIGINAL? police reports?* (handwritten)

**This is not a Court Order.**

Judicial Council of California, www.courtinfo.ca.gov
Revised July 1, 2007, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9

**Request for Orders to Stop Harassment**
**(Civil Harassment)**

*CROSS —* (handwritten)

CH-100, Page 1 of 4



*Ex- "D" - 1* (handwritten, circled)

Your name: Karen Archer

**Case Number:**
~37-2007-00084107-CU-HR-CTL~

*(handwritten)* 37-2007-00082027-CU-HR-CTL

**(6)** Describe how the person in ② has harassed you: *PRIOR TO TRO FILING (11/19/08)*

  a. Date of most recent harassment: Nov 11, 2007

  b. Who was there? Richard Overton

*(handwritten right)* WHAT TELEPHONE # HOW DID SHE GET PERICANO MESSAGE?

  c. Did the person in ② commit any acts of violence or threaten to commit any acts of violence against you?
  ☑ Yes ☐ No

  *If yes, describe those acts or threats:* _____
  In a very agitated manner he threatens to In-So-Many-Words "have you pay" or "youll get yours"
  -type of rhetoric

  d. Did the person in ② engage in a course of conduct that harassed you and caused substantial emotional
  distress? ☑ Yes ☐ No

*(handwritten left)* § 2035(a)

  *If yes, describe:* a) Repeated threatening harassment up to 11/11 - Tape recording of Jeff's vindictive
  is available for the court to hear: b) assault of Richard 11/12/07 c) two court filings against me since
  11/16; d) antagonistic and inciting behavior relative to TRO limits since 11/17/07

  e. Did the conduct of the person in ② described above seriously alarm, annoy, or harass you? ☑ Yes ☐ No

*(handwritten left)* 12/5/07 NOT CENT MATERIAL DOCUMENTATION ETC.

  ☐ *Check here if you need more space. Attach a sheet of paper and write "CH-100, item 6—Describe
  Harassment" at the top of the page.*

*(handwritten right)* S.D.P.D. CONKIN S.D.P.D. PEREZ CRIME IN. CELLECIA NOA

### Check the orders you want ☑

**(7)** ☑ **Personal Conduct Orders**

  I ask the court to order the person in ② to **not** do the following things to me or anyone listed in ③ :
  a. ☑ Harass, attack, strike, threaten, assault (sexually or otherwise), hit, follow, stalk, destroy personal
    property, keep under surveillance, or block movements.
  b. ☑ Contact (either directly or indirectly), or telephone, or send messages or mail or e-mail.
  The person in ② will also be ordered not to take any action to get the addresses or locations of any protected
  persons, their family members, or their caretakers unless the court finds good cause not to make the order.

**(8)** ☑ **Stay-Away Orders**

*(handwritten)* ? TWO FEET FROM MODIFIED

  I ask the court to order the person in ② to stay at least *(specify):* (10) yards away from me
  and the people listed in ③ and the places listed below: *(Check all that apply):*
  a. ☑ My home    d. ☑ My vehicle
  b. ☐ My job or workplace    c. ☐ Other *(specify):* _____
  c. ☐ My children's school or child care

  If the court orders the person in ② to stay away from all the places listed above, will that person
  still be able to get to his or her home, school, or job? ☑ Yes ☐ No
  *If no, explain:* Please note Jeff's stay at 4064 Huerfano Ave is over per his parole officer and
  therefore 10 yards stay away is reasonable as he will likely no longer be my regular neighbor upon
  his release from prison.

*(handwritten)* GOUGH-AOSHIMA V. JORDON GRIFFIN § 2035(a) (RE CONDO COLLUSION)

*(handwritten right)* SEWELL NEVER DISCUSSED MATTER W/ME ? KAREN ? RICHARD ? JORDON GRIFFIN

**This is not a Court Order.**

D-2

*[handwritten top:]* "INVOLVE" RICHARD "VEXATIOUS" SUITS

Your name: Karen Archer

Case Number:
37-2007-00084107-CU-HR-CTL

37-2007-00082027-CU-HR-CTL

**(9)** ☑ **Others to Be Protected**
Should the other people listed in ③ also be covered by the orders described above?
☑ Yes      ☐ No      ☐ Does not apply
*If yes, explain:* Note Jeff has tried to involve and harass Richard with his vexatious suits as well.

*[handwritten left:]* WHAT?
CALL ON 12/17/07

The information regarding Jeff assaulting Richard was apparently enough to bring Jeff back into custody, and both Richard and I am in fear of Jeff upon his release (likely within months at most.)

**(10)** **Order About Guns or Other Firearms**
I ask the court to order the person in ② to be prohibited from owning, possessing, purchasing, or receiving, or attempting to purchase or receive firearms **and** to sell or turn in any guns or firearms that he or she controls.

**(11)** ☑ **Other Orders**
I ask the court to order the person in ② to *(specify)* _____ *[handwritten:]* ?
I ask the court to declare Jeff Gough a vexatious litigant.
_____
_____

**(12)** ☑ **Temporary Orders**
*[handwritten:]* WHAT ACTIONS?
Do you want the court to make orders now on the matters listed in ⑦, through ⑪ that will last until the hearing? ☑ Yes   ☐ No
*If yes, explain why you need these orders right now:* Jeff is likely more unstable and angry now than at his intiation of his actions against me that began in September. He has just been taken into custody, of likely limited duration. Richard and I have been scared of him, and are even more so now. Please make these orders immediate so we have recourse if Stay Away or Conduct orders violated.

☐ *Check here if you need more space. Attach a sheet of paper and write "CH-100, item 12—Temporary Orders" at the top of the page.*

**(13)** **Delivery of Orders to Law Enforcement**
My lawyer or I will give copies of the orders to the following law enforcement agencies:
a. Name of Agency: COUNTY SHERIFF
   Address: 220 WEST BROADWAY
   City: SAN DIEGO, CA 92101     State: _____ Zip: _____

b. Name of Agency: _____
   Address: _____
   City: _____ State: _____ Zip: _____

**(14)** ☐ **Other Court Cases**
Have you ever asked any court for other restraining orders against the person in ②? ☐ Yes   ☐ No
*If yes, specify the counties and case numbers if you know them:*
Earlier counter-TRO filed by me and declined by this court on 12/11/07

*[handwritten:]* TRO? HEARING?
CALLED SEWELL 12/17/07.

---

**This is not a Court Order.**

*[handwritten:]* D-3

Your name: Karen Archer

Case Number:
37-2007-00084107-CU-HR-CTL

37-2007-00082027-CU-HR-CTL

**(15)** ☑ **Time for Service**

You must have your papers personally served on (notify) the person in ② at least 5 days before the hearing, unless the court orders a different time for service. *(Form CH-135 explains "What Is Proof of Service?" Form CH-130 may be used to show the court that the papers have been served.)* If your papers cannot be served at least 5 days before the hearing and you need more time, explain why:

n/a

**(16)** ☑ **No Fee for Filing**

I ask the court to waive the filing fee because the person in ② has used or threatened to use violence against me, has stalked me, or has acted or spoken in some other way that makes me reasonably fear violence. I am asking for a restraining order to stop this conduct.

**(17)** ☑ **No Fee to Serve Orders**

I ask the court to order the sheriff or marshal to serve (notify) the person in ② about the orders for free because:

a. ☑ My request for orders is based on stalking; or

b. ☑ My request for orders is based on a credible threat of violence; or

c. ☐ I am entitled to a fee waiver.

*(If you are requesting free service of the orders based on a fee waiver, you must complete and file the Application for Waiver of Court Fees and Costs (Form FW-001).)*

**(18)** ☑ **Lawyer's Fees and Costs**

I ask the court to order payment of my:

a. ☑ Lawyer's fees

b. ☑ Out-of-pocket expenses

The amounts requested are:

| Item | Amount | Item | Amount |
|------|--------|------|--------|
| misc admin (response) | $ TBD | | $ |
| | $ | | $ |
| | $ | | $ |

☐ *Check here if you need more space. Attach a sheet of paper and write "CH-100, item 18—Lawyer's Fees and Costs" at the top of the page.*

**(19)** **Additional Relief**

I ask the court for additional relief as may be proper.

**(20)** Number of pages attached to this form, if any: _____

Date: _____

_____

*Lawyer's name*     ▶ _____ *Lawyer's signature*

I declare under penalty of perjury under the laws of the State of California that the information above and on all attachments is true and correct.

Date: 12/19/07

Karen Archer     ▶ x _Karcher_

*Type or print your name*     *Sign your name*

**This is not a Court Order.**

**Request for Orders to Stop Harassment**
**(Civil Harassment)**

D-4

CROSS —

NO FEE CCP 527.6

**CH-120** | **Notice of Hearing and Temporary Restraining Order**

Clerk stamps date here when form is filed.

DEC 2007

① Name of person asking for protection:
Karen Archer

Address *(skip this if you have a lawyer)*: *(If you want your address to be private, give a mailing address instead):*
POB 178381

City: San Diego __ State: __ CA __ Zip: 92177

Your telephone number *(optional)*: ( __ - __ ) __

Your lawyer *(if you have one)*: *(Name, address, telephone number, and State Bar number):* --

Fill in court name and street address:

**Superior Court of California, County of**
SUPERIOR COURT OF CALIFORNIA
Civil Division
330 W. Broadway
P.O. Box 120128
San Diego, CA 92112-0128

② Name of person to be restrained:
Jeff Stanley Gough, aka Jeff S. Gough-Aoshima    Booking # 7792847

Court fills in case number when form is filed.
Case Number: 37-2007-00082027-CU-HR-CTL
37-2007-00082107-CU-HR-CTL

Description of that person:

Sex: ☑ M ☐ F   Height: 5'9'   Weight: 190   Race: cau/?japanese
Hair Color: brown-grey   Eye Color: unk   Age: 52   Date of Birth: 02/05/1956
Home Address *(if known):* 4064 Huerfano Ave #260
City: San Diego __ State: CA __ Zip: 92117
Work Address *(if known):* Please confirm current and future address with parole officer Sewell
City: __ Dept Corrections 619 - 718-7800 x 213 __ State: __ Zip: __

**To the person in ②:**

③ **Notice of Hearing**
**A court hearing is scheduled on the request for orders against you to stop harassment:**

Hearing Date → Date: JAN 1 6 2008   25   Time: 9:00 A.M.   Name and address of court if different from above:
SUPERIOR COURT
220 W. BROADWAY
SAN DIEGO, CALIFORNIA 92101

Dept.: __ Rm.: __

If you do not want the court to make orders against you, file Form CH-110. Then go to the hearing and tell the court why you disagree. You may bring witnesses and other evidence. If you do not go to this hearing, the court may make restraining orders against you that could last up to 3 years.

④ **Court Orders**
The court *(check a or b)*:
**a.** ☑ Has scheduled the hearing stated in ③ ( No orders are issued against you at this time.
**b.** ☑ Has scheduled the hearing stated in ③ and has issued the temporary orders against you specified on page 2. If you do not obey these orders, you can be arrested and charged with a crime. And you may have to go to jail, pay a fine of up to $1,000, or both.

**This is a Court Order.**

Judicial Council of California, www.courtinfo.ca.gov
Revised July 1, 2007, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9
Approved by DOJ

**Notice of Hearing and Temporary Restraining Order (CLETS)**
**(Civil Harassment)**    CH-120, Page 1 of 4

CROSS —

American LegalNet, Inc.
www.FormsWorkflow.com

1-11-08. CCI S. UNDERWOOD @ 10.30 AM

EX.-E-1

Your name: Karen Archer

Case Number:
~~37-2007-00084107-CU-HR-CTL~~

37-2007-00082027-CU-HR-CTL

## Temporary Orders Against ~~the Restrained Person~~

*(Write the name of the person in* ②*):* Jeff Stanley Gough aka Jeff S. Gough Aoshima

The court has made the temporary orders indicated below against you. You must obey all these orders. These orders will expire on the date of the hearing listed in ③ unless they are extended by the court.

**⑤ ☑ Personal Conduct Orders**

You must not do the following things to the people listed in ① and ⑩:

☑ a. Harass, attack, strike, threaten, assault (sexually or otherwise), hit, follow, stalk, destroy personal property, keep under surveillance, or block movements.

☑ b. Contact (directly or indirectly), telephone, send messages, mail, or e-mail.

☑ c. Take any action, directly or through others, to obtain the addresses or locations of the persons in ① and ⑩. *(If item c is not checked, the court has found good cause not to make this order.)*

Peaceful written contact through a lawyer or a process server or other person for service of legal papers related to a court case is allowed and does not violate this Order.

**⑥ ☑ Stay-Away Order**

You must stay at least *(specify):* _____10_____ yards away from:

a. ☑ The person listed in ①
b. ☑ The people listed in ⑩
c. ☑ The home of the persons in ① and ⑩
d. ☐ Jobs or workplaces of the persons in ① and ⑩

e. ☑ Vehicle of person in ①   ☑ Vehicles of persons in ⑩
f. ☐ The protected children's school or child care
g. ☐ Other *(specify):* _____

This stay-away order does not prevent the person in ② from going to or from that person's home or place of employment.

**⑦ No Guns or Other Firearms**

You cannot own, possess, have, buy or try to buy, receive or try to receive, or in any other way get a gun or firearm.

**⑧ Turn In or Sell Guns or Firearms**

You must:

• Sell to a licensed gun dealer or turn in to police any guns or firearms that you possess or control. This must be done within 24 hours of being served with this order.

• File a receipt with the court within 48 hours of receiving this order that proves guns have been turned in or sold. *(You may use Form CH-145 for this.)*

**⑨ ☑ Other Orders** *(specify):* 1 ) Cease "positioning" tactics on Bay Ho complex grounds that entrap Ms. Archer in unintentionally violating her TRO.
2) Cease intimidating and vexatious court petitions and filings against Ms. Archer.

NOTE — ARCHER FAILS TO CORRECTLY STATE THAT I WAS THE PERSON REQUESTING A TRO BACK ON NOV. 19, 2007.

**This is a Court Order.**

E-2

Your name: Karen Archer

Case Number:
~~37-2007-00084107-CU-HR-CTL~~
37-2007-00082027-CU-HR-CTL

**(10)** ☑ **Other Protected Persons**
List of the full names of all family or household members protected by these orders:
Richard Overton, Significant other, POB 178381 San Diego 92177

### Instructions for the Protected Person

**To the person in ①:** *(Write the name of the person in ①):* Jeff S. Gough

**(11)** **Service of Order on Law Enforcement**
If the court issues temporary restraining orders, by the close of business on the date the orders are made, you or your lawyer should deliver a copy of this Order and any proof of service forms to each law enforcement agency listed below.

Name of Law Enforcement Agency:                Address (City, State, Zip)

~~COUNTY SHERIFF~~
~~220 WEST BROADWAY~~
~~SAN DIEGO, CA 92101~~

**(12)** **Service of Documents**
You must have someone personally deliver to the person in ② a copy of all the documents checked below:

a. ☑ CH-120, *Notice of Hearing and Temporary Restraining Order (CLETS)* (completed and file-stamped)
b. ☑ CH-100, *Request for Orders to Stop Harassment* (completed and file-stamped)
c. ☑ CH-110, *Answer to Request for Orders to Stop Harassment* (blank form)
d. ☑ CH-145, *Proof of Firearms Turned In or Sold* (blank form)
e. ☑ CH-151, *How Can I Answer a Request for Orders to Stop Harassment?*
f. ☑ Other *(specify):* CH131 proof of service by mail

You must file with the court before the hearing a proof of service of these documents on the person in ②.

**(13)** **Time for Service** *(check a, b, or c)*
a. ☐ A copy of the documents listed in ⑫ must be served in person to the person in ②
   at least 5 days before the hearing.
b. ☑ A copy of the documents listed in ⑫ must be served in person to the person in ②
   at least 2 days before the hearing.
c. ☐ A copy of the documents listed in ⑫ must be served in person to the person in ②
   at least _____ days before the hearing.

**(14)** ☑ **No Fee for Filing**
Filing fees are waived.

| This is a Court Order. |
| --- |


E-3

Your name: Karen Archer

Case Number:
~~37-2007-00084197-CU-HR-CTL~~

37-2007-00082027-CU-HR-CTL

(15) ☑ No Fee for Service of Order by Law Enforcement
The sheriff or marshal will serve this Order without charge because:

a. ☐ The Order is based on stalking.

b. ☐ The Order is based on a credible threat of violence.

c. ☐ The person in ① is entitled to a fee waiver.

Date: _12-19-07_

Judicial Officer   RAFAEL A. ARREOLA

## Warnings and Notices to the Restrained Person in ②

### You Cannot Have Guns or Firearms

You cannot own, have, possess, buy or try to buy, receive or try to receive, or otherwise get a gun while this Order is in effect. If you do, you can go to jail and pay a $1,000 fine. You must sell to a licensed gun dealer or turn in to police any guns or firearms that you have or control in accordance with item ⑧ above. The court will require you to prove that you did so. If you do not obey this Order, you can be charged with a crime.

## Instructions for Law Enforcement

This Order is effective when made. It is enforceable anywhere in all 50 states, the District of Columbia, all tribal lands, and all U.S. territories and shall be enforced as if it were an order of that jurisdiction by any law enforcement agency that has received the Order, is shown a copy of the Order, or has verified its existence on the California Law Enforcement Telecommunications System (CLETS). If the law enforcement agency has not received proof of service on the restrained person, and the restrained person was not present at the court hearing, the agency shall advise the restrained person of the terms of the Order and then shall enforce it. Violations of this Order are subject to criminal penalties.

### Requests for Accommodations

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the hearing. Contact the clerk's office or go to *www.courtinfo.ca.gov/forms* for *Request for Accommodations by Persons With Disabilities and Order (Form MC-410).* (Civil Code, § 54.8.)

*(Clerk will fill out this part.)*
### —Clerk's Certificate—

*Clerk's Certificate*
*[seal]*

I certify that this *Notice of Hearing and Temporary Restraining Order* is a true and correct copy of the original on file in the court.

Date: _____   Clerk, by _____, Deputy

## This is a Court Order.

**Notice of Hearing and Temporary Restraining Order (CLETS)**
**(Civil Harassment)**

E-4

DELIVERED BY SEWELL (1/18/08) AFTER HEARING

**H-125**  **Reissue Temporary Restraining Order** *(CROSS)*

Your name *(person asking to reissue order):*
_Karen Archer_

Your address *(skip this if you have a lawyer): (If you want your address to be private, give a mailing address instead):*_
_POB 178381_
City: _San Diego_          State: _CA_   Zip: _92177_
Your telephone *(optional):* (___)___

Your attorney *(if you have one): (Name, address, telephone number and State Bar number):*  _n/a_

_____

(2)   Name of person you want protection from:
_Jeff St Gough aka Jeff Gough Hoshima_

(3)  ☑ I ask the Court to reissue the Temporary Restraining Order specified on Form CH-120. *(HEARING ONLY)*
   a. The last Temporary Restraining Order was issued on *(date):* _12/19/07_
   b. The last hearing date was *(date):* _JAN 16 2008 2:15_
   c. The Order was reissued ___0___ times.

(4)  ☑ I ask the court to reissue the Order because *(check one):*
   a. ☑ I could not get the Order served before the hearing date. _Proof of Service hasn't been returned from Donovan_
   b. ☐ The date of the hearing was changed because we were sent to mediation or other dispute resolution services.
   c. ☐ Other *(specify):*_____

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.
Date: _1/16/08_

_Karen Archer_                    ▶ _[signature]_
Type or print your name                Sign your name

**This is a Court Order.**
*Clerk will fill out section below.*

(5)  The request to reissue the Temporary Restraining Orders is:
   a. ☑ Granted *(HEARING ONLY)*   b. ☐ Denied
The Order listed in (3) is reissued and reset for hearing in this court on the date and time below.
Unless the court extends the time, the Order will end on the date and time below.

| Hearing Date ▶ | Date: _JAN 30 2008_   Time: _9:00 AM_ | Name and address of court if different from above: SUPERIOR COURT 220 W. BROADWAY SAN DIEGO, CALIFORNIA 92101 |
|---|---|---|
| | Dept.: _25_   Room: | |

All orders in the Temporary Restraining Order stay in effect unless this order changes them.

Clerk stamps date here when form is filed.

F I L E D
Clerk of the Superior Court
JAN 1 6 2008
By: J. BELDEN, Deputy

Fill in court name and street address:
**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
☑ HALL OF JUSTICE, 330 W. BROADWAY, SAN DIEGO, CA 92101-3827
☐ NORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92081-6643
☐ EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020-3941
☐ SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910-5649

Court fills in case number when form is filed.
Case Number: _CU HR CTL_
_37-2007-00082027_

Judicial Council of California, www.courtinfo.ca.gov
Revised January 1, 2005, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9

**Reissue Temporary Restraining Order**
**(Civil Harassment)**

CH-125, Page 1 of 2
➡


E-5

Your Name: _Karen Archer_

| Case Number: |
|---|
| 37 2007-00082027 |

(6) If this Order is granted, a copy of this Order must be served on the person in ② before the hearing, along with the other documents requesting orders to stop harassment.

(7) By the close of business on the date this Order is made, a copy of this Order and any proof of service forms must be delivered to the law enforcement agency listed in ⑧ by:
☑ the person in ①.
☐ the attorney of the person in ①.

(8) The law enforcement agency listed below will serve the person in ② with a copy of this Order and any attached orders:
Name of law enforcement agency: ~~COUNTY SHERIFF~~
Address: ~~220 WEST BROADWAY~~
City: ~~SAN DIEGO, CA  92101~~ State: _____ Zip: _____

Date: **JAN 1 6 2008**

_Rafael A. Arreola_
Judicial Officer    **RAFAEL A. ARREOLA**

### Requests for Accommodations
Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the hearing. Contact the clerk's office for *Request for Accommodations by Persons with Disabilities and Order (form MC-410). (Civil Code, § 54.8)*

(Clerk will fill out this part)
### —Clerk's Certificate—

*Clerk's Certificate*

I certify that this *Reissue Temporary Restraining Order* is a true and correct copy of the original on file in the court.

Date: _____

Clerk, by _____, Deputy

**This is a Court Order.**

**Reissue Temporary Restraining Order**
**(Civil Harassment)**

E-6

NOTE: SUBMITTED TO SACRAMENTO!!!
W/ADMIN EXHAUSTION WAIVER

# § 832.5 CITIZENS' COMPLAINTS AGAINST PERSONNEL;
INVESTIGATION; DESCRIPTION OF PROCEDURE; RETENTION OF RECORDS.

(a) Each department or agency in this state which employs peace officers shall establish a procedure to investigate citizens' complaints against the personnel of such departments or agencies and shall make a written description of the procedure available to the public.

(b) Complaints and any reports or findings relating thereto shall be retained for a period of at least five years. (Added by Stats. 1974, c. 29 §1. Amended by Stats. 1978, c. 630 §4.) (All reference to California Penal Code 1994.)

## PERSONNEL COMPLAINT:

Complainant JEFFREY GOUGH (CDC #V64431)

Address R.J. DONOVAN, P.O.B. 799002, F2-10-248L:
(UNPON RELEASE: 1220 ROSECRAN ST: (a46, S.D. CA 92101 :
4064 HUERFANO RD. #260 P.B. CA 92107)

City SAN DIEGO       State CALIF.       Zip 92179-9002

Residence phone (_____) _____

Business phone (_____) _____

Date and time of incident FEB OF 2007 TO JANUARY 18, 2008

Location of incident 4064 HUERFANO ST., #260, PACIFIC BEACH, CA

**Check only one:**
1. ☐ Police Department
2. ☐ California Highway Patrol
3. ☐ U.S. Marshall
4. ☐ Sheriff's Department
5. ☐ Medical Staff
6. ☐ District Attorney
7. ☐ County Grand Jury
8. ☐ Internal Affairs
9. ☑ Department of Corrections
10. ☐ Bar Association

Personnel involved CDC/BPT COMM. "CONCEALED" GUN CARRYING PAROLE AGENTS ⊗ WICKLINE, I. BRIZUELA, GREG SEWELL (KURTZ ST. S.D. CAL); BPT DEP. COMM. K. FLEMING AND UNABLE TO OB-TAIN THE NAME

Names and addresses of witnesses KAREN ARCHER & RICHARD OVERTON, 4064 HUERFANO ST. #257, PACIFIC BEACH, CALIFORNIA & UNIDENTIFIED "KURTZ ST." PAROLE OFFICER AND UNIDENTIFIED MEMBERS OF THE SAN DIEGO SHERIFF'S DEPARTMENT. (LAW ENFORCEMENT OFFICERS NOT INCLUDED HEREIN AS TO ANY ETHICAL, PROFESSIONAL, AND/OR LEGAL LIABILITIES BASED ON THESE FACTS).

Statement of complaint I JEFF GOUGH ("Δ") AM CHARGING BPT COMMUNITY PAROLE AGENT GREG SEWELL OF THE "KURTZ STREET" PAROLE OFFICE WITH SERIOUS ETHICAL, PROFESSIONAL, UNLAW-VIOLATIONS OF MY U.S. CONST. AMENDMENT RIGHTS, TO WIT: 1ST, 4TH, 5TH, 8TH & 13TH AMENDMENTS:
① SEWELL ON AT LEAST OCCASIONS (OCT/NOV OF 2007) REFUSED TO ACCEPT CDC FORM 602s AT THE KURTZ ST. OFFICE REGARDING THE FACT I AM NOT LEGALLY REQUIRED TO COM-PLY WITH THE P.C. § 290 REGISTRATION REQUIREMENTS. I HAVE THE FILE ON CASE # CRN-9187 /DA # A781490/1 (1984) FOR OVER 20 YEARS & HAS NOT BEEN REQUIRED TO COM-PLY WITH §290. YOU MAY ORDER THE 1/18/08 PAROLE REVOCATION HEARING TO SUB-STANTIATE THIS CLAIM AND OTHERS BELOW FROM: BOARD OF PAROLE HEARINGS, DECISION PROCESSING UNIT, P.O. BOX 4036, SACRAMENTO, CAL. 95812 (IN RE BPT's PAROLE REVOCATION OF JEFF S. GOUGH, CDC # V64431, ON 01/18/08). ② MY EFFORTS TO INFORMALLY RESOLVE THIS SITUATION INCLUDE THE FOLLOWING: (A) ONLY ON MY RELEASE FROM C.D.C. CUSTODY BACK IN NOVEMBER OF 2009 WAS I INFORMED THAT I HAD TO COM-

FN: ⊗ AS "PEACE OFFICER" (LIKE A SECURITY GUARD) PAROLE AGENTS ARE NOT LEGALLY ALLOWED TO CARRY
(CRA 02419/1 92 (832.5 CAP))   A "CONCEALED GUN" - Side A. - LIKE GREGG SEWELL. THIS ISSUE WAS
LITIGATED IN THE S. DIST. FED COURT AND IT WAS DECIDED THE S.D. HARBOR POLICE COULD
CARRY AN EXPOSED GUN LIKE ANY SECURITY GUARD OR OTHER LAWFUL PERSON.    "F" ①

WITH PENAL CODE § 290 OR FACE IMMEDIATE PAROLE REVOCATION AND RETURN TO PRISON. ③ ON 6/12/06 Δ WAS TAKEN INTO CUSTODY BY S.D. SHERIFF'S OFFICERS AT THE INSTRUCTION OF PAROLE AGENT I. BRIZUELA, FOR VIOLATING PENAL CODE § 290 AND TRANSPORTED TO THE DOWNTOWN JAIL; AND THEN RELEASED THE NEXT DAY EVEN THOUGH THE CHARGE WAS FAILING TO "REGISTER IN A TIMELY MANNER" IN CLEAR VIOLATION OF P.C § 290. SEE EXHIBIT "___" ("CHARGE REPORT"). WITHOUT ANY STATE PROSECUTION THE CHARGE WAS REFERRED TO BPTs FOR CONSIDERATION. IBID. AT THE HEARING — WHICH Δ APPEARED VOLUNTARILY— HE PRESENTED THE DOCUMENTS COMPRISING CRW 9187 (SUPRA) WITH VERY LIMITED DISCUSSION THE COMMISSIONER INFORMED Δ THERE WAS NO GROUNDS AND HE WAS "C.O.P.'d". MOREOVER, IT SHOULD BE NOTED THAT BRIZUELA INFORMED Δ THAT HE COULD NOT FIND ANY EXECUTED "CONDITIONS OF PAROLE" AND THAT Δ WOULD BE SCHEDULED TO COME-IN. ④ Δ MOVED TO PACIFIC BEACH IN EARLY 2006 AND VARIOUS BPT PAROLE AGENTS: BRIZUELA, SANCHEZ, MALTOAST, AND EVEN GREG SEWELL APPROVED OF THE CONDO (4064 HUERFANO #260, PACIFIC BEACH, CAL. 92117) OF WHICH Δ HAD ENTERED INTO AN AGREEMENT TO PURCHASE FROM JORDON GRIFFIN (SEE GOUGH V. GRIFFIN CASE # _____ (HALL OF JUSTICE, 330 W. BROADWAY, SAN DIEGO, CA, DEPT. #25, JUDGE R.A. ARREOLA, TELEPHONE # 619-531-3800). ⑤ ANY INVESTIGATOR SHOULD NOTE THAT GREG SEWELL IS ALSO NAMED TO BE SUBPOENA'd IN THREE CALIF. CODE § 2035(2) PROCEEDINGS TO WHICH HE STATED HE WOULD "REFUSED" TO BE SUBPOENA'd TO — IN FACT HE WAS VERY ANGRY AND THREATEN ME PERSONALLY. ⑥ ON 11/19/07 Δ INITIATED A CIVIL TRO PROCEEDING AGAINST MS. KAREN ARCHER AND HER LIVE-IN BOYFRIEND, RICHARD OVERTON (BOTH LIVE AT 4064 HUERFANO #257 PACIFIC BEACH, CALIF). THE RECORD OF THAT TRO PROCEEDING: GOUGH-AOSHIMA V. KAREN ARCHER (CASE # 37-2007-00082027-CU-HR-CTL (SAME JUDGE ARREOLA). —CONT-

Use additional sheets of 8 1/2' x 11" white paper if necessary. Attach all relevant supporting documentation.)

I, the undersigned declare under penalty of perjury under the laws of the State of California that the foregoing complaint is true and correct and as to such facts averred upon information and belief, that I am so informed and believe the same to be true, and affix my signature hereto.

Dated this 2 day of FEB , 2008

7 Attachments
No. of pages 2

(Complainant Signature)

(CRA 02419/ 1-92 (832.5 CAPC))

- Side B. -

② "F-2"

CONTINUED P.C. § 832.5 CITIZEN'S COMPLAINT AGAINST CDC/BPT DEPT. OF CORRECTION

IS FULL OF REFERENCES TO GREG "SEWELL" AND IN FACT ON 1/18/08 SEWELL EFFECTUATED THE LEGAL SERVE OF A "CROSS-TRO" VIZ. THE HANDS OF RICHARD OVERTON. NOTEWORTHY IN THAT PARTICULAR DOCUMENT JUDGE HAD DECLINED TO ISSUE ANY RESTRAINING ORDERS AGAINST △ ON AT LEAST TWO OCCASIONS, TO WIT: 12/11/07 AND 12/19/07. UNDISCOURAGED AND WITH THE ASSISTANCE OF SEWELL **THEY** CONSPIRED TO AVOID ANY JUDICIAL PROCESS AGAINST THEM, INCLUDING JORDON GRIFFIN. IT IS △'s CONTENTION THAT SEWELL'S CONDUCT MUST BE EXAMINED AS TO ETHICAL, PROFESSIONAL, AND LEGALITY TO DETERMINE WHETHER HE HAS ANY MOTIVES NOT OPENLY DISCLOSED! ⑦ FURTHERMORE, IT SHOULD BE NOTED THAT SEWELL SUBORNED PERJURY UNDER SWORN OATH. DURING THE SAID HEARING RICHARD OVERTON, SEWELL'S WITNESS, STATED THAT HE HAD NO INTEREST—OR WAS NOT NAMED IN THE TRO. THIS PERJURIOUS STATEMENT WAS KNOWN—OR SHOULD HAVE BEEN KNOWN— CONSIDERING THE FACT SEWELL HAD ON AT LEAST TWO OCCASION PERSONALLY INTERVIEWED RICHARD OVERTON. INTERESTING ENOUGH ACCORDING TO SEWELL'S CHARGE SHEET HE ONLY RECEIVED INFORMATION THE NIGHT BEFORE HE ARRESTED △. ⑧ △ WOULD ALSO EMPHASIS THAT SEWELL HAD BEEN INFORMED OF THE SITUATION W/OVERTON FOR MORE THAN FIVE WEEKS, TO WIT: (a) SEWELL WAS INFORMED ON 11/12/07 THAT △ HAD TO CALL 911 IN REGARDS TO OVERTON; (b) THAT △ HAD MET W/S.D.P.D. OFFICER CONKIN (NORTH DIVISION) TO REPORT OVERTON'S UNCIVIL BEHAVIOR; (c) THAT △ WAS COMPELLED TO INITIATE THE 11/19/07 TRO PROCEEDING TO SEEK PROTECTION AND SEWELL WAS INFORMED OF THIS JUDICIAL ACTION; (d) SEWELL WAS AGAIN INFORMED THAT △ HAS TO CALL 911 AGAIN DUE TO THE VIOLATION OF OVERTON'S LIVE-IN GIRLFRIEND, KAREN ARCHER, WHO THREATEN △ THAT THEY WOULD "KILL" HIM. THIS WAS AGAIN REPORTED TO OFFICER CONKIN PRIOR TO DEC 5, 2007, THE DATE OF THE FIRST TRO HEARING. ALTHOUGH A TEMPORARY RESTRAIN-ING ORDER WAS EFFECT. (e) ON 12/5/08 △'s ANXIOUS AWAITED TRO HEARING WAS HELD AND DURING THIS HEARING JUDGE ARREOLA HEARD BOTH ARCHER'S AND OVERTON'S OPEN COURT STATEMENTS AND OVER △s OBJECTIONS MODIFIED THE RESTRAINING ORDER TO 2-3' AND FURTHER ORDERED MEDIATION. (f) PER A TELEPHONE CALL W/THE MEDIATOR IT WAS SET FOR 12/19/07. (g) IN THE INTERIM △'s TRO WAS VIOLATED ON 12/14/08 AND △ REPORTED THIS VIOLATION VIA A 911 CALL AND S.D.P.D. OFFICER PEREZ (N.DIV) MET WITH △ AND TOOK A REPORT AND ASSURED △ THAT ALL ACTIONS WOULD BE TAKEN TO PROTECT HIM. (h) ON 12/17/08 A NORTH DIVISION CRIME INVESTIGATOR MS. CECEGIA NOA CALLED △ AND, INTER ALIA, ASKED QUESTIONS AND REQUESTED A COPY OF THE TRO WHICH △ PROVIDED. MS. NOA STATED THE CASE WAS BEING REFERRED FOR PROSECUTION ON THE 12/18/09. (i) ON 12/18/07 SEWELL WITH MANY UNIDENTIFIED OFFICERS AND MEMBERS OF THE S.D.P.D. ARRESTED △ W/O ANY INVESTIGATION. THIS WAS BASED ON A CALL BY RICHARD OVERTON THE DAY BEFORE, REPORTING AN UNREPORTED ALLEGED "ASSAULT" MORE THAN FIVE WEEKS BEFORE. (j) IN ADDITION △ WAS CHARGED WITH BEING A P.C. § 290 REGISTERANT DUE TO THE 1984 CASE (SEE EX. "A") WITH PORNO AND CHRISTMAS TOYS FOR HIS NIECES HE HAD NOT SEEN SINCE LAST CHRISTMAS. (k) DURING THE BPT PROSECUTION SEWELL AND THE TWO BPT DEPUTY COMMISSIONER REFUSED TO REVIEW THE COURT DOCUMENTATION (EX. "A") OR ENTER-TAIN ANY DISCUSSIONS ON EITHER THE TRO DEFENSE OR P.C. § 290 REGISTRATION DEFENSES. IN SHORT, △ IS FALSELY IMPRISONED IN VIOLATION OF HIS 1ST, 4TH, 5TH, 8TH, AND 13TH AMENDMENTS BASED ON PERJURIOUS STATEMENTS ABOVE AND ON A STATEMENT BY SEWELL THAT △ LIVED ALONE WHEN INFACT ANOTHER BPT OFFICER AND MEMBERS OF THE S.D.P.D. PAROLE SEARCH UNIT HEARD △ STATE AN INDIVIDUAL BY THE NAME OF "KEN" LIVED W/ME. SEE ALSO PAROLE TAPE (PLEASE ORDER AND REVIEW).

CONTINUED ⟶

③ "F-3"

⑨ In addition to the preceding Δ would also complain about Δ's present custody status. On 12/19/07 after Sewell had placed Δ into the custody of the S.D.C.J. Sewell found it necessary to deliver the so-called "charge sheet" and a document called "evidence report and inventory receipt". These documents are generally delivered by a "noticer" of the BPT. See "notice of parole revocation rights and acknowledgement" (BPT 1100) in fact according to Δ's BPT case file a "M Jones" alleged he delivered this document (CDC Form 1502(b), charge sheet). That was not the case. Late in the evening of 12/19/08 Sewell in the company of another parole agent approached the entry of S.D.C.J. Flr 4A and called for Δ. After usurping the duty of Mr. Jones by delivering the charge sheet and evidence Sewell got mad and shouted "sex offender" into that jail unit and threw in the charge sheet and evidence report. Many other inmates heard these comments and even handed Δ the paperwork. Almost immediately Δ was compelled to "roll-up" to seek protection from the duty officer. The duty officer (evening meal) also commented he heard this intended effort to get me hurt and stated he would enter it into the "log book." Δ was moved to the pro per tank on the 5th floor. The following day Δ was transferred to Donovan. During R&R a few of the transfer prisoners commented about the aforementioned incident. Once at Donovan Δ was again approached and threatened by the "skin heads" and threaten with violence. Δ was compelled again to seek protection from admin. Seg. Officer P. Zinger on 1-03-08. Δ was admitted to the very restrictive conditions. See "administrative segregation unit placement notice" (CDC 114-D)(1/3/08). After having an administrative continued detention hearing it was determined that Δ could not be placed back ever again into the prison's general population.

For the reasons set forth above Δ would pray for the following:

1) An investigation regarding Δ's claim he is not a P.C. 290 registrant.
2) A determination that he has never been legally required to register.
3) Any remedy that this investigative entity/body/unit can do/offer;

AND

4) An investigation into the circumstances of Sewell's perjurious statement he had not known that "Ken" was living at Δ's condo;
5) An investigation why he suborned perjury by Richard Overton;
6) An investigation as to his interests in the TRO proceeding initiated by Δ which involve Karen Archer, Richard Overton, Jordon Griffin;
7) An investigation as to why he did not seek removal as Δ's parole agent when he became aware he was/could be subpena'd in the three calif. code § 2035(a) proceedings before Judge Arreola (Dept #25, Hall of Justice);
8) An investigation as to his involvement with Jordan Griffith and his interests in both the condo and the civil litigation involving same;
9) All other investigative questions poised by these incidents.

Thank-you  P.S. Please send the Report & Investigator(s)

④ "F"4

STATE OF CALIFORNIA
**CHARGE REPORT**
CDC 1502 (b) (07/04)

DISTRIBUTION·
ORIGINAL - C-File
1ST COPY - Field File
2ND COPY - Parolee

DEPARTMENT OF CORRECTIONS

REPORT TO: [X] BOARD OF PRISON TERMS

COPY

| CDC NUMBER | NAME (LAST, FIRST, MI) | NAME BOOKED AS | REGION/UNIT |
|---|---|---|---|
| V64431 | GOUGH, JEFFREY | SAME | IV/SDI |

| ARREST DATE | ARRESTING AGENCY | BPT REFERRALS: | BOOKING NUMBER AND/OR LOCATION |
|---|---|---|---|
| 12-18-07 | STATE PAROLE | [ ] MANDATORY  [X] NON-MANDATORY | 7792847/SD CENTRAL JAIL |

| ARREST CODE: * | * ARREST CODES: | |
|---|---|---|
| AB | A   P&CSD STAFF ALONE<br>AU   P&CSD ASSISTED BY LAW ENFORCEMENT AGENCY | B   LAW ENFORCEMENT AGENCY ALONE<br>D   LAW ENFORCEMENT AGENCY WITH INFORMATION FROM P&CSD |

| HOLD DATE | DISCOVERY DATE | HOLD REMOVED DATE | AGENT OF RECORD | CONTROLLING DISCHARGE DATE | DISCHARGE REVIEW DATE | IMMINENT DISCHARGE |
|---|---|---|---|---|---|---|
| 12-18-07 | 12-18-07 | INTACT | SEWELL | 11-08-08 | 11-08-08 | [ ] |

CHARGES AND CODES

1. Battery without serious injury (451)
2. Violation of special condition for possession of porn DVD's (019)
3. Violation of special condition for possession of toys (019)

CHARGES AND CODES

4.
5.
6.

| REASON FOR RETAINING PAROLE HOLD: PAROLEE DANGER TO: | | | | DATE COPY GIVEN TO PAROLEE | NAME OF PERSON NOTICING PAROLEE |
|---|---|---|---|---|---|
| [ ] ABSCOND | [ ] SELF | [ ] PROPERTY-OTHERS | [ ] SAFETY-OTHERS | | |

On 12-17-07, the Agent of Record received a call from one of the subject's neighbors, who informed the Agent that the subject had recently committed a battery against him by hitting him in his face.

On 12-18-07, Officers from State Parole and the San Diego Police Department contacted the subject at his residence and conducted a parole search. During the search of the subject's residence, Parole Agents found two adult pornographic DVD movies in a dresser in an upper bedroom. Inside another upper bedroom, Agents found two toy stuffed animals on a desk. It is noted that the subject is a PC290 registrant and has special conditions of parole not to possess pornographic material or toys.

PAROLE AGENT'S RECOMMENDATION:
Retain hold, agent to investigate.

| PAROLE AGENT'S SIGNATURE | DATE |
|---|---|
| SEWELL | 12-18-07 |

| UNIT SUPERVISOR'S ACTION | | | | | |
|---|---|---|---|---|---|
| [X] DECISION | [ ] REVIEW | [X] RETAIN HOLD | RELEASE HOLD AS OF (DATE): [ ] | CANCEL WARRANTS — WANTS [ ] | |
| [ ] CONTINUE ON PAROLE | | [ ] CONTINUE IN OUT PATIENT STATUS | *DISCHARGE EFFECTIVE (DATE): | RETAIN ON [ ] | |
| [ ] REINSTATE ON PAROLE AS | [ ] TIME LOSS | [ ] SUSPEND/REINSTATE IN OPS AS | REFER TO BPT/NAEA | INVESTIGATE, SUBMIT APPROPRIATE | |
| OF (DATE): | [ ] NO TIME LOSS | OF (DATE): | | [ ] REPORT BY (DATE): | |
| SPECIAL CONDITION(S): | | | | [ ] ADD | [ ] DELETE |

UNIT SUPERVISOR'S COMMENTS/RECOMMENDATION

| [✓] I HAVE LOOKED AT THE INFORMATION. I BELIEVE THERE IS PROBABLE CAUSE TO MAINTAIN THE PAROLE HOLD | UNIT SUPERVISOR'S SIGNATURE | DATE 12-18-07 |
|---|---|---|

PAROLE ADMINISTRATOR'S COMMENTS/DECISION

| [ ] REFER TO BPT/NAEA | *DISCHARGE EFFECTIVE DATE | FIELD ADMINISTRATOR'S SIGNATURE | DATE |
|---|---|---|---|

"6"

STATE OF CALIFORNIA
ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE
CDC 114-D (Rev 10/98)

DEPARTMENT OF CORRECTIONS

DISTRIBUTION:
WHITE - CENTRAL FILE          CANARY - WARDEN
BLUE - INMATE (2ND COPY)      PINK - HEALTH CARE MGR
GREEN - ASU                   GOLDENROD - INMATE (1ST COPY)

| INMATE'S NAME | | CDC NUMBER |
|---|---|---|
| GOUGH | (5) | V-04431 |

## REASON(S) FOR PLACEMENT (PART A)

- [x] PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS
- [ ] JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY
- [ ] ENDANGERS INSTITUTION SECURITY     [ ] UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT:
On Thursday, January 3, 2008, you (Inmate GOUGH, V-04431, F4-18-131U) are being placed in the Administrative Segregation Unit (ASU), based on the following: on 1-3-08, at approximately 1300 hours, you advised Facility IV Staff that you feared for your safety in Facility IV, based upon your case factors. Therefore, your continued presence in the general Facility IV population is deemed a threat to the safety of persons and institution security. You will remain in ASU, pending administrative review for appropriate program/housing needs.
MHSDS: CLEAR

| | | | |
|---|---|---|---|
| [ ] CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL) | [ ] IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE: | | / / |
| DATE OF ASU PLACEMENT 1-3-08 | SEGREGATION AUTHORITY'S PRINTED NAME P. ZINSER | SIGNATURE | TITLE C/Lieutenant |
| DATE NOTICE SERVED 1-3-08 | TIME SERVED 1440 | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE S. MILLER | SIGNATURE | STAFF'S TITLE C/O |
| [ ] INMATE REFUSED TO SIGN | INMATE SIGNATURE | | CDC NUMBER V-04431 |

## ADMINISTRATIVE REVIEW (PART B)

*The following to be completed during the initial administrative review by Captain or higher by the first working day following placement*

| STAFF ASSISTANT (SA) | | INVESTIGATIVE EMPLOYEE (IE) | |
|---|---|---|---|
| STAFF ASSISTANT NAME | TITLE | INVESTIGATIVE EMPLOYEE'S NAME | TITLE |

**IS THIS INMATE:**

| | | | |
|---|---|---|---|
| LITERATE? | [x] YES [ ] NO | EVIDENCE COLLECTION BY IE UNNECESSARY | [x] YES [ ] NO |
| FLUENT IN ENGLISH? | [x] YES [ ] NO | DECLINED ANY INVESTIGATIVE EMPLOYEE | [x] YES [ ] NO |
| ABLE TO COMPREHEND ISSUES? | [x] YES [ ] NO | ASU PLACEMENT IS FOR DISCIPLINARY REASONS | [x] YES [x] NO |
| FREE OF MENTAL HEALTH SERVICES DELIVERY SYSTEM NEEDS? | [x] YES [ ] NO | DECLINED 1ST INVESTIGATIVE EMPLOYEE ASSIGNED | [ ] YES |
| DECLINING FIRST STAFF ASSISTANT ASSIGNED? | [ ] YES | | |
| | Any "NO" requires SA assignment | | Any "NO" may require IE assignment |
| [x] NOT ASSIGNED | | [ ] NOT ASSIGNED | |

## INMATE WAIVERS

| | | |
|---|---|---|
| [ ] INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER | [x] INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME | |
| [x] NO WITNESSES REQUESTED BY INMATE | INMATE SIGNATURE | DATE 1-4-08 |

## WITNESSES REQUESTED FOR HEARING

| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
|---|---|---|---|
| | | | |
| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
| | | | |

**DECISION:** [ ] RELEASE TO UNIT/FACILITY  [x] RETAIN PENDING ICC REVIEW  [ ] DOUBLE CELL  [ ] SINGLE CELL PENDING ICC

REASON FOR DECISION *In Plain (1984) sexual battery (or 2 no respond)*
*from a official authority, retain ASU, D/C pending*
*P.7/C + ICC endur*

| ADMINISTRATIVE REVIEWER'S PRINTED NAME J. MROZICH | TITLE CAPT | DATE OF REVIEW 1-4-08 | TIME 1100 | ADMINISTRATIVE REVIEWER'S SIGNATURE |
|---|---|---|---|---|
| CORRECTIONAL ADMINISTRATOR'S PRINTED NAME (if necessary) | | CORRECTIONAL ADMINISTRATOR'S CO-SIGNATURE (if necessary) | | DATE OF REVIEW |

See chronological Classification Review document (CDC 128 - G) for specific hearing information

"H"

STATE OF CALIFORNIA
**ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE**
CDC 114-D  (Rev 10/98)

DEPARTMENT OF CORRECTIONS

| DISTRIBUTION: | |
|---|---|
| WHITE - CENTRAL FILE | CANARY - WARDEN |
| BLUE - INMATE (2ND COPY) | PINK - HEALTH CARE MGR |
| GREEN - ASU | GOLDENROD - INMATE (1ST COPY) |

| INMATE'S NAME | CDC NUMBER |
|---|---|
| GOUGH                    (5) | V-04431 |

<div align="center">REASON(S) FOR PLACEMENT (PART A)</div>

[X] PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS

[ ] JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY

[X] ENDANGERS INSTITUTION SECURITY    [ ] UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT:
On Thursday, January 3, 2008, you (Inmate GOUGH, V-04431, F4-12-131U) are being placed in the Administrative Segregation Unit (ASU), based on the following: on 1-3-08, at approximately 1300 hours, you advised Facility IV Staff that you feared for your safety in Facility IV, based upon your case factors. Therefore, your continued presence in the general Facility IV population is deemed a threat to the safety of persons and institution security. You will remain in ASU, pending administrative review for appropriate program/housing needs.
MSUS: CLEAR

[ ] CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL)    [ ] IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE:    /    /

| DATE OF ASU PLACEMENT | SEGREGATION AUTHORITY'S PRINTED NAME | SIGNATURE | TITLE |
|---|---|---|---|
| 1-3-08 | P. ZINGER | | C/Lieutenant |

| DATE NOTICE SERVED | TIME SERVED | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE | SIGNATURE | STAFF'S TITLE |
|---|---|---|---|---|
| | | | | |

[ ] INMATE REFUSED TO SIGN    INMATE SIGNATURE    CDC NUMBER

<div align="center">ADMINISTRATIVE REVIEW (PART B)
*The following to be completed during the initial administrative review by Captain or higher by the first working day following placement*</div>

| STAFF ASSISTANT (SA) | | INVESTIGATIVE EMPLOYEE (IE) | |
|---|---|---|---|
| STAFF ASSISTANT NAME | TITLE | INVESTIGATIVE EMPLOYEE'S NAME | TITLE |
| | | | |

<div align="center">**IS THIS INMATE:**</div>

| | | | | | |
|---|---|---|---|---|---|
| LITERATE? | [ ] YES | [ ] NO | EVIDENCE COLLECTION BY IE UNNECESSARY | [ ] YES | [ ] NO |
| FLUENT IN ENGLISH? | [ ] YES | [ ] NO | DECLINED ANY INVESTIGATIVE EMPLOYEE | [ ] YES | [ ] NO |
| ABLE TO COMPREHEND ISSUES? | [ ] YES | [ ] NO | ASU PLACEMENT IS FOR DISCIPLINARY REASONS | [ ] YES | [ ] NO |
| FREE OF MENTAL HEALTH SERVICES DELIVERY SYSTEM NEEDS? | [ ] YES | [ ] NO | DECLINED 1ST INVESTIGATIVE EMPLOYEE ASSIGNED | [ ] YES | |
| DECLINING FIRST STAFF ASSISTANT ASSIGNED? | [ ] YES | | | | |

Any "NO" requires SA assignment    Any "NO" may require IE assignment

[ ] NOT ASSIGNED    [ ] NOT ASSIGNED

<div align="center">**INMATE WAIVERS**</div>

[ ] INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER    [ ] INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME

[ ] NO WITNESSES REQUESTED BY INMATE    INMATE SIGNATURE    DATE

<div align="center">**WITNESSES REQUESTED FOR HEARING**</div>

| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
|---|---|---|---|
| | | | |

| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
|---|---|---|---|
| | | | |

**DECISION:** [ ] RELEASE TO UNIT/FACILITY_____ [ ] RETAIN PENDING ICC REVIEW [ ] DOUBLE CELL [ ] SINGLE CELL PENDING ICC

REASON FOR DECISION:

| ADMINISTRATIVE REVIEWER'S PRINTED NAME | TITLE | DATE OF REVIEW | TIME | ADMINISTRATIVE REVIEWER'S SIGNATURE |
|---|---|---|---|---|
| | | | | |

| CORRECTIONAL ADMINISTRATOR'S PRINTED NAME (if necessary) | CORRECTIONAL ADMINISTRATOR'S CO-SIGNATURE (if necessary) | DATE OF REVIEW |
|---|---|---|
| | | |

See chronological Classification Review document (CDC 128 - G)  for specific hearing information



12/20/07

"I AM, I AM," A "TARGET VICTIM," SEE, GENERALLY, WWW. WELSCH@mins justice
(2008-Z)    WWW. CHRISTIANS AGAINST SLAVERY
CLERGY / LAW GEAR @USD

(REQUESTS TO ATTORNEY)    (42 USC §§ 1983/85/ R.1Co)

(#) OBTAIN DOCUMENTATION.    JILLIAN
  A. CDC CASE FILE (ENTIRE) (MISSING DOCUMENTS @ FOR INSPECTION)
     (2008-Z)
  B. PEOPLE V. GOUGH, CASE NO. _____    (RE: P.C. § 422 CASE)
                                                        (FILE DATE)
  C. GOUGH-AOSHIMA V. KAREN ARCHER # (PRO)             CTL DIVISION
                                                        (FILE DATE)
  D. GOUGH-AOSHIMA V. ARCHER (C.C. 2035(a) #           CTL DIVISION
                              (CC 2035(a)                        "
  E. GOUGH-AOSHIMA V. GRIFFIN (C.C 2055(a) # _____            "
  F. GOUGH-AOSHIMA V. SMITH, ZAMORA ET AL # _____            "
  (NOTE SEWELL'S NAME TO BE SUBPOEN'D)
  (NOTE NAVAL CRIM INTELLIGENCE FIELD OFFICERS)
  ("COMBAT IMAGING" "STARMAN" AND/OR "CHUBBA CABRIANS")

"GUSTAVO
KIMET"
"THE KISS"
$50,000
PAID 1/000

DEPT #26
SERV.
NO CERT FILED
1/10-16/07

(#2) OBTAIN FATHER'S TELEPHONE FROM CDC FILE AND PLEASE
  CALL TO HAVE ~~~~~~~~~~ RE KEN'S RE "OTHER PEOPLE"
  WHO STAY IN GUEST ROOM RE: INTER ALIA, IF HE NEED $$$$$$$
  AND/OR JIM JAMES GOUGH'S TELEPHONE #/ADDRESS RE SAME
  THING (CHECK CELL PHONE @ 4064 HUERFANO # 260, P.B., CAL.)
         619-249-5405 (VIRGIN)

AND -
576-9800
576-9676
772-9676

JIM GOUGH
ADDER TO GET-IN

(#3) POSSIBLE TO OBTAIN CASE FILE FROM ROLLER-FILE CABINET
  W/ ALL DOCUMENTATION (ABOVE) AND OTHER CRITICAL AND
  PRIVELEGED LEGAL RESEARCH = FILED = PRECIPIENT (E.G. ILC
  PET W/ EXHIBIT W/ THOUGHT "TRANSMISSION" CONVERSATIONAL LOGS A-G)
  TO BE FILED AND/OR REVIEWED W/ ASSISTANCE FROM YOU (S) ALLS !!!

(#4) CALL (√ CELL PHONE) "VIRGIN" RECENT CALLS TO : (1) IL SENATOR
  DUBLIN (2) U.S ATTY _____  (3) DOJ STATE ATTY OFFICE
  _____ (4) _____ OBAMA, (5) CLINTON, (6) BOXER
  (7) FILSTEIN, (8) DR. GILLIAM, ~~EMBLEY~~ FORREST, HUSTON, TX
  (9) DOB jr. NSA @ WHITE HOUSE, (10) ETC / ET. AL. RE ~~~~~~

(#5) IMMEDIATE "PROBABLE CAUSE Hrg"    NOTE: J. JONES
                                              CHANGE
                                       JORDON ("EVICTION")

~~~~~~ (#6) PRESERVE/NOTICE ALL C.C § 2035(a) RE DEPO



PRELIMINARY OBJECTIONS / CONSIDERATIONS

OBJ #1 NO ACCESS TO CURRENT PAROLE CASE FILE

OBJ #2 NO MEANINGFUL ACCESS TO LAW MATERIALS, TOMES, REPORTS, I.E., LIBRARY

CON. #3 "TARGETED VICTIM" SEE WWW.CHRISTIANS AGAINST MIND SLAVERY.ORG SEE WWW.WELSH@mindjustice.org

OBJ. #4 I HAVE ATTEMPTED TO RELIEVE PRESENT COUNSEL TO NO AVAIL.

CON #5 I HAVE ATTEMPTED TO INFORMALLY RESOLVE THE §290 ISSUE.

OBJ. #6 PER GOUGH-AUSHIMA V. [NAVY] # (SEE PO COMMISSIONER File CDC/BPT & SEWELL CONFLICTED-OUT DUE TO SELF-INTERESTS)

CON #7 MUST BE PROVIDED WITH A SHIELDED HEARING ROOM FROM, E.G., EFM RADIO TRANSRECEIVED "THOUGHT COMMANDS" "MIND CONTROL" "TORMENT & TORTURE" AND/OR OTHER UNDUE INFLUENCES DURING THE "PROBABLE CAUSE" AND/OR "FULL PAROLE REVOCATION HEARING". SEE WEBSITES ABOVE; ILC PETITION (1ST DRAFT); VARIOUS C.C. § 2035(a) PRESUIT PETITIONS; KAREN ARCHER TRO APPLICATION W/MEMO; "THOUGHT CONVERSATIONIST" LOGS A-G

OBJ. #8 CHARGE ONE IS PRESUMPTIVELY ADJUDICATED ESTOPPEL, S.Ct.J. ARREOLA (#25)(531-3800)

OBJ. #9 CHARGE TWO IS JEOPARDY-BARRED

PRELIMINARY STATEMENTS

| | |
|---|---|
| E-V PAROLE | #1 PAROLE-VIOLATION-FREE FOR OVER 2½ YEARS |
| (PIRATION DATE | #2 NO DIRTY DRUGS TEST |
| 10 YEAR ADDED | #3 NO OTHER INCIDENTS WARRANTING ANY INVESTIGATION |
| HIGH CONTROL | |
| NO 1YR ADD. | #4 NO KNOWN DISFAVORABLE REMARKS BY OTHER P.O.S |
| E TIMELINE | #5 EMPLOYED (CALL GEORGE SYNDE VIA "CK" LITTLEWOOD'S "PACIFICA") |

#6 OWN CONDO #260 (ALBEIT IN LITIGATION)

#7 PARDON MY PRESENT PROTECTIVE CUSTODY STATUS DUE TO SEWELL — CHARGES HAVE BEEN FILED

#8 BPT CT CONSIDER SEWELL'S NAMING IN 3 precipient CIVIL ACTION, ILC PET., ETC.

PRELIMINARY ARGUMENTATION TO DISMISS / LIFT HOLD

#1 THE BPT 1100'S AMEND OF 10 BUSINESS DAYS IS FAULTED (NOT CONSISTENT WITH LAWS OF V. — M^c LAUGHLIN V. RIVERSIDE

A. WHY TIMELINE? PREJUDICE SHOWING — WOLFF'S DONNELL V. (PRISON) MORRISSEY (PAROLE) > PROBATION? (S.B. CASE FILE)

Hold

WILL LOSE ALL IF PAROLE CONTINUED!

EX 1

FOOD, CONDO, TOOLS, WORK VAN, CLOTHES
2 BDRM, WILL SUE BPT FOR R.I.C.O.

NO AUDIO RECORDING!!!
THEY ACK WITNESSES?
TOLD HIM I WOULD SUE ATTY PER 1983 AND/OR R.I.C.O. 23(B)

( ) VALLEY FOREST, HUSTON, TX VIA MY 1st DRAFT OF ILC PET. W/WEBSITE

I WILL NEED A "SPECIAL HEARING ROOM" TO HAVE THE "PROBABLE

HEARING" CONTACT MS. CHERYL WELSH FOR POSSIBLE ASSISTANCE AND THE OTHERS

PLEASE CALL DEPT. 25 CENTRAL DIVISION TO RESHEDULE ALL THE    TAKE OFF CALENDER OR

C.C. § 2035 (a) PET. HEARING DATES FOR 30 DAYS ☒ GET CASE #s (SEE, INFRA)

MISSED MEDIATION IN ARCHER TRO (CAN YOU NOTIFY WHOMEVER TO RESCH'd)

SILVER BULLET
FM TRANSRECEIVER
1.5 MILLION
FARM CELL
SETTLE 8 PM
WIND TORTUR
FLORIDA

GUSTAVO
KIMEI'S

THE KISS
(STRWAY)

ADVANCE FEE

SHERIFF SERV

PROB W/ SERV

PROB W/ SERV

PROB W/ SERV

NOTE DELIVERED @
HENDERSON ST.
GATE

PLEASE CALL

DAD / JIM (BR.)
476 9800  9676
576 9800  961%

DAD # @ S.D.
HARBOR POLICE
TRANSIT DOCK

✓ CHANNEL 39
FOR ILC PET. NSE
W/ EXHIBITS
MEDIA @
HRG

☒ OBTAIN DOCUMENTATION    CASE    CONTACT
BRIC "GROUND KEEPER, TO GET IN W/ LADDER
4564 HUERTANO, #260, P.B., CA-92111
ALTERNATIVELY OBTAIN ALL FROM ROLLER-FILE CABINET    W/ HARD COPIES
W/ THUMB DRIVE
W/ CD

A. CDC CASE FILE   [MISSING DOCUMENTS? BE SURE TO HAVE SIGNED/INDEXED]

B. PEOPLE V. GOUGH # 1984-    PROBATION
N.C. DIVISION   (NO 290 @ J&C)

C. PEOPLE V. GOUGH, #2001-    P.C. § 422
S.B. DIVISION   (NO 290 @ J&C)

D. GOUGH-AOSHIMA V. KAREN ARCHER (TRO) #   FILED NOV
CTL DIVISION, DEPT 2

FIRST HEARING DATE NOV    REFER TO MEDIATION 12/19/07   KAREN
ARREST

E. GOUGH-AOSHIMA ✓ KAREN ARCHER et al (CC§2035(a)) #

FILED _____   HEARING DATE 11-1-07    CONT. TO

F. GOUGH-AOSHIMA ✓ JORDAN GRIFFIN (CC§2035(a)) #

FILED _____   HEARING DATE 1/16/07   CONT. TO

G. GOUGH-AOSHIMA ✓ LT. SMITH, LT. ZAMORA, LT. PAULSON/CAPT DAVIS  CAPT GS "13" JOHNSON

# _____   FILED _____   HRG DATE _____   CONT. TO

☒ FURTHER DOCUMENTATION (TO SUPPORT GOV'T MISCONDUCT)    PROSECUTIONAL MISCONDUCT
VINDICTIVE PROSECUTION    SOS: KERRY  SENATOR DURBIN (IL)   FILSTEIN
OBAMA  JORDON  GILLIAM   BOXER
CLINTON  NAVAL INTELL. UNIT   NSA/FBI/C

A. "VIRGIN CELL PHONE" W/ CALL #s INCLUDING:

B. NEED ITEMS ILC (1st DRAFT) PETITION   (INTERNATIONAL LAW COMMITTEE) YOU MAY

CALL ① _____ SENATOR DURBIN (IL), ② U.S. ATT'Y _____  @ WASH, D.C.  FOR COPIES

C. POLICE REPORTS (S.D.P.D.)

☒ PROVIDE IF YOU CAN.

A. VALIDIVIA MEMO  W/ TIMELINE  W/ PROCEDURE  W/ CASES  W/ PROBABLE CAUSE RE WOLF  ✓ MORRISSEY V. J. McDONNELL

B. P.C. §290  (HOLD)  PERSONAL  (RELEASE)  RE: REQUIREMENT OF COURT DETERMINATION  SEXUAL SCIENTIFI CATIO

IMMEDIATE PROBABLE CAUSE SEEKING RELEASE PENDING FULL REVOCATION HRG.

I. BRIZUELA "CHARGE REPORT" W/ REASONS FOR HOLD — BUT RELEASED

G. SEWELL "CHARGE REPORT" W/ NO REASONS FOR HOLD — BUT HELDED

→ CRIME? COULD BE PROVEN

→ WHAT CRIME? CANNOT BE PROVE

I PRAY IN JESUS'S NAME !!!

NOK

ABE BC.7C.

STATE OF CALIFORNIA
GA-22 (9/92)

# INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

DATE 2/14/08

| HOUSING | | BED NUMBER 248U |
|---|---|---|

**TO** GOUGH   **(LAST NAME)**

WORK ASSIGNMENT
INMATE RECORDS

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) A1 - 240D

CDC NUMBER VG4431

| JOB NUMBER | FROM | TO |
|---|---|---|
| ASSIGNMENT HOURS | FROM | TO |

**Clearly state your reason for requesting this interview.**

You will be called in for interview in the near future if the matter cannot be handled by correspondence.

PER TITLE 15, DIV.3...§3450 I AM RESPECTFULLY ASKING YOU TO REVIEW YOUR CENTRAL FILE ON ME AND MAKE A INDEPENDENT DETERMINATION THAT I AM NOT A PENAL CODE § 290 REQUIRED REGISTRANT. IF I MAY I WILL BRING TO YOUR ATTENTION THE FOLLOWING FACTS: (1) BACK IN 1984 I ENTERED A NOLO CONTENDRE PLEA TO A MISDEAMEANOR SEXUAL BATTERY PER P.C. § 243.4(e)(1) PER A NOLO PLEA AGREEMENT. SEE EXHIBIT "A"

INTERVIEWED BY [signature]

DISPOSITION
PC 243.4 FELONY OR MISDEMEANOR IS A 290 REGISTERABLE OFFENSE.

DATE 4/21/08

SEE ALSO CITIZENS' COMPLAINTS... (MAILED 2/10/08); (2) UPON MY RELEASE
ON 1/16/05 I WAS ORDERED BY MY BPT COMMUNITY PAROLE AGENT TO
COMPLY WITH THE REGISTRATION REQUIREMENTS OF §290; (3) I DID IN
COMPLY WITH PROTESTIONS TO BOTH THE PAROLE AGENT AND S.D.P.D. OFFICER;
(4) ON 6/12/06 P.O. BRIZUELA ARRESTED ME AND PUT ME IN THE S.D.C.J.
FOR THE EVENING DURING HIS INVESTIGATION AND I WAS RELEASED THE NEXT
DAY (SEE EXHIBIT "B" CDC 1502 "CHARGE SHEET"); (5) THE BRIZUELA
VIOLATION ALLEGATION WAS SUBSEQUENTLY REFERRED TO FULL BPT BOARD
HEARING (SEE EXHIBIT "B") (CF. CITIZENS' COMPLAINT); (6) IT WOULD APPEAR
THAT P.O. BRIZUELA CONDUCTED AN INDEPENDENT INVESTIGATION PRIOR TO
THE PAROLE REVOCATION AND CAME TO A CONCLUSION THAT I WAS NOT
REQUIRED TO §290 REGISTER AND DEFENDED ME ON THIS CLAIM AT THE
PAROLE HEARING AND I WAS C.O.P.'d; (7) ON 12/18/08 I WAS ARRESTED
BY P.O. SEWELL FOR, INTER ALIA, "SPECIAL CONDITIONS" DIRECTLY RELATED TO
P.C. §290 COMMUNITY SUPERVISION STATUS; (8) ON 1/18/08 I HAD
A "BPT" KANGAROO-COURT REVOCATION HEARING W/O ANY PROCEDURAL OR
SUBSTANTIVE DUE PROCESS PROTECTIONS, WHATSOEVER, AND FOUND
GUILTY I THINK (I HAVE NOT RECEIVED THE REVO-HEARING REPORT
OR THE REQUESTED HEARING TAPE); (9) DURING THE REVO-HEARING
IT WAS CLEAR THAT THE "1984" SEXUAL BATTERY MISDEAMEANOR
CONVICTION WAS THE ONLY BASIS FOR THE §290 REQUIREMENT AND ITS
BPT'S "SPECIAL CONDITIONS (PLEASE ORDER TAPE AND LISTEN FOR YOUR-
SELF); (10) DURING THE HIATUS BETWEEN MY UNLAWFUL CONVICTION
BY THE BPT DEPUTY COMMISSIONER I HAVE PREPARED A 42 USC §1983,
1985, WITH A REQUEST FOR F.R.CIV.P. 23 CLASS ACTION CERTIFICATION AND
WITH A REQUEST PER 28 U.S.C. §2244 [3-JUDGE PANEL] ALLEGING THE
COMBINED CDC/BPT ARE PRESENTLY INCARCERATING 100S OF PRESENT
§290 VIOLATORS AND 1,000S IN THE PAST! I AM CONFIDENT I CAN
BANKRUPT THE CDC/BPT AS I ALMOST DID IN "405.DCU" WHICH WENT
TO THE DISHONEST U.S. SUPREME COURT. I AM A LAWYER-ATTORNEY !!! —
AND CAN PROVE I PRACTICE IN FEDERAL COURTS, FED. APPEALS CT., AND
UNITED NATION LEVEL — I WISH YOU GOOD LUCK IN REFUTING MY PRESENT
CLAIMS OF A TRAVESTY OF JUSTICE RE VIOLATION OF MY CONSTITUTIONAL
RIGHTS. P.S. I PROVIDED YOU WITH A COPY OF P.C. §290 WITH RELEVANT PARTS!!!

PLEASE GRANT ME AN INTERVIEW WITH THE CDC/BPT'S DONOVAN ATTY.
AND/OR YOURSELF. AND/OR MY IMMEDIATE RELEASE!!!

Sincerely Yours

**CH-120**  **Notice of Hearing and Temporary Restraining Order**

NO FEE-CCP 527.6

Clerk stamps date here when form is filed.

NOV 2007
CLERK SUPERIOR
COURT
SAN DIEGO
By: _____ Deputy

① Name of person asking for protection:

JEFF S. GOUGH= AOSHIMA

Address *(skip this if you have a lawyer): (If you want your address to be private, give a mailing address instead):*

4064 HUERFANO ST #260

City: PACIFIC BEACH    State: CA   Zip: 92117

Your telephone number *(optional):* ( 619 ) 249-5405

Your lawyer (if you have one): *(Name, address, telephone number, and State Bar number):* _____

_____

_____

Fill in court name and street address:

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
☒ HALL OF JUSTICE, 330 W. BROADWAY, SAN DIEGO, CA 92101-3827
☐ NORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92081-6643
☐ EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020-3941
☐ SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910-5649

*Court fills in case number when form is filed.*

② Name of person to be restrained:

KAREN ARCHER, et/ror

Description of that person:

| Case Number: |
| --- |
| 37-2007-00082027-CU-HR-CTL |

Sex: ☐ M ☒ F  Height: 5'8'  Weight: 120  Race: WHITE
Hair Color: DIRTY BLONDE / BR  Eye Color: _____  Age: 45  Date of Birth: _____
Home Address (if known): 4064 HUERFANO ST. #257
City: PACIFIC BEACH ("BAY HO CONDO")  State: CA   Zip: 92117
Work Address (if known): _____
City: _____  State: _____  Zip: _____

**To the person in ②:**

③ **Notice of Hearing**

A court hearing is scheduled on the request for orders against you to stop harassment:

TRO DATE

| Hearing Date | Date: DEC - 5 2007  Time: 9:00 A.M.  Dept.: 25  Rm.: _____ |
| --- | --- |

Name and address of court if different from above:
SUPERIOR COURT
220 W. BROADWAY
SAN DIEGO, CALIFORNIA 92101

If you do not want the court to make orders against you, file Form CH-110. Then go to the hearing and tell the court why you disagree. You may bring witnesses and other evidence. If you do not go to this hearing, the court may make restraining orders against you that could last up to 3 years.

④ **Court Orders**

The court *(check a or b):*

a. ☐ Has scheduled the hearing stated in ③. No orders are issued against you at this time.

b. ☒ Has scheduled the hearing stated in ③ **and** has issued the temporary orders against you specified on page 2. If you do not obey these orders, you can be arrested and charged with a crime. And you may have to go to jail, pay a fine of up to $1,000, or both.

**This is a Court Order.**

Judicial Council of California, www.courtinfo.ca.gov
Revised July 1, 2007, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9
Approved by DOJ
**Notice of Hearing and Temporary Restraining Order (CLETS)**  CH-120, Page 1 of 4
**(Civil Harassment)**



NO HAVE MORE IN JAIL - OVERFLOW OFFERED BUT DUMBY REFUSED TO ... IN BAD HEALTH

EX B

"K-0"

*CROSS —*

**NO FEE CCP 527.6**

**CH-120**    **Notice of Hearing and Temporary Restraining Order**

*Clerk stamps date here when form is filed.*

[court stamp: DEC 2007 CLERK OF SUPERIOR COURT SAN DIEGO]

**(1)** Name of person asking for protection:
Karen Archer

Address *(skip this if you have a lawyer): (If you want your address to be private, give a mailing address instead):*
POB 178381

City: San Diego _____ State: CA Zip: 92177

Your telephone number *(optional):* (_-_)-

Your lawyer *(if you have one): (Name, address, telephone number, and State Bar number):* --

*Fill in court name and street address:*

**Superior Court of California, County of**
SUPERIOR COURT OF CALIFORNIA
Civil Division
330 W. Broadway
P.O. Box 120128
San Diego, CA 92112-0128

**(2)** Name of person to be restrained:
Jeff Stanley Gough, aka Jeff S. Gough-Aoshima    *Booking #* 779284*7*

Description of that person:

*Court fills in case number when form is filed.*
Case Number: 37-2007-00082027-CU-HR-CTL
~~37-2007-00082107-CU-HR-CTL~~

| | |
|---|---|
| Sex: ☑ M ☐ F  Height: 5'9"  Weight: 190  Race: cau/?japanese | |
| Hair Color: brown-grey _____ Eye Color: unk _____ Age: 52  Date of Birth: 02/05/1956 | |
| Home Address *(if known):* 4064 Huerfano Ave #260 | |
| City: San Diego _____ State: CA _____ Zip: 92117 | |
| Work Address *(if known):* Please confirm current and future address with parole officer Sewell | |
| City: Dept Corrections 619 - 718-7800 x 213   State: _____ Zip: _____ | |

**To the person in ②:**

**(3)** **Notice of Hearing**
**A court hearing is scheduled on the request for orders against you to stop harassment:**

| Hearing → Date | JAN 16 2008 _~~25~~_ | 9:00 A.M. | Name and address of court if different from above: |
|---|---|---|---|
| Date | Time: | | SUPERIOR COURT |
| Dept.: | Rm.: | | 220 W. BROADWAY |
| | | | SAN DIEGO, CALIFORNIA 92101 |

If you do not want the court to make orders against you, file Form CH-110. Then go to the hearing and tell the court why you disagree. You may bring witnesses and other evidence. If you do not go to this hearing, the court may make restraining orders against you that could last up to 3 years.

**(4)** **Court Orders**
The court *(check a or b):*
a. ☑ Has scheduled the hearing stated in ③. (No orders are issued against you at this time.)
b. ☐ Has scheduled the hearing stated in ③ and has issued the temporary orders against you specified on page 2. If you do not obey these orders, you can be arrested and charged with a crime. And you may have to go to jail, pay a fine of up to $1,000, or both.

**This is a Court Order.**

Judicial Council of California, www.courtinfo.ca.gov
Revised July 1, 2007, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9
Approved by DOJ

**Notice of Hearing and Temporary Restraining Order (CLETS)**    CH-120, Page 1 of 4
(Civil Harassment)

American LegalNet, Inc.
www.FormsWorkflow.com

*CROSS —*

1-11-08 *CCI S. UNDERWOOD* @ 10:30 AM

"K"-1

Your name: Karen Archer

Case Number:
~~37-2007-00084107-CU-HR-CTL~~

37-2007-00082027-CU-HR-CTL

## Temporary Orders Against the Restrained Person

*(Write the name of the person in ②):* Jeff Stanley Gough aka Jeff S. Gough Aoshima

**The court has made the temporary orders indicated below against you. You must obey all these orders. These orders will expire on the date of the hearing listed in ③ unless they are extended by the court.**

⑤ ☑ **Personal Conduct Orders**

You must not do the following things to the people listed in ① and ⑩:

☑ a. Harass, attack, strike, threaten, assault (sexually or otherwise), hit, follow, stalk, destroy personal property, keep under surveillance, or block movements.

☑ b. Contact (directly or indirectly), telephone, send messages, mail, or e-mail.

☑ c. Take any action, directly or through others, to obtain the addresses or locations of the persons in ① and ⑩. *(If item c is not checked, the court has found good cause not to make this order.)*

Peaceful written contact through a lawyer or a process server or other person for service of legal papers related to a court case is allowed and does not violate this Order.

⑥ ☑ **Stay-Away Order**

You must stay at least *(specify):* ___10___ yards away from:

a. ☑ The person listed in ①
b. ☑ The people listed in ⑩
c. ☑ The home of the persons in ① and ⑩
d. ☐ Jobs or workplaces of the persons in ① and ⑩

e. ☑ Vehicle of person in ①    ☑ Vehicles of persons in ⑩
f. ☐ The protected children's school or child care
g. ☐ Other *(specify):* _____

This stay-away order does not prevent the person in ② from going to or from that person's home or place of employment.

⑦ **No Guns or Other Firearms**

You cannot own, possess, have, buy or try to buy, receive or try to receive, or in any other way get a gun or firearm.

⑧ **Turn In or Sell Guns or Firearms**

You must:

- Sell to a licensed gun dealer or turn in to police any guns or firearms that you possess or control. This must be done within 24 hours of being served with this order.
- File a receipt with the court within 48 hours of receiving this order that proves guns have been turned in or sold. *(You may use Form CH-145 for this.)*

⑨ ☑ **Other Orders** *(specify):* 1 ) Cease "positioning" tactics on Bay Ho complex grounds that entrap Ms. Archer in unintentionally violating her TRO.

2) Cease intimidating and vexatious court petitions and filings against Ms. Archer.

*(handwritten note)* NOTE—ARCHER FAILS TO CORRECTLY STATE THAT I WAS THE PERSON REQUESTING A TRO BACK ON NOV. 19, 2007.

**This is a Court Order.**

Your name: Karen Archer

Case Number:
~~37-2007-00084107-CU-HR-CTL~~
37-2007-00082027-CU-HR-CTL

**⑩ ☑ Other Protected Persons**
List of the full names of all family or household members protected by these orders:

Richard Overton, Significant other, POB 178381 San Diego 92177

_____

_____

## Instructions for the Protected Person

**To the person in ①:** (*Write the name of the person in ①*): Jeff S. Gough

**⑪ Service of Order on Law Enforcement**
If the court issues temporary restraining orders, by the close of business on the date the orders are made, you or your lawyer should deliver a copy of this Order and any proof of service forms to each law enforcement agency listed below.

Name of Law Enforcement Agency:                    Address (City, State, Zip)

~~COUNTY SHERIFF~~                          _____
~~220 WEST BROADWAY~~                    _____
~~SAN DIEGO, CA  92101~~                   _____

_____                      _____

**⑫ Service of Documents**
You must have someone personally deliver to the person in ② a copy of all the documents checked below:

a. ☑ CH-120, *Notice of Hearing and Temporary Restraining Order (CLETS)* (completed and file-stamped)

b. ☑ CH-100, *Request for Orders to Stop Harassment* (completed and file-stamped)

c. ☑ CH-110, *Answer to Request for Orders to Stop Harassment* (blank form)

d. ☑ CH-145, *Proof of Firearms Turned In or Sold* (blank form)

e. ☑ CH-151, *How Can I Answer a Request for Orders to Stop Harassment?*

f. ☑ Other *(specify)*: CH131 proof of service by mail

You must file with the court before the hearing a proof of service of these documents on the person in ②.

**⑬ Time for Service** (*check a, b, or c*)

a. ☐ A copy of the documents listed in ⑫ must be served in person to the person in ②
at least 5 days before the hearing.

b. ☑ A copy of the documents listed in ⑫ must be served in person to the person in ②
at least 2 days before the hearing.

c. ☐ A copy of the documents listed in ⑫ must be served in person to the person in ②
at least _____ days before the hearing.

**⑭ ☑ No Fee for Filing**
Filing fees are waived.

**This is a Court Order.**



"K"-3

Your name: Karen Archer

Case Number:
37-2007-00084107-CU-HR-CTL

37-2007-00082027-CU-HR-CTL

(15) ☑ **No Fee for Service of Order by Law Enforcement**

The sheriff or marshal will serve this Order without charge because:

a. ☐ The Order is based on stalking.
b. ☐ The Order is based on a credible threat of violence.
c. ☐ The person in ① is entitled to a fee waiver.

Date: _12-19-07_

Judicial Officer   RAFAEL A. ARREOLA

---

### Warnings and Notices to the Restrained Person in ②

#### You Cannot Have Guns or Firearms

You cannot own, have, possess, buy or try to buy, receive or try to receive, or otherwise get a gun while this Order is in effect. If you do, you can go to jail and pay a $1,000 fine. You must sell to a licensed gun dealer or turn in to police any guns or firearms that you have or control in accordance with item ⑧ above. The court will require you to prove that you did so. If you do not obey this Order, you can be charged with a crime.

---

### Instructions for Law Enforcement

This Order is effective when made. It is enforceable anywhere in all 50 states, the District of Columbia, all tribal lands, and all U.S. territories and shall be enforced as if it were an order of that jurisdiction by any law enforcement agency that has received the Order, is shown a copy of the Order, or has verified its existence on the California Law Enforcement Telecommunications System (CLETS). If the law enforcement agency has not received proof of service on the restrained person, and the restrained person was not present at the court hearing, the agency shall advise the restrained person of the terms of the Order and then shall enforce it. Violations of this Order are subject to criminal penalties.

---

**Requests for Accommodations**

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the hearing. Contact the clerk's office or go to *www.courtinfo.ca.gov/forms* for *Request for Accommodations by Persons With Disabilities and Order* (Form *MC-410*). (Civil Code, § 54.8.)

---

*(Clerk will fill out this part.)*
#### —Clerk's Certificate—

Clerk's Certificate
[seal]

I certify that this *Notice of Hearing and Temporary Restraining Order* is a true and correct copy of the original on file in the court.

Date: _____   Clerk, by _____, Deputy

---

### This is a Court Order.

---



"K"-4

*CROSS —*

*WHY NOT RICHARD OVERTON?*

**CH-100**   **Request for Orders to Stop Harassment**

Clerk stamps date here when form is filed.

2007 DEC 19 PM 12:18

SAN DIEGO COUNTY, CA

(1) Your name *(person asking for protection)*:
Karen Archer

Your address *(skip this if you have a lawyer): (If you want your address to be private, give a mailing address instead)*:

POB 178381, San Diego CA 92177

City: _____ State: _____ Zip: _____

Your telephone number *(optional)*: ( __ - __ ) --

Your lawyer *(if you have one): (Name, address, telephone number, and State Bar number)*:

n/a

_____
_____
_____

Fill in court name and street address:

Superior Court of California, County of
SUPERIOR COURT OF CALIFORNIA
Civil Division
330 W. Broadway
P.O. Box 120128
San Diego, CA 92112-0128

(2) Name of person you want protection from:
Jeff Stanley Gough, aka Jeff S. Gough-Aoshima

Court fills in case number when form is filed.

Case Number:
37-2007-00082107-CU-HR-CTL

37-2007-00082027-CU-HR-CTL

Describe the person:  Sex: ☑ M  ☐ F  Weight: 190
Height: 5'9"  Race: cau?  Hair Color: saltpepper
Eye Color: unk  Age: 52  Date of Birth: 2/5/1956

Home Address *(if you know)*: 4064 Huerfano Ave #260

City: San Diego _____ State: CA  Zip: 92117

Work Address *(if you know)*: n/a

City: _____ State: _____ Zip: _____

(3) Besides you, who needs protection? *(Family or household members)*

| Full Name | Sex | Age | Lives with you? | How are they related to you? |
|---|---|---|---|---|
| Richard Overton | M | 51 | ☑ Yes ☐ No | Significant Other |
| | | | ☐ Yes ☐ No | |
| | | | ☐ Yes ☐ No | |
| | | | ☐ Yes ☐ No | |

☐ Check here if you need more space.  Attach a sheet of paper and write "CH-100, item 3—Describe Protected Persons" at the top of the page.

(4) Why are you filing in this court? *(Check all that apply)*:
   ☑ The person in ② lives in this county.
   ☑ I was hurt (physically or emotionally) by the person in ② here.
   ☑ Other *(specify)*: existing case 82027

*WHO?*  *"SILENT MAJORITY"*
*NO ONE AT 1ST TRO HEARING*
*2' STAY AWAY! WANTED BY KAREN*

(5) How do you know the person in ②? *(Describe)*:

Jeff is my neighbor who has been acting as and percieved as a threat to me and more recently to my SO Richard since mid Sept Jeff has been noted by us and others to be increasingly more agitated and has recently been re-arrested due to his assault on Richard in November.

*SIGNIFICANCE OF DATE?   WHAT REPORTS?*   *"re-arrested"*   *ORIGINAL? police reports?*

**This is not a Court Order.**

Judicial Council of California, www.courtinfo.ca.gov
Revised July 1, 2007, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9

**Request for Orders to Stop Harassment**
(Civil Harassment)

CH-100, Page 1 of 4

→

American LegalNet, Inc.
www.FormsWorkflow.com

*CROSS —*



Ex- "E"-1

"K"-4

Your name: Karen Archer

Case Number:
~~37-2007-00084107-CU-HR-CTL~~
37-2007-00082027-CU-HR-CTL

**(6)** Describe how the person in **(2)** has harassed you:   *PRIOR TO TRO FILING (11/19/08)*

a. Date of most recent harassment: (Nov 11, 2007)   *WHAT TELEPHONE # HOW DID SHE GET PERICANO MESSAGE?*

b. Who was there? Richard Overton

c. Did the person in **(2)** commit any acts of violence or threaten to commit any acts of violence against you?
☑ Yes ☐ No
*If yes, describe those acts or threats:* _____
In a very agitated manner he threatens to In-So-Many-Words "have you pay" or "youll get yours" -type of rhetoric

d. Did the person in **(2)** engage in a course of conduct that harassed you and caused substantial emotional
distress? ☑ Yes ☐ No
*If yes, describe:* a) Repeated threatening harassment up to 11/11—Tape recording of Jeff's vindictive
is available for the court to hear: b) assault of Richard 11/12/07 c) two court filings against me since
11/16; d) antagonistic and inciting behavior relative to TRO limits since 11/17/07

*§ 2035(a)*

e. Did the conduct of the person in **(2)** described above seriously alarm, annoy, or harass you? ☑ Yes ☐ No

☐ *Check here if you need more space. Attach a sheet of paper and write "CH-100, item 6—Describe
Harassment" at the top of the page.*

*12/5/07*
*"FULL-CAT MAJORITY" DOCUMENTATION ETC.*

*S.D.P.D. CONKLIN
S.D.P.D. PEREZ
CRIME IN. CELLERIA NOA*

### Check the orders you want ☑

**(7)** ☑ **Personal Conduct Orders**
I ask the court to order the person in **(2)** to **not** do the following things to me or anyone listed in **(3)** :
a. ☑ Harass, attack, strike, threaten, assault (sexually or otherwise), hit, follow, stalk, destroy personal
property, keep under surveillance, or block movements.
b. ☑ Contact (either directly or indirectly), or telephone, or send messages or mail or e-mail.
The person in **(2)** will also be ordered not to take any action to get the addresses or locations of any protected
persons, their family members, or their caretakers unless the court finds good cause not to make the order.

**(8)** ☑ **Stay-Away Orders**
*? TWO FEET FROM MODIFIED*
I ask the court to order the person in **(2)** to stay at least *(specify):* (10) yards away from me
and the people listed in **(3)** and the places listed below: *(Check all that apply):*
a. ☑ My home                  d. ☑ My vehicle
b. ☐ My job or workplace      c. ☐ Other *(specify):* _____
c. ☐ My children's school or child care

If the court orders the person in **(2)** to stay away from all the places listed above, will that person
still be able to get to his or her home, school, or job? ☑ Yes ☐ No
*If no, explain:* Please note Jeff's stay at 4064 Huerfano Ave is over per his parole officer and
therefore 10 yards stay away is reasonable as he will likely no longer be my regular neighbor upon
his release from prison.

*GOUGH-AOSHIMA V. JORDON GRIFFIN*
*§ 2035(a)(RE CONDO COLLUSION)*

*SEWELL NEVER DISCUSSED MATTER W/ME
? KAREN ? RICHARD
? JORDON GRIFFIN*

**This is not a Court Order.**



*"K"-5*

*"INVOLVE" RICHARD*
*"VEXATIOUS" SUITS*

Your name: Karen Archer

Case Number: 37-2007-00082027-CU-HR-CTL

**37-2007-00082027-CU-HR-CTL**

**(9)** ☑ **Others to Be Protected**
Should the other people listed in ③ also be covered by the orders described above?
☑ Yes   ☐ No   ☐ Does not apply
*If yes, explain:* Note Jeff has tried to involve and harass Richard with his vexatious suits as well.

*WHAT?*
*CALL ON 12/17/07*

The information regarding Jeff assaulting Richard was apparently enough to bring Jeff back into custody, and both Richard and I am in fear of Jeff upon his release (likely within months at most.)

**(10)** **Order About Guns or Other Firearms**
I ask the court to order the person in ② to be prohibited from owning, possessing, purchasing, or receiving, or attempting to purchase or receive firearms **and** to sell or turn in any guns or firearms that he or she controls.

**(11)** ☑ **Other Orders**
I ask the court to order the person in ② to *(specify):*   *?*
I ask the court to declare Jeff Gough a vexatious litigant.

**(12)** ☑ **Temporary Orders**    *WHAT ACTIONS?*
Do you want the court to make orders now on the matters listed in ⑦, through ⑪ that will last until the hearing? ☑ Yes   ☐ No
*If yes, explain why you need these orders right now:* Jeff is likely more unstable and angry now than at his intiation of his actions against me that began in September. He has just been taken into custody, of likely limited duration. Richard and I have been scared of him, and are even more so now. Please make these orders immediate so we have recourse if Stay Away or Conduct orders violated.

☐ *Check here if you need more space. Attach a sheet of paper and write "CH-100, item 12—Temporary Orders" at the top of the page.*

**(13)** **Delivery of Orders to Law Enforcement**
My lawyer or I will give copies of the orders to the following law enforcement agencies:
a. Name of Agency: COUNTY SHERIFF
   Address: 220 WEST BROADWAY
   City: SAN DIEGO, CA 92101    State: _____ Zip: _____

b. Name of Agency: _____
   Address: _____
   City: _____    State: _____ Zip: _____

**(14)** ☐ **Other Court Cases**
Have you ever asked any court for other restraining orders against the person in ②? ☐ Yes   ☐ No
*If yes, specify the counties and case numbers if you know them.*
Earlier counter-TRO filed by me and declined by this court on 12/11/07

*TRO? HEARING?*
*CALLED SEWELL 12/17/07.*

**This is not a Court Order.**



K-5

Your name: Karen Archer

Case Number:

~~37-2007-0008-4107-CU-HR-CTL~~

37-2007-00082027-CU-HR-CTL

**(15)** ☑ **Time for Service**

You must have your papers personally served on (notify) the person in ② at least 5 days before the hearing, unless the court orders a different time for service. *(Form CH-135 explains "What Is Proof of Service?" Form CH-130 may be used to show the court that the papers have been served.)* If your papers cannot be served at least 5 days before the hearing and you need more time, explain why:

n/a

**(16)** ☑ **No Fee for Filing**

I ask the court to waive the filing fee because the person in ② has used or threatened to use violence against me, has stalked me, or has acted or spoken in some other way that makes me reasonably fear violence. I am asking for a restraining order to stop this conduct.

**(17)** ☑ **No Fee to Serve Orders**

I ask the court to order the sheriff or marshal to serve (notify) the person in ② about the orders for free because:

a. ☑ My request for orders is based on stalking; or

b. ☑ My request for orders is based on a credible threat of violence; or

c. ☐ I am entitled to a fee waiver.

*(If you are requesting free service of the orders based on a fee waiver, you must complete and file the Application for Waiver of Court Fees and Costs (Form FW-001).)*

**(18)** ☑ **Lawyer's Fees and Costs**

I ask the court to order payment of my:

a. ☑ Lawyer's fees

b. ☑ Out-of-pocket expenses

The amounts requested are:

| Item | Amount | Item | Amount |
|------|--------|------|--------|
| misc admin (response) | $ TBD | | $ |
| | $ | | $ |
| | $ | | $ |

☐ *Check here if you need more space. Attach a sheet of paper and write "CH-100, item 18—Lawyer's Fees and Costs" at the top of the page.*

**(19)** **Additional Relief**

I ask the court for additional relief as may be proper.

**(20)** Number of pages attached to this form, if any:_____

Date: _____

_____          ▶ _____
Lawyer's name                                       Lawyer's signature

I declare under penalty of perjury under the laws of the State of California that the information above and on all attachments is true and correct.

Date: 12/19/07

Karen Archer                                  ▶ x _Karen Archer_
Type or print your name                    Sign your name

**This is not a Court Order.**

**Request for Orders to Stop Harassment**
**(Civil Harassment)**

E/4

K-6

*DELIVERED BY SEWELL (1/18/08) AFTER HEARING*

**CH-125    Reissue Temporary Restraining Order** *(CROSS)*

| | |
|---|---|
| Your name (person asking to reissue order):<br>**Karen Archer** | Clerk stamps date here when form is filed.<br><br>F I L E D<br>Clerk of the Superior Court<br><br>**JAN 1 6 2008**<br><br>By: J. BELDEN, Deputy |

Your address (skip this if you have a lawyer): (If you want your address to be private, give a mailing address instead): _____
**POB 178381**

City: **San Diego**          State: **CA**  Zip: **92177**

Your telephone (optional): (— ) _____

Your attorney (if you have one): (Name, address, telephone number and State Bar number): **N/a**
_____
_____
_____

Fill in court name and street address:
**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
☑ HALL OF JUSTICE, 330 W. BROADWAY, SAN DIEGO, CA 92101-3827
☐ NORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92081-6643
☐ EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020-3941
☐ SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910-5649

(2)  Name of person you want protection from:
**Jeff St Gough aka Jeff Gough Aoshima**

Court fills in case number when form is filed.
Case Number: **CU HR CTL**
**37-2007-00082027**

(3)  ☑ I ask the Court to reissue the Temporary Restraining Order specified on Form CH-120. *(HEARING ONLY)*
   a. The last Temporary Restraining Order was issued on (date): **12/19/07**    b. The last hearing date was (date): **JAN 16 2008** *8:15*
   c. The Order was reissued ~~**0**~~ times.

(4)  ☑ I ask the court to reissue the Order because (check one):
   a. ☑ I could not get the Order served before the hearing date. *Proof of Service hasn't been returned from Donovan*
   b. ☐ The date of the hearing was changed because we were sent to mediation or other dispute resolution services.
   c. ☐ Other (specify):_____

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.
Date: **1/16/08**
**Karen Archer**          ▶ *[signature]*
Type or print your name          Sign your name

**This is a Court Order.**
*Clerk will fill out section below.*

(5)  The request to reissue the Temporary Restraining Orders is:
   a. ☑ Granted *(HEARING ONLY)*  b. ☐ Denied
The Order listed in (3) is reissued and reset for hearing in this court on the date and time below.
Unless the court extends the time, the Order will end on the date and time below.

| | | Name and address of court if different from above: |
|---|---|---|
| **Hearing Date** ➔ | Date: **JAN 3 0 2008**  Time: **9:00 AM**<br>Dept.: **25**  Room: _____ | SUPERIOR COURT<br>220 W. BROADWAY<br>SAN DIEGO, CALIFORNIA 92101 |

All orders in the Temporary Restraining Order stay in effect unless this order changes them.

*(Continued on next page)*

**Reissue Temporary Restraining Order**
**(Civil Harassment)**
CH-125, Page 1 of 2  ➔



Your Name: *Karen Archer*

Case Number: *37 2007-00082027*

(6) If this Order is granted, a copy of this Order must be served on the person in (2) before the hearing, along with the other documents requesting orders to stop harassment.

(7) By the close of business on the date this Order is made, a copy of this Order and any proof of service forms must be delivered to the law enforcement agency listed in (8) by:
☑ the person in (1).
☐ the attorney of the person in (1).

(8) The law enforcement agency listed below will serve the person in (2) with a copy of this Order and any attached orders:

Name of law enforcement agency: COUNTY SHERIFF
Address: 220 WEST BROADWAY
         SAN DIEGO, CA 92101
City: _____ State: _____ Zip: _____

Date: JAN 1 6 2008

*Rafael A. Arreola*
Judicial Officer    RAFAEL A. ARREOLA

## Requests for Accommodations

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the hearing. Contact the clerk's office for *Request for Accommodations by Persons with Disabilities and Order* (form MC-410). (Civil Code, § 54.8)

*(Clerk will fill out this part)*
**—Clerk's Certificate—**

*Clerk's Certificate*

I certify that this *Reissue Temporary Restraining Order* is a true and correct copy of the original on file in the court.

Date: _____

Clerk, by _____, Deputy

**This is a Court Order.**




STATE OF CALIFORNIA

**CHARGE REPORT**
CDC 1502 (b) (07/04)

REPORT TO:  [X] BOARD OF PRISON TERMS

DISTRIBUTION:
CORRECTIONS
ORIGINAL - C-File.
1ST COPY – Field File.
2ND COPY – Parolee.

DEPARTMENT OF

| CDC NUMBER | NAME (LAST, FIRST, MI) | | NAME BOOKED AS | REGION/UNIT |
|---|---|---|---|---|
| V-64431 | GOUGH, JEFFREY | | SAME | IV/EC III |
| ARREST DATE | ARRESTING AGENCY | BPT REFERRALS: | | BOOKING NUMBER AND/OR LOCATION |
| NIC | N/A | [X] MANDATORY  [ ] NON-MANDATORY | | 1607 Les Rancitos Rd. Lakeside, CA 92040 (619) 458-4148 |
| ARREST CODE * | * ARREST CODES: | | | |
| NIC | A    P&CSD STAFF ALONE  AB   P&CSD ASSISTED BY LAW ENFORCEMENT AGENCY | B   LAW ENFORCEMENT AGENCY ALONE  D   LAW ENFORCEMENT AGENCY WITH INFORMATION FROM P&CSD | | |
| HOLD DATE | DISCOVERY DATE | HOLD REMOVED DATE | AGENT OF RECORD | CONTROLLING DISCHARGE DATE | DISCHARGE-REVIEW DATE | IMMINENT DISCHARGE |
| NIC | 6/1/06 | NIC | I, BRIZUELA | 11-8-08 | 11-16-06 | |

| CHARGES AND CODES | | CHARGES AND CODES | |
|---|---|---|---|
| 1. Failure to Register per P.C 290 (390) | | 4. | |
| 2. | | 5. | |
| 3. | | 6. | |

| REASON FOR RETAINING PAROLE HOLD:  PAROLEE DANGER TO: | DATE COPY GIVEN TO PAROLEE | NAME OF PERSON NOTICING PAROLEE |
|---|---|---|
| [X] ABSCON  [X] SELF  [X] PROPERTY-OTHERS  [X] SAFETY-OTHERS | 6/22/06 | E McMillan |

### NOT IN CUSTODY

Parolee Gough is a P.C 290 Registrant.  He was to register with the San Diego County Sheriffs Office five days prior or after his birth date of February 5.  He failed to register in a timely manner.  He registered on February 17, 2006.

PAROLE AGENT'S RECOMMENDATION:
Refer violation to the Board of Parole Hearings for parole revocation proceedings.

| | PAROLE AGENT'S SIGNATURE | DATE |
|---|---|---|
| | I. Brizuela | 6-12-06 |

| UNIT SUPERVISOR'S ACTION | | RELEASE HOLD AS OF (DATE) | |
|---|---|---|---|
| [X] DECISION  [X] REVIEW  [ ] RETAIN HOLD | [ ] | | [ ] CANCEL WARRANTS — WANTS |
| [ ] CONTINUE ON PAROLE  [ ] CONTINUE IN OUT PATIENT STATUS | [ ] *DISCHARGE EFFECTIVE (DATE): | | [ ] RETAIN ON |
| [ ] REINSTATE ON PAROLE AS OF (DATE):  [ ] TIME LOSS  [ ] NO TIME LOSS  [ ] SUSPEND/REINSTATE IN OPS AS OF (DATE): | [X] REFER TO BPT/NAEA | [X] INVESTIGATE, SUBMIT APPROPRIATE REPORT BY (DATE) 6/20/06 | |
| [ ] SPECIAL CONDITION(S): | | [ ] ADD  [ ] DELETE | |

UNIT SUPERVISOR'S COMMENTS/RECOMMENDATION Concur; probable cause fnd. Violation rpt. due NCF: 6/21/06.

| [X] I HAVE LOOKED AT THE INFORMATION. I BELIEVE THERE IS PROBABLE CAUSE TO MAINTAIN THE PAROLE HOLD | UNIT SUPERVISOR'S SIGNATURE | DATE |
|---|---|---|
| | | 6-12-06 |

PAROLE ADMINISTRATOR'S COMMENTS/DECISION

| [ ] REFER TO BPT/NAEA | *DISCHARGE EFFECTIVE DATE | FIELD ADMINISTRATOR'S SIGNATURE | DATE |
|---|---|---|---|
| | | | |

EXHIBIT "D"
"m"

## CLIENT EVALUATION FORM

**Case Number:** *SD07-020097*

*We want to know what you think of the job your lawyer did at your parole hearing. Please tell us if you think the lawyer did a great job, a good job, or a poor job. Thank you for your help.*

**1.** How long was your first meeting with your lawyer?

    ☐ 30 minutes or less    ☐ 31 minutes – 1 hour    ☐ 1 hour or more

**2.** How many times did you talk to your lawyer?    1    2    3 or more

**3.** How well did your lawyer explain your rights to you?    Great    Good    Poor

**4.** How well did the lawyer speak for you at the hearing?    Great    Good    Poor

**5.** Your total view of how well your lawyer did.    Great    Good    Poor

**Comments:**

_____

_____

_____

"N"



12/20/07

"I AM, I AM," A "TARGET VICTIM," SEE, GENERALLY, WWW WELSCH @ mind justice
CLERGY / LAW @ USD                          WWW. CHRISTIANS AGAINST SLAVERY

(REQUESTS TO ATTORNEY)                    (42 USC §§ 1983, 1985/ R. ICO)

(#) OBTAIN DOCUMENTATION.
   A. CDC CASE FILE (ENTIRE) (MISSING DOCUMENTS @ JILLIAN)
       (2001-2)                              (VISUAL INSPECTION)
   B. PEOPLE V. GOUGH, CASE NO _____     (RE: P.C. § 422 CASE)
                                              (FILE DATE)
GUSTAVO     C. GOUGH-AOSHIMA V. KAREN ARCHER # (PRO)   CTL DIVISION
KIMET                                                   (FILE DATE)
"THE KISS"  D. GOUGH-AOSHIMA V. ARCHER (C.C. 2035(a)) # _____ CTL DIVISION
$50,000 @2  E. GOUGH-AOSHIMA V. GRIFFIN (C.C. 2035(a)) # _____   "
PAID 1,000  F. GOUGH-AOSHIMA V. SMITH, ZAMORA ET AL # _____       "

RESOLVE    (NOTE SEWELL'S NAME TO BE SUBPOENED)
DEPT #26   (NOTE NAVAL CRIM INTELLIGENCE FIELD OFFICERS)
SERV.      ("COMBAT IMAGING" "STARMAN" AND/OR "CHUBBA CABRIANS" vi)
NO CERT FILED
1 10 46 07

(#2) OBTAIN FATHER'S TELEPHONE FROM CDC FILE AND PLEASE
576 9800   CALL TO HAVE ~~~~~~~~ RE KEN'S RE "OTHER PEOPLE"
576 9676   WHO STAY IN GUEST ROOM RE: INTER ALIA, IF HE NEED $$$$$
   9676    AND/OR JIM JAMES GOUGH'S TELEPHONE #/ADDRESS RE SAME
Jim GOUGH  THING (CHECK CELL PHONE @ 4064 HUERFANO # 260, P.B, CAL.)
ADDER TO GET-IN              619-249-5405 (VIRGIN)

(#3) POSSIBLE TO OBTAIN CASE FILE FROM ROLLER-FILE CABINET
     W/ ALL DOCUMENTATION (ABOVE) AND OTHER CRITICAL AND
     PRIVILEGED LEGAL RESEARCH FILED - PRECIPIENT (E.G. ILC
     PET W/ EXHIBIT W/THOUGHT "TRANSMISSION" CONVERSATIONAL LOGS A-G)
     TO BE FILED AND/OR REVIEWED W/ASSISTANCE FROM YOU(S) ALL!!!

(#4) CALL (✓ CELL PHONE "VIRGIN" RECENT CALLS TO: (1) IL SENATOR
     DUBLIN (2) U.S. ATTY _____ (3) DOJ STATE ATTY OFFICE
     _____ (4) _____ OBAMA, (5) CLINTON, (6) BOXER.
     (7) FILSTEIN, (8) DR. GILLIAM; _____ FORREST HUSTON, TX
     (9) SOBjr. NSA @ WHITE HOUSE, (10) ETC. / ET. AL. ~~~~~~~

(#5) IMMEDIATE "PROBABLE CAUSE H'rg"    NOTE: JONES
                                              CHANGE
     (#6) PRECEDE NOTICE W/ C.C. § 2035(a) RE DELAY    JORDAN ("EVICTION")

C

PRELIMINARY OBJECTIONS / CONVENTIONS

OBJ. #1 NO ACCESS TO CURRENT PAROLE BASE FILE

OBJ. #2 NO MEANINGFUL ACCESS TO LAW MATERIALS, TOMES, REPORTS, I.E., LIBRARY

CON. #3 "TARGETED VICTIM" SEE WWW. CHRISTIANS AGAINST MIND SLAVERY.ORG
         SEE WWW.WELSH@mindjustice.org

OBJ. #4 I HAVE ATTEMPTED TO RELIEVE PRESENT COUNSEL TO NO AVAIL.

CON. #5 I HAVE ATTEMPTED TO INFORMALLY RESOLVE THE § 290 ISSUE.

OBJ. #6 PER GOUGH-AOSHIMA V. (NAVY) # (SEE PO COMMISSIONER File COC/BPT & SEWELL CONFLICTED -
         OUT DUE TO SELF-INTERESTS

CON. #7 MUST BE PROVIDED WITH A SHIELDED HEARING ROOM FROM, E.G.,
         EFM RADIO TRANSRECEIVED "THOUGHT COMMANDS", "MIND CONTROL"
         "TORMENT & TORTURE" AND/OR OTHER UNDUE INFLUENCES DURING
         THE "PROBABLE CAUSE" AND/OR "FULL PAROLE REVOCATION HEARING".
         SEE WEBSITES ABOVE ; ILC PETITION (1ST DRAFT) ; VARIOUS C.C.
         § 2035(a) PRESUIT PETITIONS ; KAREN ARCHER TEO APPLICATION
         W/MEMO ; "THOUGHT CONVERSATIONIST" LOGS A-G

OBJ. #8 CHARGE ONE IS PRESUMPTIVELY ESTOPPEL, ADJUDICATED, S.Ct.J. ARREOLA (#25)(531-3800)

OBJ. #9 CHARGE TWO IS JEOPARDY-BARRED

PRELIMINARY STATEMENTS

E=√ PAROLE  #1 PAROLE-VIOLATION-FREE FOR OVER 2½ YEARS
(PIRATION DATE)
10 YEAR ADDED  #2 NO DIRTY DRUGS TEST
HIGH CONTROL
NO 14R ADD.  #3 NO OTHER INCIDENTS WARRANTING ANY INVESTIGATION
E TIMELINE
            #4 NO KNOWN DISFAVORABLE REMARKS BY OTHER P.O.s
            #5 EMPLOYED (CALL GEORGE STYNDE VIA "CK" LITTLEWOOD'S "PACIFICA")
            #6 OWN CONDO #260 (ALBEIT IN LITIGATION)
            #7 PARDON MY PRESENT PROTECTIVE CUSTODY STATUS DUE TO SEWELL   CHARGES HAVE
                                                                          BEEN FILED
            #8 BPT CT CONSIDER SEWELL'S NAMING IN 3 PRECIPIENT CIVIL ACTION, ILC PET., ETC.

PRELIMINARY ARGUMENTATION TO DISMISS/LIFT HOLD

            #1 THE BPT HOO's AMEND OF 10 BUSINESS DAYS IS FAULTED   McLAUGHLIN V. RIVERSIDE
                                                                   NOT CONSISTENT WITH LANG OF V.
            A. WHY TIMELINE? PREJUDICE SHOWING  VIOLENT DONNELL V. (PRISON) > PROBATION? (S.B. CASE FILE)
                                                MORRISSEY (PAROLE)

                                    Hold
┌──────┐
│ EX 1 │  WILL LOSE ALL IF PAROLE CONTINUED!    NO AUDIO RECORDING!!!
└──────┘                                        THEY PACK WITNESSES?
          FOOD, CONDO, TOOLS, WORK VAN, CLOTHES  TOLD HIM I WOULD SUE ATTY
              2 BDRM, WILL SUE BPT FOR R.I.C.O.  PER 1983 AND/OR RICO, 23(B)

~~RESUMED, SEWELL THAT [∆] HAD RECENTLY~~

"COMMITTED A BATTERY ..."

DOCUMENTS P   ATTORNEY (NOT SEE UNTIL 1/3/08 THE EVE OF THE "13 BUSINESS DAY PROBABLE CAUSE" HRG)

OBJECTION
- NEVER REV'd COMPLETE SEWELL INVESTIGATION REPORT, ETC. SEE BPT-1100
A  - → REFUSED TO OBTAIN NECESSARY DOCUMENTATION, E.G., CAL. C. § 2035(a) PETITIONS.
B  - REFUSED TO OBTAIN CRIMINAL CASES ___ P.V. GOUGH # (1989) CRN-9187 (NO PC § 245 (FELON) ___ P.V. GOUGH # (    )        ("   "; PC 342) (S. BAY)
C  - REFUSED TO OBTAIN GOUGH-AOSHIMA V. ARCHER (OVERTON) TRO (GRANTED 11/19/08) 00084207-CTL
D  - REFUSED TO OBTAIN OVERTON/ARCHER V. GOUGH (CROSS-TRO) DENIED 12/11/07 00084107-CTL
E  - REFUSED TO OBTAIN OVERTON/ARCHER V. GOUGH (CROSS-TRO) DENIED W/HRG 00082027-CTL
   - REFUSED TO OBTAIN OVERTON/ARCHER V. GOUGH (NOTICE)?
     (DENIED TRO RE RRR 5,6,9,10,15, (RE CLAIMS OF ASSAULT, ETC, ON OVERTON, NOT "CREDIBLE")
   - REFUSED TO DISCUSS COMPLETELY W/ME WITNESS(ES) CONKLIN, NOA, PEREZ (WITNESS LIST)
   - REFUSED TO CONTACT CH 39/7 & U.S. SENATE, DUBLIN (IL) & U.S. ATTY RE ILC PET.
   - REFUSED TO REMOVE HIMSELF PER LIS MOTA; ERGO "CONFLICT OF INTEREST"

OBJECTION
- SEWELL & SCHWARZENEGGER — ? — BPT: C.C. § 2035(a) "CONFLICTED-OUT" ???

ARGUMENT(S)
- ARCHER/OVERTON ON "BAY HO" ASSN. W/3 UNITS W/O PAYING FEES LTRS. & INTERESTS #260
- TAPE TO PERICANO (RE) PATIO #540°° (RE) NO NOTICE (RE) PERICANO CONST. COM. $$$$$$
- CALL TO SEWELL 12/17/08   - ARREST 12/18/08   - TRO MEDIATION 12/19/08

- FILED TRO ON 11/19/08 (COVER EX "B")   - HRG 12/5/8   - NO ASSAULT MENTIONED   - MOD. TO 3' OVER OBJ
                                                          - CT. REFUSED TO HEAR TAPE   - SCARE OF DEATH
- ARCHER/OVERTON CROSS-TRO (E-3) (ADMISSION OF "EARLIER COUNTER-TRO ... DECLINED 12/11/8)
- ∆ ALLEGED & COURT RULED ARCHER/OVERTON POSED, INTER ALIA, A "CREDIBLE THREAT" TO ∆
  INCLUDING A THREAT TO "KILL" ∆ IN SOME MANNER, INCLUDING, FINANCIAL RUIN (12/11/08)
- PRIOR TO DEC 5ᵀᴴ HRG TWO VIOLATIONS OF TRO TO S.D.P.D. CONKIN AND ONE TO PEREZ

GEORGE-SYNDE
- CALL BY CECELIA NOA, CRIME INVESTIGATOR ON 12-17-8 REQUEST TRO FOR D.A. REFERRAL
AL
- ARREST BY SEWELL W/O DISCUSSION RE/INJURY RE/P.C. MOVES RE/CONFLICT RE § 2035(a) JORDAN ARCHER NAVY
  RE/CONFLICT RE GLORIA RE/INTEREST IN CONDO RE/§ 3701.1 (WARRANT) ROUND-UP CREW CF NEVER SAW OR ASKED § 3601.16) ABOUT "CONTRABAND"
  RE/EVIDENCE SHEET ? RE/BRIZUELA CHARGE SHT RE/ANGELS & HOLY BOOKS RE/REFUSED 2-3 602s
  (FILE INSPECTION) RE/BRIZUELA "NO CONDITIONS" RE/"COMPLIANCE" S.D.P.D./NAVY RE/KEN RE/DOJ TELE CALL
  JAIL RE/11/19/08 RE/"PASSED CHARGE SHT" RE/"DON'T GO HOME" RE/"SEX OFFENDER"
  PRISON RE/MOVE 4-5 FLR (DUTY OFFICER LOG) RE/"TARGET VICTIM" MEDICAL RE/INJURY TO
  HAND (EX "F") RE/YARD 4 TO ADM SEG. (EX "G") RE/ADM. SEG. TO P.C. (EX "H")
EX-3)  OVERTON RE/TRO FILING RE/TRO HRG RE/DENIED CROSS-TRO ON 12/11/08 RE/"BAY HO" ASSN.
       RE/LTRS TO JEFF RE/WAGON RE/JORDAN RE/CONDO #. RE/CALL TO SEWELL RE/MEDIATION
       RE/HAND SHAKE W/ AGREEMENT RE/2 RTN ON 11/12/8 RE/3 TRO VIOLATION WHERE IS KAREN ?

I-1

SEARCH. DURING THE SEARCH... [WHILE △ WAS HANDCUFFED AND EFFECTIVELY ARRESTED]... PAROLE AGENTS FOUND TWO ADULT... DVD MOVIES IN A DRESSER IN AN UPPER BEDROOM [OTHER THAN △'s MASTER-BEDROOM]. INSIDE ANOTHER UPPER BEDROOM [, △'s MASTER BEDROOM], AGENTS FOUND TWO TOY STUFFED ANIMALS ON A DESK. IT IS NOTED THAT [△] IS A P.C. 290 REGISTRANT AND HAS SPECIAL CONDITIONS...NOT TO POSSESS PORNO[...] MATERIAL OR TOYS."

DOCUMENTS ℗ ATTORNEY (NOT SEEN UNTIL 1/3/8 THE EVE OF "13 BUSINESS DAY PROBABLE CAUSE HRG)

OBJECTION
• NEVER REV'd COMPLETE SEWELL INVESTIGATION REPORT, ECT.
• INCORPORATE "CHARGE ONE" DOCUMENTS REFUSAL'S/FAILURE'S BY BPT ATTORNEY
• INCORPORATE "CONFLICT-OUT" OBJECTIONS
A • PEOPLE v. GOUGH, CASE # CRN-9187, (NORTH COUNTY DIVISION)


ARGUMENT — △ IS NOT A P.C. § 290 REGISTRANT AS A MATTER OF FACT AND LAW
THE ONLY CASE THAT COULD POSSIBLY INDICATE THAT △ IS A § 290 REGISTRANT WAS CASE # CRN-9187 (EX. "A"). THIS WAS A NOLO CONTENDRE MISDEMEANOR SEXUAL BATTERY OVER 20⁺ YEARS AGO. ACCORDING TO THE COMPLETE CASE THERE THREE DOCUMENTS (EX. A-2, A-3, A-7) WHICH CLEARLY INDICATE THAT △ WAS NOT COURT ORDERED TO REGISTER. SEE P.C. § 290(2)(D)(ii), (E) (BOTH SUBDIVISION REQUIRING COURT ORDER); THUSLY FOR OVER 20⁺ YEARS △ WAS NOT REQUIRED TO COMPLY W/290 UNTIL A CDC COUNSELOR @ CRC MANDATED HE MUST BEFORE HE COULD BE PAROLED BACK IN 200__. △ FILED A 602 W/ P.O. WICKLAND, AND W/ BRIZUELA. WHILE BRIZUELA WAS CONSIDERING THIS CLAIM HE FAILED TO TIMELY REGISTER. P.O. BRIZUELA CHARGED THIS LAW VIOLATION AND REFERRED FOR BPT CONSIDERATION SEE EXHIBIT "J" (CHARGE SHEET) (6/22/06). AT THE REVOCATION HEARING △ PRODUCED DOCUMENTS (EX. "A") ALONG WITH SUPPORTING INVESTIGATION/ ARGUES BY P.O. BRIZUELA AND IT WAS RULED BY THE BPT THERE WAS NO GROUNDS FOR THE VIOLATION BECAUSE △ WAS NOT A § 290 REGISTRANT. P.O. BRIZUELA THEN INFORMED △ HE NOTED NO "CONDITIONS OF PAROLE" FORM WAS IN HIS FILE AND THAT △ WOULD COME IN TO TALK ABOUT IT!!!
EX 4  △ WAS TRANSFERRED AND P.O. SEWELL HAS REFUSED TO CHANGE HIS FILE W/NOTIFICATION TO THE D.O.J. ALTHOUGH 602'd 2-3 TIMES!!!  (OVER)
SEE EX A-9 (602 FILED @ DONOVAN (1/8/08) TO NO AVAIL).

I-2

**ARGUMENT:** THE ALLEGED SEARCH AND SEIZURE OF THE DVDs WAS UNLAWFUL.

• As GUEST ROOM HAS ALWAYS BEEN AVAILABLE TO FRIENDS : KEN LAMBERT, KEN THE PLUMBER, EBS "TIM", RACKHEL {BRINDLEA}, DAVE & HIS GIRLFRIEND, FRED BULLOCK, JERRY (LOS RANCHITOS), ETC. SOME IF NOT MOST ARE REPORTED AS ROOMMATES. THE GUEST ROOM WAS BOTH AN EXTENSION/INTERIOR LOCKABLE DOORS, AT THIS LAST OFFICE MEETING HE INFORMED △ THAT DUE TO C55's HE WOULD HAVE A ROOMMATE "KEN." KEN HAD BEEN STAYING THERE INFREQUENTLY AND MAY HAVE ADDED PERSONAL POSSESSIONS TO THE OTHER PERSONAL ITEMS THOSE OTHERS MAY HAVE LEFT, AS STATED ABOVE, MANY PEOPLE HAVE AN EXTERIOR KEY AND ACCESS w/o MY SUPERVISION, AT THE TIME OF THE SEARCH "KEN" WAS RENTING THE ROOM (NOTE $260 + $ ). I TOLD THIS TO SEWEL IN THE PRESENCE OF THE INVASION PARTY, w/o A "SEARCH" WARRANT AND UNDER THESE CIRCUMSTANCES (HARBOURED DOWNSTAIRS) I DON'T KNOW WHAT HAPPEN UPSTAIRS AND w/o A SEARCH FOR "KEY'S" I'M IT WAS BOTH UNCONSTITUTIONAL AND ILLEGAL. (15 C.C.R. § 3701.1(c); U.S. CONST. 4TH (ILLEGAL SEARCH & SEARCH) 5TH (UNFAIR/NEUTRAL MAGISTRATE CONSPIRACY) TAKINGS, ARGUMENDO NO §290, w/o JUSTIFICATION/COMP; § 14TH (AND OTHER RIGHTS); MAPP V. OHIO ___ US ___ ( ) ; EX 11 I. "

**ARGUMENT :** △ SHOULD NOT BE SUBJECT TO PROSECUTION TWICE ON THE BASIS OF P.C § 290.

• AS STATED ABOVE I HAVE ALREADY BEEN SUBJECT TO PROSECUTION BASED ON P.C. § 290, IN THE BRIDGEL PROSECUTION THE BPT FOUND "NO LEGAL GROUNDS TO ADMINISTRATIVELY FIND ME GUILTY OF FAILING TO TIMELY REGISTER. ! SUCH TIMELY REGISTRATION WAS A MATTER OF FACT AND BEYOND DISPUTE ! △ WAS ALMOST TWO WEEKS LATE, SEE P.C § 290(g)(1)(FELONY/MISDEMEANOR). ERGO THERE CAN BE NO QUESTION THAT THIS PROSECUTION IS JEOPARDY - BARRED.

**ARGUMENT :** △ CHALLENGES THE LAWFULNESS/CONSTITUTIONALITY OF §290 APPLIED HERE. THE CDC'S USE OF "INFORMATION TO ADMINISTRATIVELY AGGRIEVE A PERSON ON PAROLE MUST COMPORT w/DUE PROCESS. SEE JOHN V. DOI, ___ US ___ ( ) ; 15 CCR § 3015.2 (b)(3)(C) SPECIAL CONDITION MUST RELATED TO COMMITMENT OFFENSE OR TO FUTURE CRIMINAL BEHAVIOR), △'S COMMITMENT OFFENSE WAS P.C §422 ORIGINAL THREAT AND DID

WICKLINE (KURTZ)(2000-1)(AFTER CRC COMMIT? END PAROLE?)
- CDC 602 APPEAL W/1984 CRIM CASE J&C W/PROBATION W/NO 290
- CDC 602 APPEAL RE 290 NO RESPONSE! WHERE IN FILE?
- LOS RANCHITOS CLEAN & SOBER LIVING FOR 1 YEAR

LTR TO CLERK FOR J&C
- MAILED LTR TO VISTA CLERK 1/6/08 REQUESTING COPY OF J&C AND PROBATION ORDER

I. BRIZUELA (EL CAJON)(____)
- 1ST OFFICE VISIT W/O SUPERVISION IN RAIDER DEN — WHY?
- ARREST & RELEASE (girl KNOCKING) ON §290 VIOLATION — NO TERMS/COND PAPER
- LATER CHARGED — NO CUSTODY HOLD — FULL REVOCATION — NO GROUNDS 290

APES
- BRIZUELA — ARGUED/INVESTIGATED @ " " HRG FOR "NO GROUNDS" 290 GOT IN TROUBLE FOR CONDUCTING INVESTIGATION
- MOVED TO BAY HO W/HOME VISIT W/TED W/PURCHASE INTENDED NOTED MSTR BDROOM WAS △'s W/HOLY BOOKS/ITEMS W/ANGELS
- HAD FRIENDS & ROOMATES FOR WEEKENDS & FOR WEEKS/MONTHS

SANCHEZ (KURTZ) HOME INSPECTION W/TED W/JERRY W/HOLY BOOKS/ITEMS

MALTOAST (KURTZ — O'SIDE?) W/TED W/JERRY(?)
- VISITED & NOTED HOLY BOOKS/ITEMS W/ANGELS
- OFFERED D/W TEXTURE TO HIS HSE NO $
- ADDED U/A TESTING TO CDC FILE ALTHOUGH NOT DONE PER MUTUAL AGREEMENT

GREG SEWELL (KURTZ? NAVY/MARINE? TASK FORCE W/CDC?)

INFORMED SEWELL F. "KEN" HSE MATE W/O §290
- NAMED IN C.C. § 2035(a) PETITIONS RE SUBPENAS
- CONVERSATIONS REGARDING MISSING DOCUMENTS (CONDITIONS/WICKLINE 602 RE 290)

X @ CRC §290 W/DOJ. /BRIZUELA
- REFUSED TO ACCEPT/RESPOND TO CDC 602 W/290 W/ REQUEST TO INSPECT FILE
- INFORMED KAREN/RICHARD TRO-HEARING-CONTACT W/CONKIN W/PEREZ W/CECELIA
- NAMES/TITLES OF S.D.P.D. STORM TROOPERS AND ALLEGED "COMPLIANCE OFFICER"

IO?
DRM TROOPER?
BENV. TO UNKNOWN FOR
- DEC 18TH: CALL FOR §290 COPY / INFORMED NO COPY / STAY THERE / RAID / HANDCUFF ON COUCH / SEARCH & DESTROY / SHOWED SEWELL BRIZUELA DOC / CALLED ANOTHER IND. & SHOWED

>MV
- WENT UPSTAIRS W/ART IN POC WHILE TALKING / CAME DOWN AND "FINGERED" ME / DID NOT

NATE FILE RIVACY ACT?)
- SEE ANYTHING BUT TOYS FOR JIM'S / ALOT OF XMAS TOYS / INJURIED HAND WHILE HANDCUFFING / LAUGHED IN EAR / WALKED 150' TO S.D.P.D. CARS / SEWELL SHOWS UP @

EX 2
- 4A W/UKN P.O. / PASS "CHARGE SHEET" / DEMAND FULL HRG / SHOUTS OUT "SEX OFFENDER" /

NO AMEND MEETING AFTER HEARING WHY?
HAD TO TALK W/DEPUTY FOR MOVE / MOVE TO PRISON / INFORMED MEDICAL OF "TARGET VICTIM" / INJURY TO HAND / MOVE FROM YARD 4 TO ADMIN DUE TO S.D.C.J. INCIDENT FORCED TO "PROTECTIVE CUSTODY" / POST-HRG "MUST MOVE" W/I 2000? / WHY 15-18 MONTHS

I-3



CONKIN RE/ EVIDENCE BOX RE/ §290 LEGAL RE/ PRE-DEC 5TH TRO VIOLATIONS (2X) 11/12/08 / 08 RE/ ATTITUDE RE/ HOLY

PEREZ RE/ 12/14/08 RE/ KOLBEYS RE/ CONCERNS RE/ CALLS RE/ "NO ARREST" RE/ D.A. REFERRAL

C NOA RE/ 12/19/08 RE/ TIME (2:30 PM) RE/ TRO RE/ CONCERNED? RE/ GUEST BOOK (3:30 PM)

JIM RE/ JORDON RE/ [illegible] RE/ KEN (MECHANIC) RE/ KEN (PLUMBER) RE/ DAVID & GIRL RE/ RACHAEL
RE/ C.V. FRIENDS RE/ NO PORNO! RE/ GIFTS LAST YEAR FOR X-MAS RE/ NO SEE FOR YEAR
RE/ LAST X-MAS GIFTS RE/ CALL RE GIFTS / WORK 12/17/08

JORDAN RE/ MOVE IN DATE RE/ AGREEMENT? RE/ TO BUY?
RE/ SEWELL RE/ RENT-OWN RE/ CIVIL SUIT RE/ # OF CALLS RE/ INTEREST IN CONDO

OVERTON RE/ ASSAULT RE/ 11/11-12/08 RE/ TIME RE/ POLICE/MEDICAL REPORTS RE/ DRUGS?
RE/ TRO RE/ DEC 5TH ("SILENT MAJORITY" W/NO STATEMENTS) {DID NOT IN OPEN CT. ALLEGE ASSAULT} RE/ 12/11/08 TRO?
RE/ 12/19/08 TRO APPLICATION WAS DENIED AFTER 12/18/08 ARREST EX C-1
CT. RULED NO "CREDIBLE THREAT OF VIOLENCE" EX C-4

KEN RE/ "NO PORNO RESTRICT"! RE/ MOVE-IN WEEK-IN RE/ LISA'S NAME W/RE FOR PLACE TO STAY

J

BOARD OF PRISON TERMS                                                STATE OF CALIFORNIA
**NOTICE OF PAROLE REVOCATION RIGHTS AND ACKNOWLEDGEMENT**
BPT 1100

*(Follows the ADA advisement and completion of the BPT 1073.)*

If the charges are referred to the Board of Prison Terms this is what will happen:

(1) • You have a right to written notice of claimed violations of parole (CDC Form 1502b).

(2) • You have a right to all evidence that will be used against you.

(3) • You have a right to an attorney who will be assigned to represent you at all times during the revocation process.

(4) • You have the right to ask your attorney to request an expedited (earlier) probable cause hearing if you have evidence that is a complete defense to the charges that are the basis of the parole hold.

(5) • Effective July 1, 2005, you have the right to a probable cause hearing with your attorney and a Deputy Commissioner of the Board of Prison Terms within 10 business days of today if you are in custody. You have the right to present letters, documents, and speak on your own behalf at this hearing. The reason for the probable cause hearing is for the Deputy Commissioner to determine if there is enough evidence to keep you in custody until your revocation hearing and to try to settle your case on that date. At the probable cause hearing you will also be given the opportunity to discuss and accept or reject the offer given to you by the Deputy Commissioner.

(6) • If you are in custody, you have the right to a revocation hearing within 35 calendar days from the date the parole hold was placed and to receive written notice of the date and time of the hearing.

(7) • You have a right to be heard in person and to present witnesses and documentary evidence in your defense at a revocation hearing.

(8) • You have a right to confront and cross examine adverse witnesses (unless the hearing officer specifically finds good cause for not allowing confrontation).

(9) • You have a right to a neutral and detached hearing officer.

(10) • You have a right to have your revocation hearing within 50 miles of the alleged violation.

(11) • You have the right to subpoena witnesses in your defense to the same extent that the state can subpoena witnesses.

(12) • You have a right to a written statement by the hearing officer as to the evidence relied on and the reasons for the decision and to receive a tape recording of the revocation hearing.

---

## Acknowledgement

1. I have been informed of my rights listed above.
2. I know that I will meet with an attorney. My attorney will tell me all my rights and the BPT return-to-custody assessment offer.
3. I have a copy of the papers and reports checked below.

☑ BPT Form 1073, Notification of Americans with Disabilities Act completed today

SEWELL→ ☑ CDC Form 1502(b), Charge Report

☑ BPT Form 1100, Notice of Rights and Acknowledgement

☐ Blank Form BPT 1100(b), Request for Witnesses

☐ Other:_____

I have read (or had read to me) the information above. I have been given copies of the papers, forms, and reports listed above

| | | |
|---|---|---|
| Signature of Parolee | V6443l  CDC Number | 12/19/07  Date |
| Signature of Staff Completing the Actual Notice | M Jones  Print First Initial, Last Name | 12/19/07  Date |

**NAME** Gough, Jeffery    **CDC #** V6443l    **INST/REGION** (E86)

BPT-1100 (Rev. 2/04)    Distribution: White – C-file, Canary – Inmate/Parolee

BPT (ASSISTANT) WARDEN GARCIA    EMERGENCY APPEAL TITLE, 15, § 3084.7(a)

**RECEIVED**

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

JAN 1 0 2008

R.J. DONOVAN CORR. FAC.

Location: Institution/Parole Region          Log No.                          Category

1. _____          1. _____          _____

2. _____          2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| JEFFREY S. GOUGH | V64431 | UNASSIGNED | F2-6-107L |

**A. Describe Problem:** ON 3 JAN 08 MY "BASIC NEED" PAROLE ~~PRESENT~~ ATTY MET WITH ME. I HAD BEEN IN CUSTODY FOR 14 DAYS. DURING THIS MEETING THIS ATTY. FAILED TO HEAR MY DEFENSES, REASONABLE REQUESTS FOR AN INVESTIGATION, REASONABLE REQUESTS FOR PRODUCTION OF COURT DOCUMENTS, REASONABLE REQUESTS REGARDING COPYING P.C. § 290 TO PRESENT TO THE SCREENING/PROBABLE CAUSE DEPUTY COMMISSIONER, REASONABLE REQUESTS TO REVIEW ALL THE FILE (INCLUDING ANY INVESTIGATION REPORTS OR PHOTOGRAPHS). THIS ATTY SIMPLY REFUSED TO DO ANYTHING BUT "PLEAD" ME GUILTY WHICH I AM NOT !!! DURING THE OPENING OF THE UNRECORDED PROBABLE CAUSE HEARING THE ATTY. ALLOWED THE SAME COMMISSIONER TO RIDICULE ME REGARDING MY "TARGETED VICTIM" STATUS. PLEASE CHECK WWW.

If you need more space, attach one additional sheet. WELSH@ mindjustice.org ; CHRISTIANS AGAINST MIND SLAVERY.ORG

**B. Action Requested:** IMMEDIATE REPLACEMENT OF MY PRESENT BPT "BASIC NEED" ATTORNEY WITH A NEW PANEL ATTORNEY NOT ASSOCIATED DIRECTLY WITH THE BPT. AN INVESTIGATION INTO MY "TARGET VICTIM" STATUS AND ALL NECESSARY ACTIONS TO PROTECT THE INTEGRITY OF MY FULL REVOCATION HEARING AND MENTAL WELLBEING — NOT PHYSICAL-AS THE COMMISSIONER BELIEVED!

Inmate/Parolee Signature: _Jeff S. Gough_                    Date Submitted: 1/8/08

**C. INFORMAL LEVEL (Date Received: _____ )**

Staff Response: _____

_____

_____

_____

Staff Signature: _____          Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

Signature: _____          Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

"E"

First Level ☐ Granted ☐ P. Granted ☐ Denied ☐ Other ______

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: ______ Due Date: ______

Interviewed by: ______

Staff Signature: ______ Title: ______ Date Completed: ______

Division Head Approved: Returned

Signature: ______ Title: ______ Date to Inmate: ______

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

Signature: ______ Date Submitted: ______

Second Level ☐ Granted ☐ P. Granted ☐ Denied ☐ Other ______

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: ______ Due Date: ______

☐ See Attached Letter

Signature: ______ Date Completed: ______

Warden/Superintendent Signature: ______ Date Returned to Inmate: ______

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature: ______ Date Submitted: ______

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted ☐ P. Granted ☐ Denied ☐ Other ______

☐ See Attached Letter

Date: ______

CDC 602 (12/87)

COUNSELOR UNDERWOOD  T.15, § 3084.7(g)(CONDITION OF PAROLE)(ISSUE AT 1/22/08 BPT HEARING)
HEAD OF DEPARTMENT **RECEIVED** EMERGENCY APPEAL

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

JAN 10 2008

Location: Institution/Parole Region    Log No.    Category  C Records

1. _____    1. _____
2. _____    2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| JEFFREY GOUGH | V-64431 | | F2-6-107L |

**A. Describe Problem:** PER T.15, § 3375.1(j)(1) I WISH TO CONTEST ANY INFORMATION CONTAINED IN MY CDC FILE THAT MAY INFER I AM SUBJECT TO PENAL CODE § 290 REGISTRATION, WHICH MAY RESULT IN A POSSIBLE 3375.2(b)(22) ADMINISTRATIVE DETERMINANT. BACK IN 1984 I PLED GUILTY TO A NOLO CONTENDRE MISDEMEANOR BATTERY CHARGE. THIS CASE WAS OUT OF THE VISTA COURTHOUSE AND I WAS NOT ORDERED TO OR REQUIRED TO REGISTER PER P.C. § 290. BY THE COURT. A TELEPHONE CALL TO THE VISTA COURT-HOUSE CRIMINAL CLERK'S OFFICE WILL VERIFY THIS AND THEY WILL FAX YOU A COPY OF THE "JUDGE-MENT MINUTE ORDER" THAT STATES I HAVE NO SUCH REQUIREMENT. I REALIZE § 3375.1(j)(2)(3) ADVISES ME TO OBTAIN THIS INFORMATION BUT I WOULD HOPE UNDER MY PRESENT CIRCUMSTANCES

If you need more space, attach one additional sheet. YOU MIGHT ALLOW ME TO MAKE A PHONE CALL. IF NECESSARY.

**B. Action Requested:** REMOVAL OF ANY REQUIRE^MT I MUST COMPLY WITH P.C. § 290 REGISTRATION REQUIRE-MENT AND ANY SUCH ADMINISTRATIVE DETERMINANT THAT MY P.C. § 422 TERRORIST THREAT CASE REQUIRES THAT SAME REGISTRATION REQUIREMENT. PLEASE REMOVE ANY INDICATION I MUST HAVE A P.C. § 290

Inmate/Parolee Signature: _Jeff's Gough_    Date Submitted: 1/8/08

**C. INFORMAL LEVEL** (Date Received: _____ )

Staff Response: _____
_____
_____
_____
_____

Staff Signature: _____    Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____
_____
_____
_____

Signature: _____    Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed    CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

"F"

First Level ☐ Granted ☐ P. Granted ☐ Denied ☐ Other ______________________

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: ______________ Due Date: ______________

Interviewed by: ______________________________

Staff Signature: ______________ Title: ______________ Date Completed: ______________

Division Head Approved: Returned

Signature: ______________ Title: ______________ Date to Inmate: ______________

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

Signature: ______________ Date Submitted: ______________

Second Level ☐ Granted ☐ P. Granted ☐ Denied ☐ Other ______________________

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: ______________ Due Date: ______________

☐ See Attached Letter

Signature: ______________ Date Completed: ______________

Warden/Superintendent Signature: ______________ Date Returned to Inmate: ______________

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature: ______________ Date Submitted: ______________

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted ☐ P. Granted ☐ Denied ☐ Other ______________________

☐ See Attached Letter

CDC 602 (12/87)

Date: ______________

" TARGETED VICTIM "    WWW. WEBSITE M..M JUSTICE
WWW. CHRISTIANS AGAINST SLAVERY

**BOARD OF PRISON TERMS**
**REQUEST FOR WITNESSES**    INFORM ALL TO BRING ATTYS !!!    **STATE OF CALIFORNIA**
**BPT 1100(b)**    42 USC § 1983/85

[✓] I want these *witnesses* to help me tell my side of the story:

| NAME (AND CDC# IF APPROPRIATE) | DOB | ADDRESS | TELEPHONE |
|---|---|---|---|
| BILL H.W. GOUGH    (DAD) | 1220 ROSE CRANS ST, S.P, CA 92101 | | ✓ S.D.C.J. FORMS |
| JAMES W. GOUGH    (BROTHER) | ROSECRANS ST, S.D, CA 92101 | | ✓ S.D.C.J. FORMS |
| I. BRIZUELA | PAROLE OFFICE EL CAJON | | |
| S.D. POLICE OFF. CONKIN | S.P.P.D    ( NORTH DIVISION ) | | |
| S.D. POLICE OFF. PEREZ | S.D.P.D    ( NORTH DIVISION ) | | ( SEE ... |
| S.D.P.P. (N.D.) CECELIA NOA | S.D.P.D    ( NORTH DIVISION ) | | |
| KEN LAMBERT    (phone in) | "DICTIONARY HILL AREA    ( PAROLEE ) | | EL CAJON OFFICE ) |

[✓] I want these *witnesses* who have said things against me:

| NAME (AND CDC# IF APPROPRIATE) | | ADDRESS | TELEPHONE |
|---|---|---|---|
| (TRO) KAREN ARCHER (LIVE IN B.F. RICHARD) | 4064 HUERFANO #    P.B. CA 92117 | | |
| ALL MEMBERS OF RAIDING TEAM    ( SEE REPORT ) | | | |
| GREG SEWELL, P.O. (KURTZ) | | | |
| LT. ZAMORA, NAVAL CRIMINAL INTELLIGENCE, FIELD OFFICE | | | |
| "GS-13" JOHNSON, NAVAL CRIMINAL INTELLIGELLENCE FIELD OFFICE, | | | POSSIBLY W/ BRAIN- |
| WAVE FINGERPRINTING LAB @ NAVY MCRD, NTRC, IB @ SCHELD STATION | | | |
| M. JONES, NOTICER, NOT'D CDC FORM 1502(b) | | | |

[ ] I DO NOT want to *subpoena* any witnesses:

| SIGNED | DATE |
|---|---|
| NEIGBHORS SURROUNDING JEFFS CONDO # 260 | |

[✓] I WANT to *subpoena* these witnesses:

| NAME | What this person can say about my case: ALLEGED AN |
|---|---|
| KAREN ARCHER W/ LIVE IN BOYFRIEND "RICHARD" (LNU) | ASSAULT; HAS A TRO PLACED AGAINST THEM AND "FORM OF STANDARD /SPECIAL" CONDITIONS |
| I. BRIZUELA, EL CAJON PAROLE OFFICER | RE PAROLE COMMISSION RECORD NO. §290 REQUIRED |
| "CECELIA" NOA, CRIME INVESTIGATOR NOT'D | PROVIDE COPY OF TRO ON 12/17/07 FOR D.A REFERRAL → CHARGES FOR VIOLATIONS |
| (FNU) CONKIN, S.D. POLICE DEPUTY | REPORT (3) INCIDENTS RE CHARGE #1 REPORT (1) INCIDENTS    AND BREAKIN W/ THIEF |
| NAME (FNU) PEREZ, S.D. POLICE DEPUTY    CDC# | INST/PLACE → HAD 1984 JUDGMENT FORM W/ H.C PETITION |

Terms: (WICKLINE) (KURTZ) PAROLE OFFICER    ETC. / @ FED OFFICER BLDG RELEASE
*Witnesses*: People who come to the hearing to talk about the case.    DURING 17/18/07 "FLR CHANGE"
  *Subpoena*: Order to make a person come to my hearing to talk about the case.    4A-5 D

JORDON GRIFFIN, FRIEND OF KAREN ARCHER:
MALTOAST, (KURTZ SE.) PAROLE OFFICE ( NO TEST BUT WILL ALTER /AMEND · AS IF )
KEN LAMBERT, PAROLEE ( SPENT NITE @ MY HOUSE IN SPARE BEDROOM )

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
PAROLE REVOCATION HEARING NOTICE AND WITNESS DETERMINATION
CDCR 1654 (Rev. 08/05)

PAGE ___ of ___ PAGES

## SECTION I - PAROLEE INFORMATION

| CDCR NUMBER | NAME (LAST, FIRST, MI) | | TYPE OF HEARING | REVOCATION EXTENSION | VIOLATION REPORT DATED |
|---|---|---|---|---|---|
| | | | ☐ REVOCATION | ☐ PSYCHIATRIC TREATMENT | 12-27-07 |
| AGENT OF RECORD | PAROLE UNIT | | | | |

☐ CUSTODY LOCATION
☐ NOT IN CUSTODY (ADDRESS)

HEARING SCHEDULED FOR (DATE) _____ (TIME) _____ (HEARING LOCATION) _____

## SECTION II - WITNESSES BEING CALLED

| WITNESSES BEING CALLED | BADGE NUMBER | METHOD | DATE | STATUS | REQ |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |

FEARFUL WITNESSES    REASON:

*NOTIFICATION METHOD
M - MEMO    PC - PERSONAL CONTACT
L - LETTER    SP - SUBPOENA
PH - PHONE    PN - PAROLEE NOTIFY

**USE ABBREVIATION FOR WITNESS DESIGNATION
STATUS    F - FRIENDLY
A - ADVERSE    V - VICTIM
FW - FEARFUL WITNESS

REQUESTED BY
S - STATE
P - PAROLEE

EX 8

"G" "H"

```
 1  JEFF S. GOUGH  (CDCR #V64431)
    P.O.B. 799002  (F2-10-248U)
 2  SAN DIEGO, CALIF. 92179-9002
```

F I L E D
Clerk of the Superior Court

MAR 20 2008

```
 5  IN PROPRIA PERSONA
```

```
 8              IN THE SUPERIOR COURT OF CALIFORNIA
 9            IN AND FOR SAN DIEGO COUNTY, CENTRAL
10  JEFF S. GOUGH,                    CASE NO. 37-2008-00080345-CU-BT-CTL
11            PLAINTIFF,
12      VS.                           CIVIL COMPLAINT FOR MALPRACTICE:
                                      DECLARATORY AND INJUNCTIVE RELIEF:
13  ANTONIO RODRIQUEZ,                COMPENSATORY AND PUNITIVE DAMAGES:
14            DEFENDANT.              DEMAND FOR JURY TRIAL
```

                                I.

                          INTRODUCTION

16    1.  PLAINTIFF, JEFF S. GOUGH, IN PROPRIA PERSONA, HEREBY BRINGS THIS LAW SUIT AGAINST MR. ANTONIO RODRIQUEZ, AN ATTORNEY WHO WORKS IN THAT PROFESSIONAL CAPACITY FOR THE STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION'S (CDC) BUREAU OF PRISON TERM'S (BPT) CALIFORNIA PAROLE ADVOCACY PROGRAM (CALPAP). THIS IS A LEGAL MALPRACTICE AGAINST DEFENDANT RODRIQUEZ IN HIS INDIVIDUAL CAPACITY AND HEREIN NOT REPRESENTED (AS YET) AS A 42 U.S.C. §1983 AND/OR §1985 PER TOWER (PUBLIC DEFENDER) V. GLOVER, 467 U.S. 914, 919 ▸ 104 S. Ct. 2810, 81 L.Ed2d 758 (COURT IN DICTUM INCLUDED ALL CONSPIRATORS TO INCLUDE "PRIVATE PERSON ACTS 'UNDER COLOR OF' STATE LAW WHEN ENGAGED IN A CONSPIRACY WITH STATE OFFICIALS TO DEPRIVE ANOTHER OF [HIS/HER] FEDERAL [CIVIL] RIGHTS.); CF. VASQUEZ V. CALIFORNIA (2003) 105 CAL.APP4TH 849, 129 CAL. RPTR.2d 701 (CALIFORNIA CODE OF CIVIL PROCEDURE § 526a; TAX-PAYERS' SUIT/WHISTLE BLOWER/ QUAM TAM SUITS).

-1-

"J"

## II.

## STATEMENT OF THE CASE/FACTS

2. PLAINTIFF AVERS THE FOLLOWING FACTS:

3. PLAINTIFF WAS ARRESTED BY BPT COMMUNITY PAROLE AGENT GREG SEEWELL ON 18 DECEMBER 2007 WITH THE ASSISTANCE OF THE SAN DIEGO SHERIFF'S DEPARTMENT AND/OR MEMBER(S) OF SO-CALLED "KURTZ STREET" PAROLE OFFICE.

4. ON THE 3rd OF JANUARY, 2008, DEFENDANT ONLY BRIEFLY (LESS THAN 5 MINUTES) CONVERSED WITH PLAINTIFF. THE ONLY SUBJECT THAT DEFENDANT WOULD DISCUSS WAS A TEN MONTH WITH HALF-TIME ELIGIBILITY. PLAINTIFF FIRMLY REFUSED THIS OFFER OUTRIGHT DUE TO HIS INNOCENCE.

5. DURING THIS JANUARY 3rd MEETING WITH THE SO-CALLED "BASIC NEED" ATTORNEY, DEFENDANT RODRIGUEZ, AND PLAINTIFF YOUR PLAINTIFF PROVIDED A FINAL DRAFT OF A DOCUMENT THAT CAN BE DESCRIBED AS A "REQUESTS TO ATTORNEY" WHICH LISTED VARIOUS COURT-FILED DOCUMENTARY EVIDENCE THAT PLAINTIFF WOULD ARGUE AND SUBMIT TO THE "PROBABLE CAUSE" HEARING OFFICER. THESE DOCUMENTS WOULD HAVE BEEN "A COMPLETE DEFENSE TO THE CHARGE []" OF ANY PENAL CODE § 290 SEX OFFENDER-ASSOCIATED SPECIAL CONDITIONS OF PAROLE VIOLATIONS. SEE EXHIBIT "A" (CDC 1502(b) "CHARGE REPORT" BY GREG SEEWELL (12-18-07); i.e. EXHIBIT "B" (LETTER DATED 01/05/08 TO CLERK OF COURTHOUSE RECEIVED BACK 01/16/08 RE PEOPLE V. GOUGH, CASE NO. CRN-9187, COURT DOCUMENTS RE "1984" NOLO CONTENDRE MISDEMEANOR CONVICTION WITHOUT NO P.C. § 290 REGISTRATION REQUIREMENT NOTED ᵧᵒᴺ AT LEAST ᶻ ˣ DOCUMENTS); SEE ALSO EXHIBIT "C" ("REQUESTS TO ATTORNEY" (ROUGH DRAFT W/FINAL TO DEFENDANT); EXHIBIT "D" (BPT 1100 "NOTICE OF PAROLE REVOCATION RIGHTS AND ACKNOWLEDGEMENT" (12/19/07)).

6. ON JANUARY 4, 2008, PLAINTIFF HAD HIS "PROBABLE CAUSE HEARING" WITH DEFENDANT WHO HAD NOT MADE THE LEAST EFFORT TO OBTAIN ANY REQUESTED DOCUMENTATION (EXHIBIT "B") TO SUBMIT AS A DOCUMENTARY DEFENSE TO THE P.C. § 290-RELATED SPECIAL CONDITIONS VIOLATIONS PER "BULLET" 5 OF EXHIBIT "D". IN ADDITION, DEFENDANT NEITHER DEFEND OR PROTECT ᵗᵉᴰ HIS CLIENT FROM THE ABUSIVE

1  BEHAVIOR OF THE PRESIDING DEPUTY COMMISSIONER IN RE PLAINTIFFS "TARGET VICTIM"

2  STATUS AND SPECIAL NEEDS. SEE EXHIBIT "C" (NOTE WEBSITES AND INDIVIDUALS TO CONTACT).

3      7. ON 8 JANUARY 2008 PLAINTIFF SOUGHT "IMMEDIATE REPLACEMENT" OF THE

4  DEFENDANT-ATTORNEY RODRIQUEZ VIA THE ONLY WAY HE COULD UNDER AND DUE TO HIS

5  THEN CUSTODY CONDITIONS AND CIRCUMSTANCES HE WAS SUFFERING AND LABORING UNDER,

6  TO WIT: NO ACCESS TO ENVELOPES, CANTEEN TO PURCHASE POSTAGE, OR TELEPHONE ACCESS EVEN

7  IF DEFENDANT HAD PROVIDED A TELEPHONE NUMBER OR OTHER CONTACT INFORMATION. SEE

8  EXHIBIT "E" (CDC 602 FORM (01/08/08) RECEIVED BY CDC/BPT PRISON AUTHORITIES ON 01/10/

9  08 AND RETURNED BACK TO PLAINTIFF ON OR ABOUT 01/16/08).

10      8. ON THIS SAME DAY, JANUARY 8TH, PLAINTIFF ATTEMPTED THROUGH DONOVAN

11  STATE PRISON'S ADMINISTRATIVE APPEALS PROCEDURES TO COLLATERALLY CHALLENGE THE

12  PENAL CODE § 290 REGISTRATION REQUIREMENT IMPOSED ON PLAINTIFF ON OR BEFORE

13  PLAINTIFF'S ARREST ON 18 DECEMBER 2007. SEE EXHIBIT "F" (CDC 602 FORM (01/08/08)

14  RECEIVED BY CDC/BPT PRISON AUTHORITIES ON 01/10/08 AND RETURNED BACK TO PLAINTIFF

15  ON OR ABOUT 01/16/08).

16      9. ON 18 JANUARY 2008 PLAINTIFF WAS BROUGHT BEFORE BPT DEPUTY COMMISSIONER

17  KEITH BAKER WITH THE FOLLOWING INDIVIDUALS PRESENT: BPT COMMUNITY PAROLE AGENT

18  GREG SEWELL, BATTERY ALLEGER RICHARD OVERTON AND BPT "BASIC NEEDS" ATTORNEY-

19  DEFENDANT RODRIQUEZ.

20      10. DURING THE VERY ONSET OF THIS JANUARY 18TH PAROLE REVOCATION HEARING

21  DEFENDANT RODRIQUEZ INFORMED PLAINTIFF HE HAD NOT:

22      10.A OBTAINED OR NOTIFIED ANY WITNESSES THAT PLAINTIFF HAD CLEARLY

23  REQUESTED WITH A PROFFER OF EXPECTED TESTIMONY (SEE EXHIBIT "G" (BPT 1100(b)

24  "REQUEST FOR WITNESSES")); CE EXHIBIT "H" (CDCR 1654 "PAROLE REVOCATION HEARING

25  NOTICE AND WITNESS DETERMINATION");

26      10.B. OBTAINED ANY DOCUMENTATION THAT PLAINTIFF HAD CLEARLY REQUESTED

27  ( SEE EXHIBIT "C" (REQUESTS TO ATTORNEY)& CE EXHIBIT "D" (CDC 602 FORM);

28      10.C OBTAINED OR CONDUCTED ANY INVESTIGATIVE EVIDENCE AND/OR INFORMA-

1  TION THAT AN REASONABLE ATTORNEY WOULD HAVE DEEMED NECESSARY TO PREPARE

2  AND PUT-UP A DEFENSE FOR PLAINTIFF.

3      11.  DEFENDANT REFUSED TO INFORM THE DEPUTY COMMISSIONER BAKER

4  THAT PLAINTIFF HAD "FIRED" HIM AT THE VERY OUTSET OF THE TRIAL.

5      12.  WHEN PLAINTIFF SHOWED DEFENDANT EXHIBIT "E"; THIS ONLY MADE

6  THE DEFENDANT VERY MAD AND STEADFAST IN HIS REFUSAL TO TERMINATE, ON THE

7  PLAINTIFF'S REQUEST, THE ATTORNEY-CLIENT RELATIONSHIP.

8      13.  DEFENDANT DURING THE COURSE OF THE REVOCATION TRIAL REFUSED TO

9  ACCEPT FROM PLAINTIFF ANY DOCUMENTATION REGARDING THE PENAL CODE §290-

10  RELATED CHARGES. THESE DOCUMENTS WERE DISPOSITIVE OF ONE THE TWO ALLEGA-

11  TIONS. SEE EXHIBIT "A" (CHARGE SHEET); EXHIBIT "B" (CASE FILE RE "1984" CASE

12  WHICH THE DEPUTY COMMISSIONER BAKER AND PAROLE AGENT GREG SEWELL BOTH

13  AGREED WAS THE P.C. §290 REGISTRATION CONVICTION); EXHIBIT "I" (REVOCATION

14  HEARING STATEMENT W/OBJECTIONS, W/SEWELL QUIRIES, W/ARGUMENT RE CHARGES RE

15  AT "I"-2 ARGUMENTATION RE P.C.§290-RELATED CHARGE); CE EXHIBIT "J" (TIME-

16  LINE RE P.C.§290 HISTORY AND T.R.O.).

17      14.     DEFENDANT DURING THE COURSE OF THE REVOCATION TRIAL REFUSED

18  TO ACCEPT FROM PLAINTIFF ANY DOCUMENTATION REGARDING THE PART OF THE

19  TRIAL DEALING WITH THE ALLEGED "BATTERY." THESE DOCUMENTS WERE IN

20  REGARDS-TO THE T.R.O. INITIATED BY PLAINTIFF AGAINST THE ALLEGED VICTIM'S

21  GIRLFRIEND AND WHICH INCLUDED THE ALLEGED VICTIM. DURING THE TRIAL THE

22  ALLEGED VICTIM PERJURIED HIMSELF ON SEVERAL OCCASSIONS AND THESE DOCUMENTS

23  AMONG OTHERS WOULD SUBSTANTIATE THIS ALLEGATION. SEE EXHIBIT "K"

24  (CH-120 NOTICE OF HEARING AND TEMPORARY RESTRAINING ORDER (11/19/07));

25  EXHIBIT "L" (ATTEMPTED "CROSS"-TRO BY MS. ARCHER & MR. OVERTON; CH-120 @ K-3,5

26  @ P 15; CE EXHIBIT "I" EN TOTO; CF. EXHIBIT "J" (TIMELINE CHART).

27      15.  IN ADDITION TO THE DOCUMENTATION IN ¶14, SUPRA, PLAINTIFF ALSO

28  ATTEMPTED TO PROVIDE EXHIBIT "M" WHICH WAS AN EARLIER CDC 1502(b)

1  CHARGE SHEET WHICH WAS REFERRED TO THE BOARD OF PRISON TERMS REVOCATION

2  DEPUTY COMMISSIONER _____. PLAINTIFF WAS IN NON-CUSTODY STATUS

3  STATUS AND FREELY WENT TO THE REVOCATION HEARING. AT THE HEARING PAROLE

4  AGENT BRIZUELA ARGUE FOR PLAINTIFF TO THE DEPUTY COMMISSIONER THAT THE

5  DOCUMENTATION FROM PEOPLE V GOUGH, CASE NO. CRN-9187 REGARDING THE FACT

6  PLAINTIFF WAS NEVER COURT-ORDERED TO COMPLY WITH PENAL CODE § 290 AND

7  ERGO THERE WAS NO GROUNDS TO FIND HIM GUILTY OF A VERY SERIOUS

8  VIOLATION OF LAW. THE CHARGE AND ALLEGATION WERE DISMISSED. SEE CDC 1244.

9      16. DEFENDANT DID NOT DISCUSS NOR MEET WITH (POST-TRIAL) PLAINTIFF

10 AFTER THE REVOCATION TRIAL/HEARING TO DISCUSS:

11     16.A  ANY APPEAL OF ANY FINDINGS OF FACTS;

12     16.B  ANY ADVERSE CONCLUSIONS OF LAW; AND/OR

13     16.C  ANY APPEAL PROCEDURES RE ANY DISFAVORABLE DECISIONS.

14     17. DEFENDANT WAS OBLIGATED TO DISCUSS ¶ 16, SUPRA, PER ANY

15 CALIFORNIA PAROLE ADVOCACY PROGRAM POLICY OR POLICIES. SEE EXHIBIT "N"

16 (BUSINESS RELPY MAIL/CARD).

17     18. DEFENDANT'S PERFORMANCE AS AN ATTORNEY IS GUIDED-BY AND

18 GOVERNED BY THE CRITERIA ANNOUNCED IN STRICKLAND V. WASHINGTON, 466

19 U.S. 668 (1984), FOR PURPOSES OF PRE- AND DURING THE PAROLE VIOLATION

20 TRIAL/HEARING.

21     19. DEFENDANT'S POST-TRIAL/HEARING PERFORMANCE AS AN ATTORNEY

22 IS GOVERNED BY LOZADA V. DEEDS, 498 U.S. 430 (1991) ON ANY ADVERSE RULINGS,

23 WHETHER REGULATORY OR OF CONSTITUTIONAL MAGNITUDE.

24     20. THIS CIVIL MALPRACTICE MALPRACTICE SUIT IS A JURY-DEMAND SUIT

25 PER THE SEVENTH AMENDMENT OF THE U.S. CONSTITUTION'S GUARANTEE TO

26 JURY TRIAL ON ISSUES OF DISPUTED FACTS.

27

28

## III.

### CLAIMS FOR RELIEF

21. PLAINTIFF CLAIMS THE HEREUNDER CLAIMS FOR RELIEF.

### A.

22. <u>DEFENDANT'S FAILURE TO PROVIDE ENOUGH TIME TO DISCUSS THE CASE AND AVAILABLE "DOCUMENTATION" PRIOR TO THE "PROBABLE CAUSE HEARING" WAS MALPRACTICE</u>

23. PLAINTIFF INCORPORATES BY REFERENCE P.P 1-20, SUPRA, AND REALLEGES AND FURTHER CLAIMS THAT THE DEFENDANT'S UTTER DISREGARD TO THE REGULATORY AND/OR CONSTITUTIONALLY-BASED PROVISIONS AND/OR ENTITLEMENTS AND/OR RIGHTS EMBODIED WITHIN THE BPT'S "NOTICE OF PAROLE REVOCATION RIGHTS AND ACKNOWLEDGEMENT," BULLETS ## 2,3,4,5, AND/OR 9. SEE EXHIBIT "D" (BPT 1100 FORM OF SAME NAME (12/19/07)).

24. PLAINTIFF ERGO CLAIMS THE FAILURE OF DEFENDANT OF NOT PROVIDING ENOUGH TIME TO DISCUSS AND CONFER THE FACTS AND LEGAL CASE FACTORS WITH ADEQUATE TIME TO INVESTIGATE AND PREPARE A DOCUMENTED AND LEGAL DEFENSE TO CHARGE TWO'S ALLEGATIONS IS LEGAL MALPRACTICE, DEFICIENT ASSISTANCE OF COUNSEL DURING THIS QUASI-CIVIL/CRIMINAL TRIAL/HEARING.

25. PLAINTIFF THUSLY ASSERTS THAT THE DEFENDANT HAS NO COLORABLE OR AFFIRMATIVE DEFENSE(S); COMMON LAW JUDGEMENT-ON-THE PLEADING(S) IS WITHIN THE REACH OF THIS VERIFIED COMPLAINT (I.E., CLAIM FOR RELIEF) DURING THE PLEADING STAGE OF THIS CIVIL LEGAL MALPRACTICE SUIT.

-6-

B.

26. DEFENDANT'S FAILURE TO MEET WITH PLAINTIFF POST-PROBABLE CAUSE HEARING TO DISCUSS THE CASE FACTOR, NEW DOCUMENTATION, AND/OR PLAINTIFF'S "REQUESTS TO ATTORNEY" PRIOR TO THE "REVOCATION" TRIAL WAS MALPRACTICE.

27. PLAINTIFF INCORPORATES BY REFERENCE PP 1-20, SUPRA, AND CLAIM FOR RELIEF "A", SUPRA, WHERE RELEVANT AND APPLICABLE.

28. PLAINTIFF FURTHER AVERS THAT BULLET 6 (EXHIBIT "D") REQUIRES THAT THE DEFENDANT MEET WITH PLAINTIFF TO DISCUSS THE ONGOING STATUS OF PLAINTIFF'S "REQUESTS TO ATTORNEY" (SEE EXHIBIT "C") PRIOR TO THE "REVOCATION" TRIAL.

29. PLAINTIFF ERGO CLAIMS THE FAILURE OF THE DEFENDANT OF NOT MEETING WITH PLAINTIFF PRIOR TO THE "REVOCATION" TRIAL TO INFORM HIM OF THE STATUS OF THE DEFENSE PREPARATION IS LEGAL MALPRACTICE, DEFICIENT ASSISTANCE OF COUNSEL DURING THIS QUASI-CIVIL/CRIMINAL TRIAL.

30. PLAINTIFF THUSLY CLAIMS THAT THE DEFENDANT HAS NO COLORABLE OR ANY AFFIRMATIVE DEFENSE(S)S COMMON LAW JUDGEMENT-ON-THE PLEADING(S) IS WITHIN THE REACH OF THIS VERIFIED COMPLAINT (I.E., CLAIM FOR RELIEF) DURING THE PLEADING STAGE OF THIS CIVIL LEGAL MALPRACTICE SUIT.

C.

31. DEFENDANT'S FAILURE TO ENSURE THE EVIDENCE WAS DISCLOSED IS MALPRACTICE.

32. PLAINTIFF INCORPORATES BY REFERENCE PP 1-20, SUPRA, AND CLAIMS FOR RELIEF "A" AND "B," SUPRA, WHERE RELEVANT AND APPLICABLE.

33. PLAINTIFF SPECIFICLY ASSERTS THAT THE DEFENDANT NEVER HAD ANY TANGIBLE EVIDENCE PRODUCED FOR INSPECTION, DISCUSSION, ARGUMENTATION, AND/OR INTRODUCED INTO EVIDENCE BEFORE THE BPT DEPUTY COMMISSIONER AT THE "REVOCATION" TRIAL.

34. PLAINTIFF ERGO CLAIMS THE FAILURE OF THE DEFENDANT OF NOT HAVING THE TANGIBLE EVIDENCE OF CHARGE AND ALLEGATIONS OF THE NUMBER TWO OF THE CHARGING DOCUMENT (EXHIBIT "A") WAS LEGAL MALPRACTICE, DEFICIENT ASSISTANCE OF COUNSEL DURING THIS QUASI-CIVIL/CRIMINAL TRIAL.

35. PLAINTIFF THUSLY ASSERTS THAT THE DEFENDANT HAS NO COLORABLE OR AFFIRMATIVE DEFENSE(S); COMMON LAW JUDGEMENT-ON-THE PLEADINGS IS WITHIN THE REACH OF THIS VERIFIED COMPLAINT (I.E., CLAIM FOR RELIEF) DURING THE PLEADING STAGE OF THIS CIVIL LEGAL MALPRACTICE SUIT.

D.

36. <u>DEFENDANT FAILED TO SUBPOENA OR NOTIFY ANY OF PLAINTIFF'S WITNESSES</u>

37. PLAINTIFF INCORPORATES BY REFERENCE PP 1-20, SUPRA, AND CLAIMS FOR RELIEF "A," "B," "C," SUPRA, WHERE RELEVANT AND APPLICABLE.

38. PLAINTIFF SPECIFICALLY INCORPORATES EXHIBIT "H"'S BULLET #11 WHERE YOUR PLAINTIFF HAD THE REGULATORY AND/OR CONSTITUTIONALLY-BASED PROVISION AND/OR AND/OR ENTITLEMENT AND/OR RIGHTS EMBODIED THEREIN.

39. PLAINTIFF ERGO CLAIMS THE FAILURE OF THE DEFENDANT NOT TO CONFER AND/OR DISCUSS THE NECESSITY OF THE REQUESTED WITNESSES (EXHIBIT "G") WAS ESPECIALLY AGGRAVATED BY PLAINTIFF'S WRITTEN PROFFER OF WHAT HE WOULD QUIRY THE PRECIPIENT WITNESSES (EXHIBIT "I"). THIS WAS LEGAL MALPRACTICE.

40. ADDITIONALLY, DEFENDANT'S COMPLETE FAILURE TO USE THE VARIOUS NOTIFICATION METHODS AVAILABLE TO HIM (EXHIBIT "J"), DEFENDANT SIMPLY REFUSED OR FAILED TO ASSIST PLAINTIFF WITH OBTAINING CRITICAL WITNESSES AS HE WAS LED TO BELIEVE PER EXHIBIT "H" @ BULLETS 7, 11. THIS FAILURE WAS LEGAL MALPRACTICE.

41. PLAINTIFF THUSLY ASSERTS THAT THE DEFENDANT HAS NO COLORABLE OR AFFIRMATIVE DEFENSE(S); COMMON LAW JUDGEMENT-ON-PLEADINGS IS WITHIN THE REACH OF THIS VERIFIED COMPLAINT (I.E., CLAIM FOR RELIEF) DURING THE PLEADING STAGE OF THIS CIVIL LEGAL MALPRACTICE SUIT.

E.

42. DEFENDANT HAS NOT CONTACTED PLAINTIFF REGARDING THE APPEAL.

43. PLAINTIFF INCORPORATES BY REFERENCE P.P. 1-20, SUPRA, AND CLAIMS FOR RELIEF "A","B,"C" AND "D", SUPRA, WHERE RELEVANT AND APPLICABLE.

44. PLAINTIFF ERGO CLAIMS THAT BECAUSE DEFENDANT OUTRIGHT REFUSE TO TERMINATE THE ATTORNEY-CLIENT RELATIONSHIP PRIOR TO THE "REVOCATION" TRIAL (EXHIBIT "E")'S AND/OR

45. AT THE TIME OF THE ONSET OF THE "REVOCATION" HEARING WHEN PLAINTIFF CLEARLY INFORMED THE DEFENDANT HE HAD FILE EXHIBIT "E" THE DEFENDANT COMMITTED CIVIL LEGAL MALPRACTICE: HE REFUSED TO BE "FIRED."

46. PLAINTIFF WOULD ALSO ALLEGE THAT DEFENDANT THROUGH SUBTLE ATTORNEY WICK EFFORTS SABOTAGED THE ENTIRE ADVISARY PROCEEDING TO PLAINTIFF'S PREJUDICE.

47. AFTER THE "REVOCATION" TRIAL DEFENDANT HAS MADE NO EFFORT TO CONTACT PLAINTIFF AND PLAINTIFF HAS NOT BEEN ABLE TO CONTACT HIM BECAUSE HE NEVER PROVIDED A TELEPHONE NUMBER DIRECTLY TO PLAINTIFF OR AN ADDRESS.

48. PRIOR TO MARCH 4, 2008, PLAINTIFF PATIENTLY AWAITED SOME CONTACT FROM THE DEFENDANT. UNDER PLAINTIFF'S CUSTODIAN STATUS HE WAS NOT ABLE TO DETERMINE WHAT TO DO REGARDING AN APPEAL. HE CONTACTED AN ADDRESS OF THE CDC/BPT NAMED "CALIFORNIA PAROLE ADVOCACY PROGRAM" WITH EXHIBITS "A" THRU "M" WITH A COVER LETTER. THE MᶜGEORGE SCHOOL OF LAW CALIFORNIA PAROLE ADVOCACY PROGRAM RESPONDED IN A LETTER (EXHIBIT "O") STATING, IN ESSENCE, THAT DEFENDANT AND HIS CDC/BPT'S EMPLOYER DUMPED HIM.

49. PLAINTIFF THUSLY ASSERTS THAT THE DEFENDANT HAS NO COLORABLE OR AFFIRMATIVE DEFENSE(S); COMMON LAW JUDGEMENT-ON-THE-PLEADING IS WITHIN THE REACH OF THIS VERIFIED COMPLAINT DURING THE PLEADING STAGE OF THIS CIVIL LEGAL MALPRACTICE SUIT.

## IV.

### PRAYER

50. PLAINTIFF PRAYS FOR DECLARATORY RELIEF, FOR COSTS OF SUIT; FOR SUCH RELIEF AS IS FAIR, JUST, AND EQUITABLE; AND FOR;

51. COMPENSATORY DAMAGES IN THE AMOUT OF $180,000$^{00}$

52. PUNITIVE DAMAGES IN THE AMOUNT OF $540,000$^{00}$ OR ACCORDING TO PROOF

53. CONSEQUENTIAL DAMAGES IN AMOUT OF $^{+/-}$ $100,000$^{00}$

## V.

### VERIFICATION

54. I, JEFF S. GOUGH, DECLARE AND SAYTH: PARAGRAPHS 1 THRU 20 AND 44 THRU 49 ARE TRUE AND CORRECT PER PENAL CODE § 118(2) AND 28 U.S.C. § 1446(2) TO THE BEST OF MY PERSONAL KNOWLEDGE.

55. DATED AND SUBMITTED THIS 14TH DAY OF MARCH, 2008, IN THE YEAR OF MY LORD JESUS, de NAZARETH, el GALILEAN, de JUDAH, el CHRIST ¦ MESSIAH.

JEFF S. GOUGH - COMPLAINTANT

10.

STATE OF CALIFORNIA
**CHARGE REPORT**
CDC 1502 (b) (07/04)

DISTRIBUTION:      DEPARTMENT OF CORRECTIONS
ORIGINAL - C-File
1ST COPY – Field File
2ND COPY – Parolee

REPORT TO:  [X] BOARD OF PRISON TERMS

COPY

| CDC NUMBER | NAME (LAST, FIRST, MI) | NAME BOOKED AS | REGION/UNIT | |
|---|---|---|---|---|
| V64431 | GOUGH, JEFFREY | SAME | IV/SDI | |

| ARREST DATE | ARRESTING AGENCY | BPT REFERRALS: | | BOOKING NUMBER AND/OR LOCATION |
|---|---|---|---|---|
| 12-18-07 | STATE PAROLE | [ ] MANDATORY  [X] NON-MANDATORY | | 7792847/SD CENTRAL JAIL |

| ARREST CODE * | * ARREST CODES: A  P&CSD STAFF ALONE   AB  P&CSD ASSISTED BY LAW ENFORCEMENT AGENCY | B  LAW ENFORCEMENT AGENCY ALONE  D  LAW ENFORCEMENT AGENCY WITH INFORMATION FROM P&CSD | | | |
|---|---|---|---|---|---|
| AB | | | | | |

| HOLD DATE | DISCOVERY DATE | HOLD REMOVED DATE | AGENT OF RECORD | CONTROLLING DISCHARGE DATE | DISCHARGE REVIEW DATE | IMMINENT DISCHARGE |
|---|---|---|---|---|---|---|
| 12-18-07 | 12-18-07 | INTACT | SEWELL | 11-08-08 | 11-08-08 | [ ] |

| CHARGES AND CODES | CHARGES AND CODES |
|---|---|
| 1.  Battery without serious injury (451) | 4. |
| 2.  Violation of special condition for possession of porn DVD's (019) | 5. |
| 3.  Violation of special condition for possession of toys (019) | 6. |

REASON FOR RETAINING PAROLE HOLD: PAROLEE DANGER TO:

[ ] ABSCOND   [ ] SELF   [ ] PROPERTY-OTHERS   [ ] SAFETY-OTHERS

DATE COPY GIVEN TO PAROLEE          NAME OF PERSON NOTICING PAROLEE

On 12-17-07, the Agent of Record received a call from one of the subject's neighbors, who informed the Agent that the subject had recently committed a battery against him by hitting him in his face.

On 12-18-07, Officers from State Parole and the San Diego Police Department contacted the subject at his residence and conducted a parole search. During the search of the subject's residence, Parole Agents found two adult pornographic DVD movies in a dresser in an upper bedroom. Inside another upper bedroom, Agents found two toy stuffed animals on a desk. It is noted that the subject is a PC290 registrant and has special conditions of parole not to possess pornographic material or toys.

PAROLE AGENT'S RECOMMENDATION:
Retain hold, agent to investigate.

| | PAROLE AGENT'S SIGNATURE | DATE |
|---|---|---|
| | SEWELL | 12-18-07 |

| UNIT SUPERVISOR'S ACTION | | | | |
|---|---|---|---|---|
| [X] DECISION | [ ] REVIEW | [X] RETAIN HOLD | RELEASE HOLD AS OF (DATE): | [ ] CANCEL WARRANTS — WANTS |
| [ ] CONTINUE ON PAROLE | | [ ] CONTINUE IN OUT PATIENT STATUS | *DISCHARGE EFFECTIVE (DATE): | RETAIN ON |
| [ ] REINSTATE ON PAROLE AS OF (DATE): | [ ] TIME LOSS  [ ] NO TIME LOSS | [ ] SUSPEND/REINSTATE IN OPS AS OF (DATE): | [ ] REFER TO BPT/NAEA | [ ] INVESTIGATE, SUBMIT APPROPRIATE REPORT BY (DATE): |
| [ ] SPECIAL CONDITION(S): | | | [ ] ADD | [ ] DELETE |

UNIT SUPERVISOR'S COMMENTS/RECOMMENDATION

| [X] I HAVE LOOKED AT THE INFORMATION. I BELIEVE THERE IS PROBABLE CAUSE TO MAINTAIN THE PAROLE HOLD | UNIT SUPERVISOR'S SIGNATURE | DATE |
|---|---|---|
| | | 12-18-07 |

PAROLE ADMINISTRATOR'S COMMENTS/DECISION

| [ ] REFER TO BPT/NAEA | [ ] *DISCHARGE EFFECTIVE DATE | FIELD ADMINISTRATOR'S SIGNATURE | DATE |
|---|---|---|---|
| | | | |

"A"

JEFFREY S. GOUGH
P.O. BOX 799002 F2-6-107L
SAN DIEGO, CA 92179-9002

H00694
CRN9187
Micro Film

To: HONORABLE CLERK (CRIMINAL/ACHIVE)
325 S. MELROSE DRIVE,
VISTA, CAL. 92083-6627

RE: PEOPLE V. JEFF S. GOUGH, CRIM. CASE # __CRN9181__ , S.S.# 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
/                                    1984                           D.O.B. 02-05-56
        STANLEY

SUB. REQUEST FOR CRITICAL DOCUMENTATION

GREETINGS HONORABLE CLERK (CRIMINAL/ARCHIVES):

I AM PRESENTLY IN A VERY DIFFICULT SITUATION — IN CUSTODY. I AM IN THIS PRESENT SITUATION FOR LACK OF A CRITICAL DOCUMENTATION. SPECIFICALLY I NEED DOCUMENTATION FROM A 1984 CASE IN THE ABOVE CRIMINAL MATTER, REGARDING THE SENTENCE I RECEIVED: PROBATION FOR A MISDEMEANOR SEXUAL BATTERY CHARGE, WITH NO PENAL CODE § 290 REGISTRATION REQUIRE-MENT. I BELIEVE IT WAS MEMORIALIZED IN BOTH A "CHANGE OF PLEA" JUDICIAL COUNCIL FORM AND WHAT I HAVE CALLED A "JUDGEMENT" OR "MINUTE ORDER" OF THE SENTENCE IMPOSED. AS THAT I AM PRO PER, IN CUSTODY, AND WITHOUT THE PRESENT ABILITY TO PAY THE COPY COST AND MAILING I ASK — IN THE NAME OF JESUS — THAT YOU PLEASE MAIL THESE DOCUMENTS TO ME AT THE ABOVE ADDRESS. IF YOU WOULD PLEASE DO THIS I VOW UNTO MY LORDS TO PAY UPON MY RELEASE (APPROXIMATELY 3 WEEKS) IF YOU CAN PLEASE DO ME THIS REASONABLE REQUEST. I THANK-YOU IN ADVANCE FOR ANY ASSISTANCE.

"B4"

SINCERELY YOURS, Jeff S. GOUGH          God Bless!   THANK-YOU!
                                            "B4"
                            NOTE! ✓CLERK POST- 1/5/8
                            1/16/08 RECEIVED!

EX A4

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

CR 91487 DA A7404901

DATE 07-21-86 09:00 AT 84140332 M    REVIEW HEARING

PRESENT HON HERBERT B. HOFFMAN    JUDGE PRESIDING DEPARTMENT D

CLERK _____    REPORTER Mr. Rentshia

_____ M. Kirkman

DEPUTY DISTRICT ATTORNEY

THE PEOPLE OF THE STATE OF CALIFORNIA
vs
JEFF S    DEFENDANT _____

DISTY Christian

ATTORNEY FOR DEFENDANT (APPT'D/RETAINED)

VIOLATION OF PC 243.4

☐ DEFENDANT ☐ NOT PRESENT ☐ ARRAIGNED FOR JUDGMENT ☐ WAIVES ARRAIGNMENT

WARRANT ISSUED BAIL $ 5,000

CRIMINAL MINUTES - PRONOUNCEMENT OF JUDGEMENT

B-2

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

FILED
OCT 30 1986

CR CRN9187   DA A7614301

DATE 10-30-86   09:00   AT 84140332 M   EVIDENTIARY HG

PRESENT HON. FRANKLIN J MITCHELL JR   JUDGE PRESIDING DEPARTMENT   D

CLERK   REPORTER Brian Boote

THE PEOPLE OF THE STATE OF CALIFORNIA
vs
COUGH   JEFF   S   CHRISTESON by Pd Mc Manus
DEFENDANT   ATTORNEY FOR DEFENDANT (APPT'D/RETAINED)

VIOLATION OF PC273.4

PRONOUNCEMENT OF JUDGEMENT ORDER

DATED OCT 30 1986   FRANKLIN J. MITCHELL JR
JUDGE OF THE SUPERIOR COURT

F I L E D
Robert D. Zumwalt, Clerk

AUG 13 1984

BY   G. HAYS   DEPUTY

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

THE PEOPLE OF THE STATE OF CALIFORNIA,
Plaintiff,

vs.

*Jeff Stanley Gough*
Defendant.

CASE NUMBER
CR *N 9187*

CHANGE OF PLEA
(NOLO CONTENDERE)

F I L E D
Robert D. Zumwalt, Clerk
AUG 13 1984
BY   G. HAYS   DEPUTY

Comes now *Jeff Stanley Gough*
defendant in the above entitled criminal action and in support of his motion to change his plea(s) to be made in open court personally and by his attorney, does declare:

1. That his attorney in the above-entitled criminal action is *William R Christof*

2. That he is charged in *information* number CR *N 9187* with having violated
288 c(c) w/12022.3 6 cts, 261.2 w/12022 8 c x 12 cts.

3. That he desires to change his plea(s) and desires to plead nolo contendere to
*243.4 per 17(b4)*

4. That he *has* now and was at the time this form was prepared in possession of all his faculties and has not consumed any drug, narcotic or alcoholic beverage during the 24-hour period preceding the entry of this plea to the extent that his sound judgment is impaired;

5. That he *does* understand the nature of the charge(s) against him;

6. That he *has* discussed the nature of the charge(s) against him and the possible defense(s) thereto with his attorney;

7. That he does not contest the following facts (summary of facts constituting the basis for offense(s) to which defendant desires to plead nolo contendere)

*unlawfully sexually assaulted another*

8. That his attorney *has* explained and discussed his constitutional rights with him; that he understands his constitutional rights; that his constitutional rights have not been violated; that his attorney has specifically explained to him (1) the right to a jury trial, (2) the right to confront those witnesses who would testify against him and to cross examine those witnesses, (3) the right to testify in his own behalf or not to testify if he desires to remain silent, (4) the right to have witnesses and documents subpoened by the Court for use at trial; that defendant knowingly and intelligently gives up these constitutional rights;

9. That his decision to change his plea(s) *has* been made freely and voluntarily, without threat or fear to him or to anyone closely related to or associated with him;

10. That his attorney *has* explained the possible sentence and understands the maximum possible punishment to be: *1 year jail and $1000 fine* and further that in the event he is sentenced to State Prison, he will be placed on parole for a period of *N/A*

11. That he understands if he is granted probation and the Court finds he has violated the terms of probation he could be sentenced to State Prison at that time

Co. Clk. Form CR-13 (3-79)

(B-4)