JEFF S. GOUGH
PLAINTIFF/PETITIONER/MOVANT'S NAME
V164431
PRISON NUMBER

CHUCKAWALLA VALLEY STATE PRISON
PLACE OF CONFINEMENT

P.O.B. 2349 (A1-240-UP), BLYTHE, CA 92226
ADDRESS



**FILED**

MAY 2 9 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2354      1983
FILING FEE PAID
Yes ___ No ___
IFP MOTION FILED
Yes ___ No ___
COPIES SENT TO
Court ___ Pros. ___

## United States District Court
### SOUTHERN District Of California

JEFF S. GOUGH
                    Plaintiff/Petitioner/Movant

v.

ARNOLD SCHWARNEGGER, et al.,
                    Defendant/Respondent

'08 CV 0992 IEG NLS

Civil No. _____

(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

### DECLARATION UNDER PENALTY OF PERJURY AND APPLICATION TO PROCEED IN FORMA PAUPERIS

I, JEFF S. GOUGH
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

In further support of this application, I answer the following question under penalty of perjury:
1. Are you currently incarcerated? ☑ Yes ☐ No    (If "No" go to question 2)

    If "Yes," state the place of your incarceration CHUCKAWALLA VALLEY STATE PRISON

    Are you employed at the institution?    ☐ Yes ☑ No

    Do you receive any payment from the institution? ☐ Yes ☑ No

    [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months' transactions.]

CR

2. Are you currently employed? ☐ Yes ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name

and address of your employer. _____

_____

_____

_____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages

and pay period and the name and address of your last employer. _MINIGAR CONST. (UNION $24.00 PER/HR)_

_____

_____

_____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment   ☐ Yes ☑ No
   b. Rent payments, royalties interest or dividends   ☐ Yes ☑ No
   c. Pensions, annuities or life insurance   ☐ Yes ☑ No
   d. Disability or workers compensation   ☐ Yes ☑ No
   e. Social Security, disability or other welfare   ☐ Yes ☑ No
   e. Gifts or inheritances   ☐ Yes ☑ No
   f. Spousal or child support   ☐ Yes ☑ No
   g. Any other sources   ☐ Yes ☑ No

If the answer to any of the above is "Yes" describe each source and state the amount received and what you

expect you will continue to receive each month. _____

_____

_____

4. Do you have any checking account(s)?   ☐ Yes ☑ No
   a. Name(s) and address(es) of bank(s): _____
   b. Present balance in account(s): _____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?   ☐ Yes ☑ No
   a. Name(s) and address(es) of bank(s): _____
   b. Present balance in account(s): _____

6. Do you own an automobile or other motor vehicle?   ☐ Yes ☑ No
   a. Make: _____ Year: _____ Model: _____
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed? _____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?

☐ Yes  ☐ No

If "Yes" describe the property and state its value. ACTIVE LITIGATION IN GOUGH V. GRIFFIN, CASE NO. 37-2008-00079313-CU-BC-CTL (RE BREACH OF CONTRACT RE $100,000.00), HALL OF JUSTICE, S.D., CA.

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. N/A

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): MANY

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets (include any items of value held in someone else's name)): SEE ¶ 7, SUPRA

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses. INCARCERATED

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

5/29/08
DATE

SIGNATURE OF APPLICANT

If you are a prisoner you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

## PRISON CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant ___JEFF S. GOUGH___

(NAME OF INMATE)

___V64431___

(INMATE'S CDC NUMBER)

has the sum of $___46.00___ on account to his/her credit at ___

___Chuckawalla Valley State Prison___

(NAME OF INSTITUTION)

I further certify that the applicant has the following securities ___0___

to his/her credit according to the records of the aforementioned institution. I further certify that during

the past six months the applicant's *average monthly balance* was $___38 26___

and the *average monthly deposits* to the applicant's account was $___20.23___

(Please attach a certified copy of applicant's trust account statement showing transactions for the past six months.)

___5-14-08___
DATE

___E. J. Kell___
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

___E. J. Kell___
OFFICER'S FULL NAME (PRINTED)

___Accountant / Supervisor___
OFFICER'S TITLE/RANK

CALIFORNIA DEPARTMENT OF CORRECTIONS
CHUCKAWALLA VALLEY PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: NOV. 01, 2007 THRU MAY 13, 2008

ACCOUNT NUMBER : V64431                    BED/CELL NUMBER: A1000000000024DU
ACCOUNT NAME   : GOUGH, JEFFREY STANLEY    ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|-----------|-------------|---------|-----------|----------|-------------|---------|
| 11/01/2007 | | BEGINNING BALANCE | | | | | 0.00 |
| | | ACTIVITY FOR 2008 | | | | | |
| 04/22 | D320 | TRUST FUNDS | I 3384/RJD | | 46.00 | | 46.00 |

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|-------------|-----------|-------------|---------|-------------|
| 04/16/2008 | H118 | LEGAL COPIES HOLD | 3312/4-16 | 16.10 |
| 04/16/2008 | H118 | LEGAL COPIES HOLD | 3312/4-16 | 18.00 |
| 04/16/2008 | H118 | LEGAL COPIES HOLD | 3312/4-16 | 1.20 |
| 04/16/2008 | H118 | LEGAL COPIES HOLD | 3312/4-16 | 4.50 |
| 04/16/2008 | H118 | LEGAL COPIES HOLD | 3312/4-16 | 16.00 |
| 04/16/2008 | H118 | LEGAL COPIES HOLD | 3312/4-16 | 1.00 |
| 04/18/2008 | H109 | LEGAL POSTAGE HOLD | 3356/4-18 | 1.82 |
| 04/18/2008 | H109 | LEGAL POSTAGE HOLD | 3356/4-18 | 1.65 |
| 04/18/2008 | H109 | LEGAL POSTAGE HOLD | 3356/4-18 | 2.33 |
| 04/18/2008 | H109 | LEGAL POSTAGE HOLD | 3356/4-19 | 1.82 |
| 04/18/2008 | H109 | LEGAL POSTAGE HOLD | 3356/4-19 | 1.82 |
| 04/18/2008 | H109 | LEGAL POSTAGE HOLD | 3356/4-19 | 1.82 |
| 04/22/2008 | H109 | LEGAL POSTAGE HOLD | 3397/4-22 | 1.65 |
| 04/23/2008 | H118 | LEGAL COPIES HOLD | 3406/4-23 | 9.20 |
| 04/23/2008 | H118 | LEGAL COPIES HOLD | 3406/4-23 | 9.80 |
| 04/24/2008 | H109 | LEGAL POSTAGE HOLD | 3426/4-24 | 5.05 |
| 04/24/2008 | H109 | LEGAL POSTAGE HOLD | 3426/4-24 | 1.31 |
| 04/24/2008 | H109 | LEGAL POSTAGE HOLD | 3426/4-24 | 1.65 |
| 04/30/2008 | H118 | LEGAL COPIES HOLD | 3505/4-30 | 13.30 |
| 04/30/2008 | H118 | LEGAL COPIES HOLD | 3505/4-30 | 69.30 |
| 05/05/2008 | H109 | LEGAL POSTAGE HOLD | 3556/ 5-5 | 1.65 |
| 05/05/2008 | H109 | LEGAL POSTAGE HOLD | 3556/ 5-5 | 5.05 |
| 05/05/2008 | H109 | LEGAL POSTAGE HOLD | 3556/ 5-5 | 4.60 |
| 05/05/2008 | H109 | LEGAL POSTAGE HOLD | 3556/ 5-5 | 4.60 |
| 05/05/2008 | H109 | LEGAL POSTAGE HOLD | 3556/ 5-5 | 1.82 |
| 05/05/2008 | H109 | LEGAL POSTAGE HOLD | 3556/ 5-5 | 2.50 |
| 05/08/2008 | H109 | LEGAL POSTAGE HOLD | 3614/ 5-08 | 5.70 |
| 05/09/2008 | H118 | LEGAL COPIES HOLD | 3635/ 5-9 | 17.60 |
| 05/09/2008 | H118 | LEGAL COPIES HOLD | 3635/ 5-9 | 2.90 |


THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 5-14-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

CHUCKAWALLA VALLEY PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: NOV. 01, 2007 THRU MAY 13, 2008

ACCT: V64431      ACCT NAME: GOUGH, JEFFREY STANLEY        ACCT TYPE: I

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 12/30/04                    CASE NUMBER: SCS175445
COUNTY CODE: SD                            FINE AMOUNT: $   1,000.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|------|--------|-------------|-------------|---------|
| 11/01/2007 | | BEGINNING BALANCE | | 1,000.00 |
| 04/03/08 | SV01 | SYS TRNSF - POS | 133.50- | 866.50 |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|-------------------|-----------------|---------------|---------------------------|
| 0.00 | 46.00 | 0.00 | 46.00 | 225.74 | 0.00 |

|  |
|--|
| CURRENT AVAILABLE BALANCE |
| 179.74- |

CALIFORNIA DEPARTMENT OF CORRECTIONS
CHUCKAWALLA VALLEY PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: NOV. 01, 2007 THRU MAY 13, 2008


TOTAL NUMBER OF STATEMENTS PRINTED:          2

TOTAL CURRENT BALANCE FOR ALL THE STATEMENTS:      46.00

STATE OF CALIFORNIA
GA-22 (9/92)

# INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| 5/7/08 | INMATE TRUST FUND @ | GOUGH | V64431 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | | |
|---|---|---|---|---|---|
| A1 | 240-Up | BRIDGING | | FROM | TO |

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)                    ASSIGNMENT HOURS

FROM _____ TO _____

RECEIVED
2008 MAY 13   D 2:02
-- ACCOUNTING DEPT.

**Clearly state your reason for requesting this interview.**

You will be called in for interview in the near future if the matter cannot be handled by correspondence.

PLEASE FILL-IN AND/OR COMPLETE THE "PRISON CERTIFICATE" HEREWITH.

---

**Do NOT write below this line. If more space is required, write on back.**

INTERVIEWED BY _____ DATE _____

DISPOSITION