# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF S. GOUGH-ADSHIMA,<br>CDCR #V-64431,<br><br>                      Plaintiff,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>                      Defendants. | Civil No.   08-0992 IEG (NLS)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO REOPEN CASE AND FILE FIRST AMENDED COMPLAINT**<br><br>[Doc. No. 8] |

On May 29, 2008, Jeff Gough-Adshima ("Plaintiff"), a former state inmate and proceeding pro se, filed a civil rights Complaint pursuant to 42 U.S.C. § 1983. The Court issued an Order on July 3, 2008 granting Plaintiff's Motion to Proceed *in forma pauperis* ("IFP") and sua sponte dismissed his Complaint for failing to state a claim and for seeking money damages against immune Defendants. (*See* July 3, 2008 Order at 6-7.) Plaintiff was given leave to file an Amended Complaint but never did so. (*Id.*) On March 25, 2009, Plaintiff filed a "Motion to Vacate, Set Aside and Reopen the Civil Proceedings" pursuant to FED.R.CIV.P. 60(b) [Doc. No. 5].

/ / /

/ / /

1   On March 30, 2009, Plaintiff's Motion for Relief from Judgment [Doc. No. 5] pursuant to FED.R.CIV.P. 60(b) was **GRANTED**. *See* Mar. 30, 2009 Order at 2. The Clerk of Court was directed to reopen the case. Plaintiff was also granted forty five (45) days in which to file a First Amended Complaint and he was informed that he must cure the deficiencies of pleading noted in the Court's July 3, 2008 Order. *Id.*

Plaintiff has now filed a "Motion to Reopen with Order to File Nunc Pro Tunc First Amended Complaint" [Doc. No. 8]. He has also attached a declaration in which he describes his attempts to file a First Amended Complaint. *See* Decl. of Jeff Gough at ¶¶ C-F. The Court will **GRANT** Plaintiff's Motion to Reopen and permit Plaintiff to file the First Amended Complaint which is attached to his Motion. The Clerk of Court is directed to enter into the docket, as a separate entry, the "First Amended Civil Rights Complaint" beginning on page seven (7) of Plaintiff's Motion to Reopen [Doc. No. 8].

**IT IS SO ORDERED.**

**DATED: June 29, 2009**

*[signature]*
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**