# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Jeff S. Gough-Adshima, CDCR #V-64431

V.

Arnold Schwarzenegger; et. al.

**FILED**
JUL 1 3 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   08cv992-IEG(NLS)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Plaintiff's First Amended Complaint is **DISMISSED** for failing to state a claim upon which relief may be granted, as frivolous and for seeking monetary damages against immune defendants pursuant to 28 USC 1915(e)(2)(B).  Court finds amendment of Plaintiff's 1983 claims would be futile at this time, leave to amend is **DENIED.** Case is closed..............................................................................................

| July 13, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

J. Haslam
(By) Deputy Clerk

ENTERED ON July 13, 2009

08cv992-IEG(NLS)